# Attachment C
# (Part 2 of 6)

# DC Ex. D-4



COSA 1566



D 4.1

# DC Ex. D-4-K



COSA 1573



D 4-K.1

# DC Ex. D-6

RKN
05/17/17
Item No. 1.B.

AN ORDINANCE  **'2017 - 05 - 17 - 0329**

### CANVASSING THE RESULTS OF THE GENERAL OBLIGATION BOND ELECTION HELD ON SATURDAY, MAY 6, 2017.

\*        \*        \*        \*        \*

**WHEREAS**, on Thursday, February 9, 2017, the City Council of the City of San Antonio, Texas, ordered an election to be held on Saturday, May 6, 2017 ("Election"), to determine whether the qualified voters of the City would authorize the issuance of general obligation bonds by the City for the propositions summarized below, which are comprehensively described in Ordinance No. 2017-02-09-0067 incorporated herein for all purposes; and

**WHEREAS**, the bond propositions were submitted to the voters, the Election was held and conducted, all as required by the Texas Election Code, the City Charter, and the laws of the State of Texas; and

**WHEREAS,** all matters pertaining to the Election, including the ordering, notices, election officers, holding, and returns of the results of the Election have been reviewed and investigated, and it is now necessary to declare the official results of the canvass; **NOW THEREFORE:**

**BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF SAN ANTONIO:**

**SECTION 1.** The City Council, having convened on this 17th day of May, 2017, to canvass the returns of the General Obligation Bond Election held on May 6, 2017, and after canvassing the returns of this Election, officially finds and determines that this Election was duly ordered; proper notice of this Election was given; proper Election officers were duly appointed prior to this Election; the Election was duly held; the City has complied with the Texas Election Code, the City Charter, and the laws of the State of Texas; and due returns of the result of this Election have been made and delivered, all in accordance with the law and the Ordinances calling the Election.

**SECTION 2.** The City Council does officially find and declare the results of the Special Bond Election to be as follows:

### STREETS, BRIDGES, AND SIDEWALKS IMPROVEMENTS PROPOSITION PROPOSITION NO. 1

"Shall the City Council of the City of San Antonio, Texas, be authorized to issue bonds of the City in one or more series in the aggregate principal amount not to exceed $445,263,000 for the purpose of making permanent public improvements or other public purposes, to wit:    providing streets, bridges, and sidewalks improvements (as well as necessary improvements incidental thereto),    relocating    utilities,    street    lighting,    technology



Defendant's
Exhibit
D 6

**D 6.1**

improvements, and signage, acquiring lands and rights-of-way necessary for streets, bridges, and sidewalks, landscaping, and acquiring and installing public art related to and being a part of some or all of the foregoing?"

| | | |
|---|---|---|
| **FOR** | 76,798 | 78% |
| **AGAINST** | 21,604 | 22% |

## DRAINAGE AND FLOOD CONTROL IMPROVEMENTS PROPOSITION
## PROPOSITION NO. 2

"Shall the City Council of the City of San Antonio, Texas, be authorized to issue bonds of the City in one or more series in the aggregate principal amount not to exceed $138,988,000 for the purpose of making permanent public improvements for public purposes, to wit: providing drainage and flood water improvements and facilities for the removal of, and protection from, harmful excesses of water, whether constant or periodic, any other drainage or storm water improvements, acquiring lands and rights-of-way necessary thereto, landscaping, and acquiring and installing public art related to and being a part of some or all of the foregoing?"

| | | |
|---|---|---|
| **FOR** | 76,896 | 79% |
| **AGAINST** | 20,065 | 21% |

## PARKS, RECREATION, AND OPEN SPACE IMPROVEMENTS PROPOSITION
## PROPOSITION NO. 3

"Shall the City Council of the City of San Antonio, Texas, be authorized to issue bonds of the City in one or more series in the aggregate principal amount not to exceed $187,313,000 for the purpose of making permanent public improvements for public purposes, to wit: acquiring, constructing, equipping, and renovating park, recreation, and open space improvements, making park, recreation, and open space additions, acquiring lands and rights-of-way necessary thereto, and acquiring and installing public art related to and being a part of some or all of the foregoing?"

