# Attachment C
# (Part 5 of 6)

# DC Ex. D-24

# Brackenridge Park

## 2017 Bond Project



COSA 0542



**D 24.1**

# Master Plan Public Engagement



COSA 0543

D 24.2



COSA 0544

D 24.3



# BRACKENRIDGE PARK DRAFT MASTER PLAN
## YOUR CITY. YOUR PARK.

**ENVISION THE FUTURE OF BRACKENRIDGE PARK DURING FUN, FREE EVENTS!**

| ENDORSED MASTER PLAN STRATEGY | EVENT |
|---|---|
| • Restore Natural, Cultural, and Historical Features | Brackenridge Cultural Soiree |
| • Increase Park Visibility and Connectivity | Brackenridge by Train |
| • Restore Historic Structures and Establish Park as National Historic Landmark & Heritage Area | Movie at Sunken Garden Theater |
| • Increase Park Visibility and Restore Natural Features | Brackenridge Nature Bike Tour |
| • Restore Natural Features | Brackenridge Coffee & Painting Class |
| • Restore Cultural and Historical Features | Brackenridge Archaeology Exploration |

COSA 0545

D 24.4

**COMMUNITY EVENTS**

**1**
ONLINE INFORMATIONAL SESSION
6-7:30 P.M.
WEDNESDAY
OCT. 6, 2021

A. Join online via this link
https://global.gotomeeting.com/join/600028845

B. Join by phone
(224) 501-3412
(access code 600 028 845)

**2**
PARK OPEN HOUSE
10 A.M.-2 P.M.
SATURDAY
OCT. 16, 2021

**3**
PARK OPEN HOUSE
10 A.M.-2 P.M.
SATURDAY
NOV. 6, 2021

**Brackenridge Park Cultural Landscape Report**

*Setting the Course for the Future*

Three Opportunities to Join Us!

Hosted by
Brackenridge Park Conservancy
& San Antonio River Authority

Sponsored by
San Antonio Parks & Recreation

brackenridgepark.org

**D 24.5**

COSA 0546

# Brackenridge Park

## Master Plan

- *Restore natural park features and improve water quality*
- *Restore, preserve, and articulate park cultural and historical features*
- *Increase visibility and pedestrian access to and within the park*



COSA 0547

D 24.6

## Project Site - Aerial Map

Full Park Area - 343 Acres





Park Project Site - 6.5 Acres

COSA 0548

D 24.7

## Historic Acequia



COSA 0549

**D 24.8**

## 1776 Upper Labor Diversion Dam



COSA 0550

D 24.9

## 1870's Brackenridge Park Pump House



COSA 0551

D 24.10

## 1920's River Walls



COSA 0552

D 24.11

# 1920's River Walls



COSA 0553

D 24.12

## 1920's River Walls



COSA 0554

D 24.13

# Tree Mitigation Plan

## 285 trees surveyed at the project site

- 105 trees will be removed
  - 10 are heritage trees

- 136 total trees will be preserved at the project site
  - 30 are heritage trees
- 400-600 total trees will be planted for this project
- 200+ trees will be planted around the project site
- Planning Commission Approved the Variance on Jan 26, 2022
- Historic & Design Review Commission meeting on Feb 16, 2022



COSA 0555

D 24.14



Renovated Walls & Grand Stairs at Historic Lambert Beach

COSA 0556

D 24.15



New Pedestrian Bridge, Raceway & Historic Pump House Arch Reveal

Concept Drawing

COSA 0557

D 24.16



COSA 0558

D 24.17



D 24.18

COSA 0559