No. 23-50746

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

GARY PEREZ AND MATILDE TORRES,

*Plaintiffs-Appellants,*

v.

CITY OF SAN ANTONIO,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Western District of Texas (Biery, J.)

## NOTICE OF INTENT TO FILE REPLY BRIEF AND UPDATE TO REQUESTED DECISION DATE

Mark W. Rasmussen
Margaret I. Lyle
Jonathan D. Guynn
J. Benjamin Aguiñaga
Chance McCraw
Timothy M. Villari
JONES DAY
2727 North Harwood Street
Dallas, TX 75201.1515
Telephone: +1.214.220.3939
E-mail: mrasmussen@jonesday.com
E-mail: milyle@JonesDay.com
E-mail: jguynn@jonesday.com
E-mail: jbaguinaga@jonesday.com
E-mail: cmccraw@jonesday.com
E-mail: tvillari@jonesday.com

ATTORNEYS FOR PLAINTIFFS

John Greil
Steven T. Collis
Law & Religion Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Telephone: +1.512.471.5151
E-mail: john.greil@law.utexas.edu
E-mail: steve.collis@law.utexas.edu

ATTORNEYS FOR PLAINTIFFS

1. **CERTIFICATE OF INTERESTED PERSONS**

*Perez, et al. v. City of San Antonio*, No. 23-50746

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

2. Plaintiffs-Appellants Gary Perez and Matilde Torres

   Mark W. Rasmussen
   JONES DAY
   2727 N. Harwood St.
   Dallas, TX  75201

   Margaret I. Lyle
   JONES DAY
   2727 N. Harwood St.
   Dallas, TX  75201

   Jonathan D. Guynn
   JONES DAY
   2727 N. Harwood St.
   Dallas, TX  75201

   J. Benjamin Aguiñaga
   JONES DAY
   2727 N. Harwood St.
   Dallas, TX  75201

   Chance McCraw
   JONES DAY
   2727 N. Harwood St.
   Dallas, TX  75201

   Timothy M. Villari
   JONES DAY

2727 N. Harwood St.
Dallas, TX 75201

John Greil
Law and Religion Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705

Steven T. Collis
Law and Religion Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705

3. Defendant-Appellee City of San Antonio

   Fred R. Jones
   Langley & Banack, Incorporated
   745 East Mulberry Avenue
   Suite 700
   San Antonio, TX 78212
   Tel: (210) 736-6600
   Fax: (210) 735-6889
   Email: fjones@langleybanack.com

   Ian M. McLin
   Langley & Banack, Incorporated
   745 East Mulberry Avenue
   Suite 700
   San Antonio, TX 78212
   Tel: (210) 736-6600
   Fax: (210) 735-6889
   Email: imclin@langleybanack.com

   Lee Brinson Warren
   Langley & Banack, Incorporated
   745 East Mulberry Avenue
   Suite 700
   San Antonio, TX 78212
   Tel: (210) 736-6600

Fax: (210) 735-6889
Email: warren@goodelaw.com

Natalie Friend Wilson
Langley & Banack, Incorporated
745 East Mulberry Avenue
Suite 700
San Antonio, TX 78212
Tel: (210) 736-6600
Fax: (210) 735-6889
Email: nwilson@langleybanack.com

Sara Murray
Langley & Banack, Incorporated
745 East Mulberry Avenue
Suite 700
San Antonio, TX 78212
Tel: (210) 736-6600
Fax: (210) 735-6889
Email: smurray@langleybanack.com

City of San Antonio
Deborah Klein
Deputy City Attorney
International Center
203 South St. Mary's Street,
Second Floor
San Antonio, TX 78205
Telephone: (210) 207-8949
Facsimile: (210) 207-4004
Deborah.Klein@sanantonio.gov

*/s/ Mark W. Rasmussen*
Mark W. Rasmussen

Appellants Gary Perez and Matilde Torres respectfully notify the Court that they intend to file a Reply Brief in support of their pending Emergency Motion for Injunction Pending Appeal (the "Emergency Motion") on or before October 30, 2023.

Appellants further advise the Court that in light of new information provided by the Appellee City of San Antonio in its filings with this Court yesterday and today—changing the City's prior representations concerning the earliest dates on which the City plans to commence construction—Plaintiffs now respectfully request adjudication of their Emergency Motion no later than November 2, 2023.

In particular, when Appellants filed their Emergency Motion on Monday, October 23, 2023, the City had represented that it would begin construction of Phase I of the Bond Project as early as October 26, 2023, and tree removal as early as December 1, 2023. As of today, Wednesday, October 25, 2023, the City now states that it will begin construction no earlier than November 2, 2023, and tree removal no earlier than December 15, 2023.

In light of the City's new representations, Appellants respectfully request adjudication of their Emergency Motion no later than November 2, 2023.

October 25, 2023

*/s/Mark W. Rasmussen*
Mark W. Rasmussen
Margaret I. Lyle
Jonathan D. Guynn
J. Benjamin Aguiñaga
Chance McCraw
Timothy M. Villari
JONES DAY
2727 N. Harwood St.
Dallas, Texas 75201
214-220-3939
mrasmussen@jonesday.com
milyle@JonesDay.com
jguynn@jonesday.com
jbaguinaga@jonesday.com
cmccraw@jonesday.com
tvillari@jonesday.com

*Counsel for Plaintiffs*

Respectfully submitted,

*/s/John Greil*
John Greil
Steven T. Collis
LAW AND RELIGION CLINIC
UNIVERSITY OF TEXAS SCHOOL OF LAW
727 East Dean Keeton St.
Austin, Texas 78705
(512)-471-5151
john.greil@law.utexas.edu
Steve.collis@law.utexas.edu

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that on October 25, 2023, the foregoing Notice of Intent to File Reply Brief and Update to Requested Decision Date was electronically filed with the United States Court of Appeals for the Fifth Circuit using the CM/ECF system, and that all parties required to be served have been served.

Dated: October 25, 2023     */s/ Chance B. McCraw*
                            *Attorney for Appellant*