# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

October 26, 2023

Mr. Fred R. Jones  
Langley & Banack, Incorporated  
745 E. Mulberry Avenue  
Suite 700  
San Antonio, TX 78212

    No. 23-50746   Perez v. City of San Antonio  
                            USDC No. 5:23-CV-977

Dear Mr. Jones,

No action will be taken at this time on the 7 appendices incorrectly filed as responses received from Appellee City of San Antonio.

The clerk's office will refile correctly as exhibits in support of the response.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Melissa B. Courseault, Deputy Clerk  
                        504-310-7701

cc:  
    Mr. Jorge Benjamin Aguinaga  
    Mr. Steven Timothy Collis  
    Mr. John Daniel Greil  
    Mr. Jonathan David Guynn  
    Mr. Chance McCraw  
    Ms. Sara S. Murray  
    Mr. Mark W. Rasmussen  
    Mr. Timothy Michael Villari  
    Ms. Natalie Friend Wilson