# Attachment C (Part 1 of 6)

# DC Ex. D-1



# brackenridge park
**A POSTCARD PLACE LOST IN TIME**
HDRC MEETING
19 APRIL 2023

COSA 1092


Defendant's
Exhibit
D 1

D 1.1



**AGENDA**

**01 introduction // 02 existing conditions // 03 public input (wall relocation, structural details, & tree relocation) // 04 Lambert Beach plan // 05 proposed structural details**

COSA 1093

D 1.2





SCOPE PHASING

E. HILDEBRAND AVE.

BRACKENRIDGE RD.

SAN ANTONIO ZOO

MIRAFLORES PARK

**PHASE II**
UPPER LABOR & WATERWORKS ZONE

SAN ANTONIO ZOO

**PHASE I**
LAMBERT BEACH ZONE

- UNDERPIN PERIMETER FOUNDATION OF PUMPHOUSE
- REPAIR & REBUILD LAMBERT BEACH WALLS/STAIRS
- REBUILD GRAND STAIRCASE ON NE SIDE OF LAMBERT BEACH
- GRADING & EARTHWORK IMPROVEMENTS
- ADDRESS TREES IMPACTING CULTURAL RESOURCES

BRACKENRIDGE WAY

N

COSA 1095

D 1.4



**02** // EXISTING CONDITIONS

COSA 1096

**D 1.5**

# EXISTING CONDITIONS : LAMBERT BEACH NORTH WALLS



COSA 1097

D 1.6

# EXISTING CONDITIONS : DEWATERED RIVER CHANNEL WALL AND WALK AT PUMP HOUSE



COSA 1098

**D 1.7**

# EXISTING CONDITIONS : DEWATERED LAMBERT BEACH GRAND STAIR



COSA 1099

# EXISTING CONDITIONS : VOLUNTEER TREES AT BASE OF DEWATERED LAMBERT BEACH WALL



COSA 1100

D 1.9

## EXISTING CONDITIONS : DEWATERED RIVER LEVEL FLOOR OF PUMP HOUSE



COSA 1101

D 1.10



**03** // PUBLIC INPUT (WALL RELOCATION, STRUCTURAL DETAILS, & TREE RELOCATION)

COSA 1102

**D 1.11**

## BRACKENRIDGE PARK MEETING SERIES STRUCTURE

# PHASE I



| 03.22 | 04.26 | 05.24 | 06.14 |
|---|---|---|---|
| **01** PROJECT INTRODUCTION | **02** PUBLIC INPUT SESSION | **03** PHASE I LAMBERT BEACH | **04** PHASE I LAMBERT BEACH |
| INTERACTIVE BOARD WORKSHOP & PUBLIC INPUT | PUBLIC INPUT RESPONSE ONGOING SITE INVESTIGATIONS PUBLIC INPUT SESSION | SITE INVESTIGATION REPORTING & SPECIALIST PANEL WITH Q&A | DESIGN OVERVIEW - DESIGN GOALS & PROCESS - DESIGN RECOMMENDATIONS |