D 6.2

RKN
05/17/17
Item No. 1.B.

| | | |
|---|---|---|
| **FOR** | 68,728 | 70% |
| **AGAINST** | 29,147 | 30% |

### LIBRARY AND CULTURAL FACILITIES IMPROVEMENTS PROPOSITION
### PROPOSITION NO. 4

"Shall the City Council of the City of San Antonio, Texas, be authorized to issue bonds of the City in one or more series in the aggregate principal amount not to exceed $24,025,000 for the purpose of making permanent public improvements for public purposes, to wit: acquiring, constructing, improving, renovating, and/or equipping library and cultural facilities, and/or other facilities to be utilized as libraries or cultural facilities to benefit or promote cultural and social enrichment and/or libraries, acquiring lands and rights-of-way necessary thereto, landscaping, and acquiring and installing public art related to and being a part of some or all of the foregoing?"

| | | |
|---|---|---|
| **FOR** | 70,636 | 73% |
| **AGAINST** | 26,626 | 27% |

### PUBLIC SAFETY FACILITIES IMPROVEMENTS
### PROPOSITION NO. 5

"Shall the City Council of the City of San Antonio, Texas, be authorized to issue bonds of the City in one or more series in the aggregate principal amount not to exceed $34,411,000 for the purpose of making permanent public improvements for public purposes, to wit: acquiring, constructing, improving, renovating, and equipping public safety facilities (to include fire, police, emergency medical service (EMS), animal control facilities, and other facilities to protect the safety, health and welfare of the residents of the City), acquiring lands and rights-of-way necessary thereto, landscaping, and acquiring and installing public art related to and being a part of some or all of the foregoing?"

D 6.3

RKN
05/17/17
Item No. 1.B.

| | | |
|---|---|---|
| **FOR** | 68,163 | 70% |
| **AGAINST** | 29,161 | 30% |

## NEIGHBORHOOD IMPROVEMENTS
### (2017 URBAN RENEWAL PLAN IMPLEMENTATION)
### PROPOSITION NO. 6

"Shall the City Council of the City of San Antonio, Texas, be authorized to issue bonds of the City in one or more series in the aggregate principal amount not to exceed $20,000,000 for the public purpose of funding the costs of and implementing the City's 2017 Urban Renewal Plan (to include aiding in the planning and carrying out of the City's urban renewal projects undertaken thereunder), formulated and adopted under Chapter 374, Texas Local Government Code, as amended, and adopted by the City Council of the City on February 2, 2017, for the purpose of eliminating slum or blight conditions or to prevent the spread of those conditions through permitted activities, to include acquisition, improvement for redevelopment, and disposition of property acquired in affected areas (being those areas identified in the City's 2017 Urban Renewal Plan); such bonds to mature serially or otherwise (not more than 40 years from their date) in accordance with law; and any issue or series of said bonds to bear interest at such rate or rates (fixed, floating, variable, or otherwise) as may be determined within the discretion of said City Council; provided, however, that such rate of interest shall not exceed the maximum rate per annum authorized by law at the time of the issuance of any issue or series of said bonds; and shall the City Council be authorized to levy and pledge, and cause to be assessed and collected, annual ad valorem taxes on all taxable property in said City sufficient to pay the annual interest and provide a sinking fund to pay the bonds at maturity and to pay the costs of any credit agreements executed in connection with the bonds?"

| | | |
|---|---|---|
| **FOR** | 65,736 | 68% |
| **AGAINST** | 31,398 | 32% |

**SECTION 3.** A <u>MAJORITY</u> of the resident, qualified voters of the City of San Antonio, Texas, voting in such Election, having voted <u>FOR</u> the authorization and issuance of $445,263,000 of general obligation bonds and the levy and pledge of the tax in payment thereof as provided in

D 6.4

Proposition No. 1, the City Council finds and determines that Proposition No. 1 carried at the Election, and that the City Council is accordingly authorized to issue the general obligation bonds and to levy the tax in accordance with the authority granted in Proposition No. 1 and with law.

**SECTION 4.** A <u>MAJORITY</u> of the resident, qualified voters of the City of San Antonio, Texas, voting in such Election, having voted <u>FOR</u> the authorization and issuance of $138,988,000 of general obligation bonds and the levy and pledge of the tax in payment thereof as provided in Proposition No. 2, the City Council finds and determines that Proposition No. 2 carried at the Election, and that the City Council is accordingly authorized to issue the general obligation bonds and to levy the tax in accordance with the authority granted in Proposition No. 2 and with law.