COSA 1103

D 1.12

**WALL RELOCATION STUDY**

COSA 1104

**D 1.13**

# DIAGRAM : EXISTING LAMBERT BEACH WALLS STUDIED FOR RELOCATION



COSA 1105

D 1.14

## PHOTO : EXISTING LAMBERT BEACH WALLS STUDIED FOR RELOCATION



COSA 1106

D 1.15

## DIAGRAM : PROPOSED WALL RELOCATION AT LAMBERT BEACH



EXISTING HISTORIC
LAMBERT BEACH WALL

EXISTING HISTORIC
RIVER SIDE WALK

EXISTING HISTORIC
RIVER CHANNEL WALL

EXISTING CONDITION

RELOCATED HISTORIC
LAMBERT BEACH WALL

EXISTING HISTORIC
RIVER CHANNEL WALL
STRUCTURALLY REINFORCED*

RELOCATED CONDITION

*Structural feasibility for relocating wall has not been determined

COSA 1107

D 1.16

# DESIGN TEAM STUDY : UPSTREAM MITIGATION REQUIRED TO OFFSET WALL RELOCATED AT LAMBERT BEACH



EXISTING CONDITION

Existing Trees

River Bank

Accessible ADA
Trail to Miraflores

Existing Grade

POST-MITIGATION

River Bank Increase

River Bank

Retaining Wall

Modified Grade

COSA 1108

D 1.17

## LAMBERT BEACH WALL RELOCATION

### PROS

- PRESERVE 8 LARGE TREES
  - WOULD REQUIRE THE REMOVAL OF LARGE TREES CURRENTLY GROWING AT THE BASE OF THE WALL
- MAINTAIN EXISTING ECOSYSTEM
- PROVIDE ADDITIONAL PEDESTRIAN SPACE NEAR BATH HOUSE

### CONS

- FLOODPLAIN EFFECTS:
  - WOULD REQUIRE MITIGATION FARTHER UPSTREAM
  - ADDITIONAL PERMITS AND VARIANCES
  - SEPARATE RIVER CONSTRUCTION PROJECT
  - REMOVAL OF OTHER LARGE TREES FARTHER UPSTREAM AT MITIGATION SITE
  - WOULD BE COSTLY AND DELAY DELIVERY OF PROJECT
- HISTORIC EFFECTS:
  - DAMAGE A CONTRIBUTING RESOURCE TO BRACKENRIDGE PARK AS A NRHP-LISTED HISTORIC DISTRICT
  - VOID THE PROGRAMMATIC AGREEMENT WITH USACE
  - REQUIRE MITIGATION AS AN ADVERSE EFFECT
- LIMIT RIVER ACCESS TO PARK GO-ERS
- DRAMATICALLY ALTER THE APPEARANCE AND FUNCTION OF LAMBERT BEACH

COSA 1109

D 1.18

## PROGRAMMATIC AGREEMENT SUMMARY

Within Brackenridge Park, the San Antonio River (a WOUS) is a centerpiece of user activities and contributes to the unique character of the Park. Any proposed project that occurs at or below the water level of the San Antonio River will trigger review under Section 404. Brackenridge Park is listed as a State Antiquities Landmark (SAL) and is in the National Register of Historic Places (NRHP) as a Historic District. In an effort to streamline the federal permit review process, environmental process and overall project budget and schedule, the PA standardizes the review process by providing procedures that satisfactorily take into account the effect of Brackenridge Park maintenance, repairs, and stabilization projects on historic properties. With the execution of this PA, it enables the regulatory agencies to streamline cultural resources studies, and expedites the permitting process to allow future Brackenridge Park projects to be constructed in an expeditious manner.

For projects that are unusual or complex and exceed the stipulations of the PA, a separate MOA will be required.

The PA streamlines the process by having procedures in place that already have the consent of stakeholders. The predetermined requirements outlined in the PA will help guide the project development process to avoid or minimize possible impacts to resources.

COSA 1110

D 1.19

**STRUCTURAL DETAIL STUDY**

COSA 1111

**D 1.20**

# WALL CONDITIONS



**SCENARIO 01**
TREES IMPACTED BY WALL REPAIRS

- 5'
- Soil Disturbance Required for Methods of Reconstruction/Repair
- Existing Grade
- WPA Era Lambert Beach Wall
- Roots Disturbing Cultural Resource
- San Antonio River

**SCENARIO 02**
TREES PUSHING OVER WALLS

- 5'
- Soil Disturbance Required for Methods of Reconstruction/Repair
- Existing Grade
- WPA Era Lambert Beach Wall
- Starting Wall Position
- Roots Disturbing Cultural Resource
- Lower Wall & Walkway
- San Antonio River

**SCENARIO 03**
POST WALL DESTRUCTION

- Soil Disturbance Required for Methods of Reconstruction/Repair
- Existing Grade
- Eroding and Unstable Slope
- WPA Era Lambert Beach Wall
- Roots Disturbing Cultural Resource
- Lower Wall & Walkway
- San Antonio River

**SCENARIO 04**
TREES BETWEEN WALLS

- 5'
- Soil Disturbance Required for Methods of Reconstruction/Repair
- Existing Grade
- WPA Era Lambert Beach Wall
- Roots Disturbing Cultural Resource
- Deteriorated Lower Wall & Walkway
- San Antonio River