**SECTION 5.** A <u>MAJORITY</u> of the resident, qualified voters of the City of San Antonio, Texas, voting in such Election, having voted <u>FOR</u> the authorization and issuance of $187,313,000 of general obligation bonds and the levy and pledge of the tax in payment thereof as provided in Proposition No. 3, the City Council finds and determines that Proposition No. 3 carried at the Election, and that the City Council is accordingly authorized to issue the general obligation bonds and to levy the tax in accordance with the authority granted in Proposition No. 3 and with law.

**SECTION 6.** A <u>MAJORITY</u> of the resident, qualified voters of the City of San Antonio, Texas, voting in such Election, having voted <u>FOR</u> the authorization and issuance of $24,025,000 of general obligation bonds and the levy and pledge of the tax in payment thereof as provided in Proposition No. 4, the City Council finds and determines that Proposition No. 4 carried at the Election, and that the City Council is hereby accordingly authorized to issue the general obligation bonds and to levy the tax in accordance with the authority granted in Proposition No. 4 and with law.

**SECTION 7.** A <u>MAJORITY</u> of the resident, qualified voters of the City of San Antonio, Texas, voting in such Election, having voted <u>FOR</u> the authorization and issuance of $34,411,000 of general obligation bonds and the levy and pledge of the tax in payment thereof as provided in Proposition No. 5, the City Council finds and determines that Proposition No. 5 carried at the Election, and that the City Council is accordingly authorized to issue the general obligation bonds and to levy the tax in accordance with the authority granted in Proposition No. 5 and with law.

**SECTION 8.** A <u>MAJORITY</u> of the resident, qualified voters of the City of San Antonio, Texas, voting in such Election, having voted <u>FOR</u> the authorization and issuance of $20,000,000 of general obligation bonds and the levy and pledge of the tax in payment thereof as provided in Proposition No. 6, the City Council finds and determines that Proposition No. 6 carried at the Election, and that the City Council is accordingly authorized to issue the general obligation bonds and to levy the tax in accordance with the authority granted in Proposition No. 6 and with law.

**SECTION 9.** The recitals contained in the preamble hereof are hereby found to be true, and such recitals are hereby made a part of this Ordinance for all purposes and are adopted as a part of the judgment and findings of the City Council. All Ordinances and Resolutions, or parts thereof, which are in conflict or inconsistent with any provision of this Ordinance are hereby repealed to

**D 6.5**

RKN
05/17/17
Item No. 1.B.

the extent of such conflict, and the provisions of this Ordinance shall be and remain controlling as to the matters resolved herein. This Ordinance shall be construed and enforced in accordance with the laws of the state of Texas and the United States of America. If any provision of this Ordinance or the application thereof to any person or circumstance shall be held to be invalid, the remainder of this Ordinance and the application of such provision to other persons and circumstances shall nevertheless be valid, and the City Council hereby declares that this Ordinance would have been enacted without such invalid provision.

**SECTION 10.** It is officially found, determined, and declared that the meeting at which this Ordinance is adopted was open to the public and public notice of the time, place, and subject matter of the public business to be considered at such meeting, including this Ordinance, was given, all as required by Chapter 551, as amended, Texas Government Code.

**SECTION 11.** This Ordinance is effective immediately upon the receipt of eight affirmative votes; otherwise, it is effective ten days after passage.

**PASSED AND APPROVED** this _17th_ day of _May_, 2017.

**M A Y O R**
Ivy R. Taylor

ATTEST:

Leticia M. Vacek, City Clerk

APPROVED AS TO FORM:

Andrew Segovia, City Attorney

**STATE OF TEXAS**
**COUNTY OF BEXAR** } **SS.**          **CERTIFIED COPY**
**CITY OF SAN ANTONIO**

The undersigned, the City Clerk of the City of San Antonio in the State and County afore said, does by these presents certify that the attached and foregoing is a true and exemplified copy of a part of the records, papers and books in the Office of the City Clerk; and, that I am the custodian of such papers, books and records as an officer of the City of San Antonio.