COSA 1112

D 1.21

# ALTERNATIVE STRUCTURAL STRATEGY : PIER AND SPANDREL SYSTEM





COSA 1113

D 1.22

# ALTERNATIVE STRUCTURAL STRATEGY : PIER AND SPANDREL SYSTEM





TYPICAL RETAINING WALL
AT NEW LIMESTONE WALL
1   SCALE: 1" = 1'-0"

TYPICAL RETAINING WALL
AT LIMESTONE / CMU WALL
2   SCALE: 1" = 1'-0"

COSA 1114

D 1.23

# ALTERNATIVE STRUCTURAL STRATEGY : PIER AND SPANDREL SYSTEM

## PROS

- MORE ROBUST SYSTEM
  - DEEPER FOUNDATION OFFERS GREATER STABILITY
- SIMILAR TIMEFRAME TO EXISTING PROPOSED STRATEGY

## CONS

- TREE IMPACTS:
  - ROOT SYSTEMS OF TREES WOULD STILL BE DESTROYED DUE TO EXCAVATION REQUIRED
  - EXTENSIVE CANOPY TRIMMING REQUIRED

- CONSTRUCTION ACCESS:
  - HEAVY MACHINE RIG ACCESSIBILITY ISSUES (SLOPES, HISTORIC STRUCTURES, TREES)
  - REQUIRES EXTENSIVE SUPPORT SYSTEM FOR EQUIPMENT WEIGHT
- HISTORIC IMPACTS:
  - ANCHORS THROUGH FRONT OF WALLS DO NOT COMPLY WITH THE SECRETARY OF THE INTERIOR'S STANDARDS FOR REHABILITATION
  - REQUIRES DISMANTLING / REBUILDING OF HISTORIC WALLS AGAINST SECRETARY OF THE INTERIOR'S STANDARDS FOR REHABILLITATION
- MORE EXPENSIVE COST

COSA 1115

D 1.24

# TREE RELOCATION STUDY

COSA 1116

**D 1.25**

# TREE REMOVAL SUMMARY



**TREE REMOVAL**

TOTAL TREES WITHIN PROJECT AREA: 83

INITIAL PROPOSED TREE REMOVAL : 70

FINAL PROPOSED TREE REMOVAL : 48

    TOTAL HERITAGE TREES REMOVED : 6

    TOTAL TREES REMOVED 6" OR LESS : 10

    TOTAL TREES BETWEEN 6" AND 24" : 24

    INVASIVE SPECIES TO BE REMOVED : 4

    DEAD/DYING TREES TO BE REMOVED: 4

RELOCATED TREES :  21

TOTAL TREES PRESERVED IN PLACE : 14

COSA 1117

D 1.26

# TREE REMOVAL & RELOCATION



- 🟢 PROTECT IN PLACE
- 🔵 TREE TO BE RELOCATED
- ⚪ NEW RELOCATED TREE LOCATION
- 🔴 TREE TO BE REMOVED

COSA 1118

D 1.27

## 44" LIVE OAK TO BE RELOCATED



COSA 1119

**D 1.28**

**04** // LAMBERT BEACH PLAN

COSA 1121

**D 1.30**

# LAMBERT BEACH PLAN

01  EXISTING WALL TO BE REBUILT
02  EXISTING WALL TO BE REPAIRED
03  EXISTING RIVER SIDE WALK TO BE REPAIRED
04  EXISTING STAIR TO BE REPAIRED
05  LAMBERT BEACH GRAND STAIR TO BE
    DISMANTLED AND REBUILT ON NEW
    FOUNDATION WITH EXISTING MATERIAL
06  EXISTING PAVERS TO BE PROTECTED IN PLACE
07  EXISTING CONCRETE WALK AND RIVER WALLS
    TO BE DISMANTLED AND REBUILT ON NEW
    FOUNDATION WITH EXISTING MATERIAL