Given under my hand and official seal of the City of San Antonio, this _20th_ day of _September_, A.D. 20_23_

(SEAL)

Page 6 of 6          **City Clerk, City of San Antonio**

D 6.6

| Agenda Item: | 1B |
|---|---|
| Date: | 05/17/2017 |
| Time: | 01:50:45 PM |
| Vote Type: | Motion to Approve |
| Description: | An Ordinance canvassing the returns and declaring the results of a Bond Election and other matters in connection therewith. |
| Result: | Passed |

| Voter | Group | Not Present | Yea | Nay | Abstain | Motion | Second |
|---|---|---|---|---|---|---|---|
| Ivy R. Taylor | Mayor | | x | | | | |
| Roberto C. Treviño | District 1 | | x | | | | |
| Alan Warrick | District 2 | | x | | | | |
| Rebecca Viagran | District 3 | | x | | | x | |
| Rey Saldaña | District 4 | | x | | | | |
| Shirley Gonzales | District 5 | | x | | | | |
| Ray Lopez | District 6 | | x | | | | x |
| Cris Medina | District 7 | x | | | | | |
| Ron Nirenberg | District 8 | | x | | | | |
| Joe Krier | District 9 | | x | | | | |
| Michael Gallagher | District 10 | | x | | | | |

D 6.7

5/18/2017



City of San Antonio
General and Bond Election
held on Saturday, May 6, 2017

Canvassing Report & Establishing Polling Sites for the
Run-Off Election scheduled for June 10, 2017

Leticia M. Vacek, City Clerk
TRMC/CMC/MMC

Agenda Item No. 1 on May 17, 2017

---

## Canvassing Report



- **Under Votes:** Represents electronic and paper voted ballots which were not marked.

- **Over Votes:** Represents more than one mark on a paper ballot.

1

1

**D 6.8**

5/18/2017



**Canvassing Report**

MEMBER OF COUNCIL, Place 11 (MAYOR)

| | |
|---|---|
| Napoleon Madrid | 225 votes |
| Keven Roles | 1,557 votes |
| Felicio Hernandez Flores II | 429 votes |
| Michael "Commander" Idrogo | 366 votes |
| Ron Nirenberg | 36,887 votes |
| Provisional | 3 votes |
| Will McLeod | 545 votes |
| John Martin Velasquez | 383 votes |
| Manuel Medina | 15,049 votes |
| Mama Bexar (Julie Iris Oldham) | 270 votes |
| Stephen Lucke | 315 votes |

2



**Canvassing Report**

MEMBER OF COUNCIL, Place 11 (MAYOR)

| | |
|---|---|
| Rhett Smith | 321 votes |
| Ivy R. Taylor | 41,788 votes |
| Provisional | 6 votes |
| Gerard Xavier Ponce | 366 votes |
| Antonio "Tony" Diaz | 966 votes |
| **Place 11 (Mayor) Totals** | **99,476 votes** |

3

2

D 6.9

5/18/2017





D 6.10

5/18/2017



**Canvassing Report**

MEMBER OF COUNCIL, PLACE NO. 3:

| | |
|---|---|
| Jessica O. Guerrero | 1,062 votes |
| Jerome C. Durham | 213 votes |
| Rebecca J. Viagran | 4,509 votes |
| Nathan Carrizales | 802 votes |
| Provisional | 1 vote |
| Sylvia E. Don | 154 votes |
| Ismael Reyes | 369 votes |
| Ralph E. Gerber | 150 votes |
| **Place 3 Totals** | **7,260 votes** |

6

**Canvassing Report**

MEMBER OF COUNCIL, PLACE NO. 4:

| | |
|---|---|
| Johnny Arredondo | 638 votes |
| Rey Saldaña | 3,455 votes |
| Rey Guevara | 316 votes |
| **Place 4 Totals** | **4,409 votes** |

7

4

D 6.11

5/18/2017

**Canvassing Report**

SAN ANTONIO

MEMBER OF COUNCIL, PLACE NO. 5:

| | |
|---|---|
| Cynthia T. Cavazos | 234 votes |
| David C. Yañez | 309 votes |
| Dolores Sotomayor | 220 votes |
| Shirley Gonzales | 3,396 votes |
| Richard Montez | 834 votes |
| Daniel Lopez | 170 votes |
| **Place 5 Totals** | **5,163 votes** |

8

**Canvassing Report**

SAN ANTONIO

MEMBER OF COUNCIL, PLACE NO. 6:

| | |
|---|---|
| Greg Brockhouse | 3,064 votes |
| Melissa Cabello Havrda | 1,747 votes |
| Eric Gosset | 127 votes |
| Joseph Cortez | 1,514 votes |
| Ricardo "Rick" Treviño | 1,719 votes |
| Robert Castaneda | 138 votes |
| Ropal Anderson | 23 votes |
| Don Page | 159 votes |
| **Place 6 Totals** | **8,491 votes** |