08  PUMP HOUSE TO BE PROTECTED IN PLACE
    AND RECEIVE NEW UNDERPINING FOUNDATION
09  NEW WALL TO MATCH MATERIAL OF EXISTING
    HISTORIC WALLS WITH VISUALLY
    DISTINGUISHABLE MORTAR AND FINISH
10  EXISTING PICNIC PADS PROTECT IN PLACE
11  EXISTING TREE TO BE PROTECTED IN PLACE TYP
12  44" RELOCATED LIVE OAK
13  NEW TREE (SPECIES RELEVANT TO PERIOD OF
    SIGNIFICANCE)
14  NEW PAVING TO MATCH EXISTING ADJACENT
15  NEW LIFT STATION (STRUCTURE ONLY)



COSA 1122

D 1.31

## DEWATERED RIVER CHANNEL WALL AND WALK AT PUMP HOUSE



REPAIR STAIRS

LIFT / STABILIZE FALLEN WALLS

STABILIZE/REHABILITATE EXISTING WALLS

REBUILD MISSING WALLS

REBUILD DETERIORATED WALKWAY

COSA 1123

**D 1.32**

# DEWATERED LAMBERT BEACH GRAND STAIR



RE-USE HISTORIC MASONRY

PROTECT HISTORIC STONE LEDGES

CORRECT CONTEMPORARY INTERVENTIONS

DISMANTLE MATERIAL & REBUILD FOUNDATION

COSA 1124

**D 1.33**

# VOLUNTEER TREES AT BASE OF DEWATERED LAMBERT BEACH WALL



COSA 1125

D 1.34

# DEWATERED RIVER LEVEL FLOOR OF PUMP HOUSE



UNDERPIN PUMPHOUSE

COSA 1126

D 1.35



**06** // PROPOSED STRUCTURAL DETAILS

COSA 1127

**D 1.36**

# REHABILITATION STRATEGY



HISTORIC WALL TO BE RECONSTRUCTED (EXISTING / SALVAGED STONE)

HISTORIC WALL TO BE REHABILITATED (EXISTING / SALVAGED STONE)

NEW WALL  (SAME APPEARANCE & TECHNIQUE, DISTINGUISHABLE STONE)

HISTORIC WALL TO BE REHABILITATED (EXPOSED TO WATER)

PUMPHOUSE UNDERPINNING FOR STRUCTURAL STABILIZATION

RIVER CHANNEL / WALKWAY REINFORCEMENT

LAMBERT BEACH GRAND STAIR RECONSTRUCTION

STAIR REHABILITATION

SAN ANTONIO RIVER

NO CONSTRUCTION TO OCCUR
IN THIS AREA

BRACKENRIDGE DRIVE

COSA 1128

D 1.37

# STRUCTURAL DETAILS : LAMBERT BEACH WALLS



NOTE: WALL HEIGHTS VARY. QUANTITY OF ANCHORS WILL VARY BASED ON WALL HEIGHTS & SPACING SHOWN.

F.V.    F.V.    8"

BACKFILL

3/8" X 1'-2" STAINLESS STEEL REBAR DOWELS @ 8"o.c. IN HIGH STRENGTH EPOXY TO EXIST. WALL. 4" EMBED MIN. SPACE @ 24"o.c. HORIZONTALLY

#5 HORIZONTALS @ 8"o.c.

#6 VERTICALS @ 12"o.c.

EXIST. CONC. WALKWAY

PERFORATED DRAIN, REF. CIVIL/ LANDSCAPE

CHIP EXIST BASE MATERIAL AS NEEDED FOR FLUSH WALL FORMING

RIVER CHANNEL

6'-0" MAX

COMPACTED FILL MATERIAL

#5 @ 8"o.c.
4'-0"

**② EXIST. STONE WALL AT WALKWAY**
SCALE: 3/4" = 1'-0"





COSA 1129

D 1.38

# STRUCTURAL DETAILS : LAMBERT BEACH WALLS



NOTE: WALL HEIGHTS VARY. QUANTITY OF ANCHORS WILL VARY BASED ON WALL HEIGHTS & SPACING SHOWN.

F.V.

8"

F.V.

BACKFILL

1'-0"

BRICKTIES @ 8"o.c.
VERTICALLY & 24"o.c.
HORIZONTALLY

#5 HORIZONTALS
@ 8"o.c.

SALVAGED STONE
WALL ON SHADOW
WALL LUG

#6 VERTICALS
@ 12"o.c.