9

5

**D 6.12**

5/18/2017



**Canvassing Report**

MEMBER OF COUNCIL, PLACE NO. 7:

| | |
|---|---|
| Cris Medina | 4,257 votes |
| Provisional | 2 votes |
| Marco Reyes | 153 votes |
| Alfredo Esparza Colunga | 84 votes |
| Ana Sandoval | 5,957 votes |
| Provisional | 1 vote |
| Michele Dalbis-Robledo | 1,278 votes |
| **Place 7 Totals** | **11,732 votes** |

10



**Canvassing Report**

MEMBER OF COUNCIL, PLACE NO. 8:

| | |
|---|---|
| Manny Pelaez | 3,034 votes |
| Shane A. Hinze | 204 votes |
| Paul Martin | 661 votes |
| Cynthia Brehm | 3,716 votes |
| Provisional | 1 vote |
| Pat Stout | 2,326 votes |
| Tony Valdivia | 1,190 votes |
| **Place 8 Totals** | **11,132 votes** |

11

6

D 6.13

5/18/2017

## Canvassing Report
### MEMBER OF COUNCIL, PLACE NO. 9:

| | |
|---|---|
| Lynlie Wallace | 1,085 votes |
| Adam Goodman | 244 votes |
| Sandra Martinez-Deyarmond | 641 votes |
| Provisional | 1 vote |
| Patty Gibbons | 1,087 votes |
| Matt Pina | 274 votes |
| Marco Barros | 3,616 votes |
| Provisional | 1 vote |
| Bert T. Cecconi | 487 votes |
| Patrick Von Dohlen | 2,814 votes |
| Provisional | 1 vote |
| John Courage | 3,281 votes |
| David "Doc" Cohen | 1,121 votes |
| **Place 9 Totals** | **14,653 votes** |

12

## Canvassing Report
### MEMBER OF COUNCIL, PLACE NO. 10:

| | |
|---|---|
| Diana Kenny | 1,419 votes |
| Clayton Perry | 2,715 votes |
| John Alvarez | 1,209 votes |
| Celeste Montez-Tidwell | 384 votes |
| Reinette King | 1,486 votes |
| Andrew J. Padilla | 335 votes |
| Lon Jett, IV | 127 votes |
| Eric Robert Morse | 194 votes |
| Jonathan Delmer | 1,997 votes |
| Ezra A. Johnson | 2,733 votes |
| **Place 10 Totals** | **12,599 votes** |

13

7

D 6.14

5/18/2017





D 6.15

5/18/2017



Canvassing Report

**Proposition 3 – Parks, Recreation & Open Space Improvements**

| | |
|---|---|
| FOR | 68,724 votes |
| Provisional | 4 votes |
| AGAINST | 29,143 votes |
| Provisional | 4 votes |
| **Prop. 3 Totals** | **97,875 votes** |

16



Canvassing Report

**Proposition 4 – Library & Cultural Facilities Improvements**

| | |
|---|---|
| FOR | 70,630 votes |
| Provisional | 6 votes |
| AGAINST | 26,623 votes |
| Provisional | 3 votes |
| **Prop 4. Totals** | **97,262 votes** |

17

9

D 6.16

5/18/2017



**Canvassing Report**

Proposition 5 – Public Safety Facilities Improvements

| | |
|---|---|
| FOR | 68,158 votes |
| Provisional | 5 votes |
| AGAINST | 29,157 votes |
| Provisional | 4 votes |
| **Prop. 5 Totals** | **97,324 votes** |

18



**Canvassing Report**

Proposition 6 – Neighborhood Improvements (2017 Urban Renewal Plan Implementation)

| | |
|---|---|
| FOR | 65,732 votes |
| Provisional | 4 votes |
| AGAINST | 31,393 votes |
| Provisional | 5 votes |
| **Prop. 6 Totals** | **97,134 votes** |

19

10

D 6.17

5/18/2017

**Canvassing Report**

SAN ANTONIO
DEEP IN THE HEART

It is hereby declared that as a result of said election, the following persons are elected for a two-year term of office commencing June 1, 2017:

Rebecca J. Viagran, Member of Council, Place No. 3

Rey Saldaña, Member of Council, Place No. 4

Shirley Gonzales, Member of Council, Place No. 5

Ana Sandoval, Member of Council, Place No. 7

20

**Canvassing Report**

SAN ANTONIO
DEEP IN THE HEART

- Vote Tabulation
  - Total votes cast includes provisional and overseas ballots
    - 99,476
  - Registered voters for the City of San Antonio as of April 15, 2017
    - 751,679
  - Voter Turnout for the City of San Antonio General and Bond Election
    - 13.2%

21

11

D 6.18

5/18/2017

## Run-Off Election Information

- The Run-Off Election is scheduled for Saturday, June 10, 2017 from 7am-7pm for the positions of Mayor and Council Districts 1, 2, 6, 8, 9, & 10.

- Anyone who registered to vote by May 11, 2017 is eligible to vote in the Run-Off Election.

- 26 Early Voting & 223 Election Day Polling Sites will be utilized in the Run-Off Election.

- The Run-Off Election will cost $858,198.42 and funding is allocated under the FY 2017 Municipal Elections Budget.

22

## Early Voting Sites for the Run-Off Election

- Tuesday, May 30 thru Tuesday, June 6, 2017 26 Early Voting Sites (subject to change):

| | |
|---|---|
| Bexar County Elections Department | Las Palmas Library |
| Bexar County Justice Center | Lion's Field |
| Brookhollow Library | Maury Maverick, Jr. Library |
| Claude Black Center | McCreless Library |
| Cody Library | Memorial Library |
| Collins Garden Library | Mission Library |
| Copernicus Community Center | Parman Library @ Stone Oak |
| Encino Library | Schaefer Library |
| Great Northwest Library | South Park Mall |
| Henry A. Guerra, Jr. Library | Tobin Library @ Oakwell |
| John Igo Library | UTSA – University Center |
| Johnston Library | Windcrest Takas Park Civic Center |
| Julia Yates Semmes Library | Wonderland Mall of the Americas @ Crossroads |

23

12

**D 6.19**

5/18/2017

## Next Steps



- **Wednesday, May 31, 2017**
  - 5:30 pm – Certificates of Election, Oaths of Office & Statements of Elected Officer presented to Council elected in the Main Election – Council Chambers
- **Wednesday, June 21, 2017**
  - 11:30 am – Canvass Run-Off Election; Certificates of Election, Oaths of Office & Statements of Elected Officer presented to Council elected in run-off. 2017-2019 Council take office. Drawing for Mayor Pro-Tem terms and official photo.
  - 3:00 pm – Blessing hosted by San Fernando Cathedral for the 2017-2019 Mayor and Council
  - 5:00 pm – Inauguration Ceremony of 2017-2019 Mayor and Council in the Council Chambers

24

## Recommendation



- Recommendation

  - Adoption of Ordinances for Items 1A and 1B accepting the Canvassing Reports and declaring the Official Election Results of the Saturday, May 6, 2017 City of San Antonio General and Bond Elections.

25

13

D 6.20

**D 6.21**

**D 6.22**

# DC Ex. D-9

# Arborists Qualification Summary

## Independent Arborists:

**David Vaughan**
- ISA Certified Arborist
- 45 years of experience in Arboriculture and Urban Forestry
- 2022 Texas Arborist of the Year
- Member American Society of Consulting Arborists
- MA Natural Resource Development, Texas A&M University
- BS Forestry, Stephen F. Austin State University

**Michael Nentwich**
- ISA Certified Arborist
- 15+ years of experience in Arboriculture and Urban Forestry
- President, Bexar Branches Alliance
- MS Forestry, Stephen F. Austin State University
- BS Environmental Science, Stephen F. Austin State University

**Mark Duff**
- ISA Board Certified Master Arborist

**Mark Kroeze**
- ISA Certified Arborist
- ISA Certified Arborist Municipal Specialist
- ISA Tree Risk Assessment Qualification

## COSA Parks and Recreation:

**Ross Hosea**
- ISA Certified Arborist
- ISA Tree Risk Assessment Qualification
- 30 years of experience in Arboriculture and Urban Forestry
- BS Forestry, Stephen F. Austin State University

COSA 1726


Defendant's Exhibit D 9

D 9.1

# DC Ex. D-10

Tree Assessment Committee

May 16, 2022

Committee members David Vaughan, Certified Arborist; Michael Nentwich, Certified Arborist; Mark Kroeze, Certified Arborist; and Mark Duff, Board Certified Master Arborist.