6'-0" MAX

PERFORATED
DRAIN, REF.
CIVIL/
LANDSCAPE

EXIST. CONC.
WALKWAY

ALLOWABLE
CONST. JT.

#5 @ 8"o.c.

RIVER
CHANNEL

1'-0"

COMPACTED FILL
MATERIAL

1'-0"

4'-0"

**REBUILT STONE WALL W/SALAVGED STONE**
③ SCALE: 3/4" = 1'-0"

①





COSA 1130

D 1.39

# STRUCTURAL DETAILS : LAMBERT BEACH WALLS



NOTE: WALL HEIGHTS VARY. QUANTITY OF ANCHORS WILL VARY BASED ON WALL HEIGHTS & SPACING SHOWN.

F.V.
F.V. 8"
BACKFILL
1'-0"

3/8" X 1'-2" STAINLESS STEEL REBAR DOWELS @ 8"o.c. IN HIGH STRENGTH EPOXY TO EXIST. WALL 4" EMBED MIN. SPACE @ 24"o.c. HORIZONTALLY

6'-0" MAX

#5 HORIZONTALS @ 8"o.c.
#6 VERTICALS @ 12"o.c.

PERFORATED DRAIN, REF. CIVIL/ LANDSCAPE

T.O. WATER

CHIP EXIST BASE MATERIAL AS NEEDED FOR FLUSH WALL FORMING

1'-0" BELOW BOT. OF WATER

#5 @ 8"o.c.

COMPACTED FILL MATERIAL

4'-0"

① EXIST. STONE WALL DIRECTLY EXPOSED TO WATER
SCALE: 3/4" = 1'-0"





COSA 1131

D 1.40

# STRUCTURAL DETAILS : LAMBERT BEACH WALLS



1. FORM AND POUR NEW SHADOW WALL FOOTING.
2. SECURE EXISTING WALL IN LIFTING FRAMEWORK.
3. REBUILD BASE FOR EXISTING WALL USING RECLAIMED EXISTING MATERIALS
4. LIFT EXISTING WALL INTO PLACE.
5. SET ANCHORS PER DETAIL 3/S3.00
6. FORM & POUR SHADOW WALL REF.3/S3.00



SALAVAGED WALL LIFTING METHOD
SCALE: 3/4" = 1'-0"



COSA 1132

D 1.41

## STRUCTURAL DETAILS : LAMBERT BEACH WALLS



EXISTING STONE WALL

STABILIZATION OF EXISTING WALL REQUIRED FOR SIDEWALK REPAIR

#4 @ 12"o.c. E.W.

EXIST. SIDEWALK CONCRETE TO BE REMOVED

F.V.
F.V. VARIES
F.V.

#4 @ 12"o.c. E.W.

1'-6"

EXIST. RIVER CHANNEL & WALL



(10) RIVER CHANNEL WALL REINF.
SCALE: 3/4" = 1'-0"





COSA 1133

D 1.42

## STRUCTURAL DETAILS : LAMBERT BEACH GRAND STAIR







COSA 1134

D 1.43



brackenridge park
A POSTCARD PLACE LOST IN TIME
HDRC MEETING
19 APRIL 2023

MILLER ZEPHYR

COSA 1135

D 1.44

## EXISTING CONDITIONS : LAMBERT BEACH NORTH WALLS



COSA 1136

D 1.45

# DC Ex. D-2



**CITY OF SAN ANTONIO**
# OFFICE OF HISTORIC PRESERVATION

**HISTORIC AND DESIGN REVIEW COMMISSION**

**CERTIFICATE OF APPROPRIATENESS**

April 19, 2023

| | |
|---|---|
| HDRC CASE NO: | **2022-091** |
| COMMON NAME: | Brackenridge Park, Lambert Beach |
| ADDRESS: | 3700 N ST MARYS ST |
| LEGAL DESCRIPTION: | NCB A49 PART OF A-2, A-4, A-52 (208 AC) |
| PUBLIC PROPERTY: | No |
| LANDMARK: | Individual Landmark |
| APPLICANT: | Jamaal Moreno/City of San Antonio, PWD - 100 W Houston |
| OWNER: | City of San Antonio - 100 W Houston |
| TYPE OF WORK: | Park improvements |

**REQUEST:**

The applicant is requesting a Certificate of Appropriateness for approval to construct improvements to the Lambert Beach area in Brackenridge Park as Phase I of the FY17 Bond Project. Request items include:

1) Stabilization and restoration of the historic stone walls that have not yet failed?