The committee's assignment was to evaluate trees scheduled for removal on the Brackenridge Park Project. The project is addressing historic stone walls at Lambert Beach and the restoration of the historic acequia and raceway. The group was tasked with evaluating trees scheduled for removal based on the current proposed construction procedures.

A briefing of the project was conducted by Ross Hosea COSA City Arborist, Bill Pennell Project Manager with COSA Public Works, and Jamaal Moreno COSA Landscape Architect, including a walking tour of the entire project. The arborist committee returned a few days later to independently evaluate trees scheduled for removal.

Trees are being removed to facilitate restoration of historic stone walls along the river at Lambert Beach, walls of the acequia, restoration of the raceway, and new walkways. The plan is to restore the acequia and raceway along with their historic function while allowing public viewing and access, and to stabilize the walls along the river.

Our assignment was to evaluate trees based on the current plan of construction. The arborist committee is in agreement with the removal of most of the trees shown on the provided Tree Removal Plan with the following exceptions that we recommended to be preserved: Tree 03, 17-inch Elm; Tree 156, 19-inch Elm; and Tree 104, 8-inch Pecan.

Tree 156, 19-inch Elm, is far enough away from the historic stone wall to allow restoration without causing significant harm to the tree. Tree 104, 8-inch Pecan is adequate distance from the proposed wall and shadow wall. Neither tree is expected to cause harm to the restored wall in the future.

Our assignment was to evaluate trees based on the current plan of construction. Preserving 03, 156, and 104 will not require changes to that plan. We recommend changing those plans to preserve Tree 01, 21-inch Elm, Tree 145, 32-inch Live Oak at the bridge, and Tree 101, 44-inch Live Oak.

Tree 101 has abundant structural roots and we feel it is unlikely that it will be destabilized or killed by removing roots close to the trunk on the river side to restore the wall and support feature. Unlike Tree 100, a 37-inch Live Oak which has few support roots and would likely become high risk if roots were removed on the river side for wall construction. We do not expect preserving #101 to cause damage to the restored wall in the future. If preserved, 101 will require weight reduction pruning.

Preserving Tree 145, 32-inch Live Oak at the bridge, will require significant changes to the construction plan. The stone block seating proposed for this area could simultaneously be designed as retaining walls to assist in the retention of this Live Oak. Significant alteration to the pedestrian bridge and to the grading plan around the pump house will be required.

1

COSA 0587



Defendant's
Exhibit
D 10

D 10.1

We understand these changes to the project will not be easy, but feel these 3 trees are worth the effort and expense. We also feel within the expected life of the restored walls that roots from these trees will not damage restored structures.

There are many small native trees in the area north of the bath house that are good candidates for transplanting to other areas in the park or city. We agree with the stated plan to transplant these trees as long as the removal includes transplanting as many as possible. These trees should not be considered mitigation for other removed trees on this site.

Although not part of our assignment, we feel the following trees will need to be removed and recommend the plan reflect their removal: #43, 149, 187,202-205, 280, 118, 215.

A special precaution. A limited visual assessment of Tree 209, a 19-inch Walnut, indicates that this tree is high risk and may fail at any time. Failure would likely cause damage to the historic building it is near with most of the tree's canopy over the building's roof. We recommend removal of this tree as soon as possible.

Our assignment was to evaluate all trees on this project according to the provided plans and the scope of planned construction. There are other trees besides the 3 already mentioned that could be preserved with some changes to the current plan, especially if the grading plan is adjusted along the acequia and raceway. Having walking access along the entire length of these features may not be as important as a nice shade tree. The public will use a shade tree much more than walking down to the acequia. We think you can provide drainage without grading all areas. Even the education sessions you envision are more likely to set up under a shade tree than spending time in the sun next to a feature. And the benefits of shade, cooling, erosion control, carbon capture, storm water retention seem more beneficial than a uniform grading of the landscape.

David M. Vaughan        Michael Nentwich        Mark Kroeze        Mark Duff
Certified Arborist        Certified Arborist        Certified Arborist        Board Certified Master Arborist

COSA 0588

**D 10.2**