2) Reconstruction of walls that have already failed to match existing?

3) Stabilization and reconstruction of the Grand Staircase to improve safety and accessibility?

4) Underpinning of the 1877 Pump House for foundation stabilization in preparation for Phase II improvements

5) Selective removal of trees located within the project area. In accordance with the UDC, HDRC approval is required for removal of mature trees located on the banks of the San Antonio River.

**FINDINGS:**

BACKGROUND – The proposed scopes for the Lambert Beach area are consistent with the publicly approved Brackenridge Park Master Plan strategy to restore, preserve, and articulate park cultural and historic features and were prioritized in the FY 17 Bond as approved by voters. In February 2022, the HDRC reviewed an item that considered removal of protected trees from the top of the river bank. The item was tabled in order to further develop design plans for the area and consider alternatives to tree removal. In this time, the City has conducted additional public outreach and design development and has begun coordination with the Texas Historic Commission regarding required approvals.

DESIGNATIONS – Brackenridge Park is a designated State Antiquities Landmark, National Register District, and locally designated landmark located within the River Improvement Overlay District (RIO-1). The 1877 Pump House and structures associated with the Lambert Beach recreational area are considered contributing and part of an important cultural landscape for the City of San Antonio.

ARCHAEOLOGY - Furthermore, the property is adjacent to the historical alignment of the San Antonio River, an area known to contain significant historic and prehistoric archaeological deposits. Therefore, an archaeological investigation is required. An Antiquities Permit is required prior to beginning construction. The project shall comply with all federal, state, and local laws, rules, and regulations regarding archaeology, as applicable.

PERIODS OF CONSTRUCTION - Lambert Beach was initially developed as a recreational area in 1915. A 1925 renovation resulted in many of the permanent features evident today including stone retaining walls, concrete walkway at the water level, and "grand

COSA 0874



D 2.1

staircase" with steps extending into the water. In 1940, additional work to the area, including raising of the stone walls, was completed through a WPA project to prevent further erosion of the river bank.??

PUBLIC PARTICIPATION - The City provided a robust community engagement process that included a walking tour detailing the proposed project scope, information on the cultural resources and proposed impact to trees; hosting a series of seven (7) public input meetings from March 2022 – August 2022; and meetings with the Brackenridge Park Stakeholder Advisory Committee comprised of local stakeholders.

TEXAS HISTORICAL COMMISSION – The Executive Committee of the Texas Historical Commission approved an Antiquities Permit for the project on April 10, 2023, as submitted.

DESIGN REVIEW COMMITTEE - A site visit of the Design Review Committee was held on April 12, 2023. The committee reviewed the current conditions of the site and gained a better understanding of the project scope and which trees would remain.

EXISTING WALLS - The existing walls are a combination of monolithic block and rubble stone construction. These walls have failed in several areas, making the area inaccessible to the public. Additional wall failure will occur without intervention.

WALL DESIGN - In order to stabilize the stone walls, a reinforced concrete shadow wall with footing will be introduced along the length of the Lambert Beach walls. The design requires an excavation width of a minimum of 48" from the back of the plumb line of the stone walls. This design will preserve the historic stone walls in place while providing structural support and adequate drainage to prevent future displacement. This treatment method prioritizes retention of original materials in place, consistent with the Secretary of the Interior's Standards and the UDC.

GRAND STAIR – The Grand Stair is in structural decline due to hydrological forces and lack of sufficient foundation. The design proposal will largely reconstruct this feature and include modifications to improve safety and accessibility. The existing stone steps were previously rebuilt with existing stone as part of a 2002 project. Based on feedback from the Texas Historical Commission, two original extant features, the historic bench and portions of the original historic steps will be preserved and repaired in place. The design of the reconstructed stair has also been redesigned to more closely match original conditions. This is consistent with the Secretary of the Interior's Standards and the UDC.

PUMP HOUSE – Restoration of the 1877 Pump House and raceway restoration are planned as part of the Phase II project improvements for the site. The proposed underpinning is necessary for the long term stabilization of the structure and will accompany the proposed work for the adjacent cheek walls which are of similar age.

EXISTING TREES - Based on a tree age study conducted in January 2023, the oldest oak trees located on the north bank date to approximately 1945.

TREES IN THE RIO – Generally, compliance with the City's tree preservation requirements is reviewed by the City Arborist and does not require additional review by the HDRC in most instances. Heritage trees and significant trees located at the top of the bank or along the River Walk are not allowed to be removed without HDRC approval per UDC 35-680. On a case-by-case basis, tree removal may be approved by the HDRC with a recommendation from the City Arborist (Development Services) and Forester (Parks Department) in instances of disease, age or physical condition, or if they must be removed for the safety reasons. Current conditions of the site present a safety concern and public access is currently restricted.

TREE REMOVAL – Due to the width of excavation required by the approved wall design, tree removal or relocation is needed. The City has worked with a tree relocation consultant to review relocation viability for all trees impacted by the project. In most cases, tree removal cannot be avoided due to a variety of factors.

TREE PRESERVATION - There is a total of 83 trees in the project area. The initial design removed 70 trees. The updated design reduces the number of trees to be removed down to 48 including:

4 invasive species trees

4 trees that are dead/dying

10 trees less than 6" in diameter

24 trees between 6" and 24" in diameter

6 heritage trees

COSA 0875

D 2.2

In response to public input, the project has been updated to preserve 35 additional trees:

The largest heritage oak in the area will be relocated and preserved (Tree 101, 44" Oak)

20 additional trees to be relocated and preserved

14 trees total will be preserved in place

TREES OF GREATEST CONCERN - The City has heard the public concerns, specifically regarding removal of the following:

| | | | |
|---|---|---|---|
| 95 | 32" Oak | 0" | 76 yrs |
| 97 | 22" Oak | 3" | unknown |
| 98 | 18" Oak | 18" | unknown |
| 99 | 16" Oak | < 5' | unknown |
| 100 | 37" Oak | 15" | 78 yrs. |

ALTERNATIVES & DUE DILIGENCE - The City has reviewed proposals for alternative wall designs intended to limit the width of required excavation behind the stone walls in an attempt to lessen the required tree removal, including:

Introduction of a pier and spandrel system that will require a minimum 16-18" of excavation width. Both drilled, reinforced concrete piers and helical piers have been proposed.

Full demolition of failing walls, construction of a reinforced concrete spandrel wall, and re-creation of the stone wall as a veneer.

Following review, the City and its consultants have noted the following factors which continue to restrict tree retention:

Many of the walls are currently out of plumb. For example, trees 95 and 97 are either touching or growing over the out-of-plumb wall and would need to be relocated or removed in order to accommodate wall correction regardless of excavation depth.

Remaining trees are located between 15" and 28" from the existing wall location and impacts to the roots cannot be avoided with the spandrel design.

The minimum excavation required by a spandrel system do not take into account OSHA standards.

The minimum excavation required by a spandrel system can only be achieved by anchoring th e stone walls through the front or reconstructing the stone as a veneer, contrary to the Secretary of the Interior's Standards.

The design of the piers themselves do not make a difference in terms of retaining trees.

The City's tree location consultant and multiple independent arborists have determined that impacts to trees 95, 97, 98, 99 & 100 cannot be avoided due to the positioning of these trees.

PROJECT LONGEVITY - Other concerns include the longevity of the project should trees remain in place. Due to proximity to the water, all trees in the area are fast growing and will continue to negatively impact the walls in the future. After carefully considering alternatives, likely outcomes, expense, and likelihood of future interventions needed, the City maintains that the proposed design will deliver a project that balances tree preservation with delivery of a lasting project that ensures future public access and recreational use and preserves historic features of the park consistent with the Secretary of the Interior Standards.

**RECOMMENDATION:**
Staff recommends approval of items 1-5 based on the findings. An archaeological investigation is required. The project shall comply with all federal, state, and local laws, rules, and regulations regarding archaeology, as applicable.

**COMMISSION ACTION:**
Approved with stipulations:

1)That no work will occur until the Section 106 process is complete;
2)That any additional tree removals will come back to the HDRC consistent with the UDC; and
3)That the City will monitor and maintain the heritage and significant trees during and after construction.

An archaeological investigation is required. The project shall comply with all federal, state, and local laws, rules, and regulations regarding archaeology, as applicable.

COSA 0876

D 2.3

**Shanon Shea Miller**
**Historic Preservation Officer**

A Certificate of Appropriateness (COA) serves as a record of design approval and is valid for 180 days. Work that is not completed in accordance with this certificate may be subject to correction orders and other penalties.

A COA does not take the place of any required building permits nor does it authorize the use of a property beyond what is allowed by the Unified Development Code. Prior to beginning your construction project, please contact the Development Services Department at (210) 207-1111 to ensure that,all requirements have been met.

This Certificate must remain posted on the job site for the duration of your project. Modifications to an approved design or an expired approval will require a re-issue of your Certificate of Appropriateness by OHP staff. Please contact OHP Staff at (210) 207-0035 with

COSA 0877

D 2.4

# DC Ex. D-3



**TEXAS PARKS & WILDLIFE**

Life's better outside.

Commissioners

Arch "Beaver" Aplin, III
Chairman
Lake Jackson

Dick Scott
Vice-Chairman
Wimberley

James E. Abell
Kilgore

Oliver J. Bell
Cleveland

Paul L. Foster
El Paso

Anna B. Galo
Laredo

Jeffery D. Hildebrand
Houston

Robert L. "Bobby" Patton, Jr.
Fort Worth

Travis B. "Blake" Rowling
Dallas

Lee M. Bass
Chairman-Emeritus
Fort Worth

T. Dan Friedkin
Chairman-Emeritus
Houston

Carter P. Smith
Executive Director

4200 SMITH SCHOOL ROAD
AUSTIN, TEXAS 78744-3291
512.389.4800

www.tpwd.texas.gov

Dr. J Hunter Reed DVM, MPH
Wildlife Veterinarian – Texas Parks and Wildlife Department
12861 Galm Rd.
San Antonio, Texas 78254

March 29th, 2022
City of San Antonio
PO Box 839966
San Antonio, Texas 7283

Re: Management Efforts of Brackenridge Park Rookery

Dear City of San Antonio,

I am writing this letter in support of the collaborative rookery management efforts being taken by the City of San Antonio, Texas Parks and Wildlife Department, and United States Department of Agriculture – Wildlife Services. Unfortunately, as human populations grow and contact with wildlife populations increases, disagreement between groups on how to manage conflict is likely to occur. This issue is not specific to San Antonio or Texas as a whole; it is a regular occurrence across the state and must be taken seriously. The department has worked with communities where residential neighborhoods have been inundated with fecal contamination, dead nestlings, regurgitated fish, and soiled infrastructure, which resulted in the discontinuation of mail and package deliveries and an inability of residents to go outside.

As it pertains to the rookery in Brackenridge Park, I have significant public health concerns for my fellow San Antonians. When large rookeries are established in the immediate vicinity of playgrounds, infrastructure, and recreational hardscapes, the risk of zoonotic disease transmission from several agents (including histoplasmosis, psittacosis, salmonellosis, among others) increases substantially. The sheer magnitude of fecal contamination, high likelihood of human contact with fecal matter, and limited ability to perform effective environmental decontamination make rookery management action paramount to disease risk mitigation. Additionally, the population most likely to be exposed in this scenario, young children, are also the most likely to develop severe disease if infected. This is an outcome that I believe everyone seeks to avoid.

Of equal importance, however, is a well-coordinated and humane response to manage the rookery and decrease conflict. Such an effort will support the persistence of nesting birds and will also encourage conflict free opportunities for our community to observe wildlife and embrace the outdoors. I have full confidence that the City of San Antonio, Texas Parks and Wildlife Department, and United States Department of Agriculture – Wildlife Services will take immense care in considering and negotiating all these factors.

Sincerely,

Dr. J Hunter Reed DVM, MPH

To manage and conserve the natural and cultural resources of Texas and to provide hunting, fishing and outdoor recreation opportunities for the use and enjoyment of present and future generations.

COSA 1549



Defendant's
Exhibit
D 3

D 3.1