# Attachment C (Part 4 of 6)

# DC Ex. D-19

# DRAFT

## City of San Antonio Parks
## Urban Rookery Management Plan
## 2022

Submitted to
City of San Antonio
Parks and Recreation Department
City Tower
100 W. Houston
San Antonio, TX 78205

Prepared by
Jessica Alderson, CWB ®
Urban Biologist
Texas Parks and Wildlife
12861 Galm Road
San Antonio, TX 78254
Cell: (210) 309-2416
Office: (210) 688-6444
Jessica.Alderson@tpwd.texas.gov



Reviewed By
Audubon Texas
San Antonio USFWS office

COSA 1767



D 19.1

## Introduction

San Antonio is a major route for migratory birds and serves as a breeding site for egrets and herons. During nesting season, most egrets and herons gather in large colonies, known as rookeries, to nest. These rookeries include species such as yellow crowned night herons, great egrets, little blue herons, snowy egrets, and cattle egrets. In Texas, cattle egrets are typically the most abundant species. Different species arrive, nest and leave at various times throughout the nesting season, which typically lasts from mid-February to late October. Adult birds and their offspring often return to the same location every year. Over time, rookeries can increase in size. Nesting egrets and herons prefer areas with mature trees and at least 75% closed canopy with overlapping branches. This allows the birds to easily walk among the branches from tree to tree. Most rookeries are located near water where there is plenty of food available for them to eat, but rookeries can easily exist away from water.

Egrets and herons play an important role in the ecosystem. They help maintain the diversity of other organisms, assist in controlling pests, and are excellent indicators of overall ecological health. Rookeries also provide unique opportunities for birdwatchers, nature enthusiasts and photographers. However, when egrets and herons establish rookeries in an urban setting, it can result in conflict within the community. The noise, odor, regurgitated food, large amounts of feces and even deceased birds at the rookery site can be a challenge. When rookeries establish near playgrounds, infrastructure, or other recreational areas, the risk of zoonotic disease transmission (i.e., histoplasmosis, psittacosis, and salmonellosis) increases substantially. The magnitude of fecal contamination, high likelihood of human contact with fecal matter, and limited ability to perform effective environmental decontamination make rookery management crucial to disease risk mitigation in urban areas. Over time, rookery sites can produce detrimental effects to vegetation primarily due to the accumulation of excrement on the plants and soil directly underneath roost trees. Bird feces also contributes to water quality concerns near rookery sites resulting in increased E.coli levels in the water.

Once a rookery is established, avoiding human-wildlife conflict can be difficult, so preventing rookery establishment in sensitive areas is a critical component of mitigating conflict. Habitat modification and deterrent techniques can be used to encourage egrets and herons to relocate from an undesired location before eggs are laid in the nest. Once the first egg is laid in the nest, state and federal regulations limit management options. Any actions intended to disturb the birds must stop once the first egg is laid in the nest. While implementing management practices to prevent a rookery from developing, it is possible that the birds will move to another location that is just as undesirable. Public awareness and early detection are critical to prevent the establishment of a rookery undesirable locations.

The goal of this urban rookery management plan is to deter egrets and herons from nesting in undesired locations, encouraging them to move to areas that can support the rookery without conflict. The recommended management techniques do not harm the birds or keep them from reproducing. Egrets and herons, including species of greatest conservation need, that are deterred from an area will find another, more suitable, location where they can establish their colony and thrive. This urban rookery management plan provides the City of San Antonio (CoSA) Parks and Recreation Department with guidelines to ensure consistent rookery management throughout City parks. This management plan is applicable only to managing urban rookeries within CoSA parks and should not be applied to management of urban wildlife related to air traffic from military installations or airports. Texas Parks and Wildlife (TPWD) continues to provide technical guidance and management recommendations to the CoSA Parks and Recreation Department. TPWD values the partnership with the CoSA and fully supports the management of the rookeries and the reduction of conflict surrounding them throughout the city.

## Urban Rookery Species Overview

### Yellow-Crowned Night Heron

Yellow-Crowned Night Herons are stocky with a gray body, black head, large white cheek patches, red eyes and yellow crown. During breeding, long white plumes extend from their crown. Juvenile Yellow-Crowned Night Herons are brown with tiny white spots on their back and wings; their neck and abdomen are streaked. Juveniles attain adult plumage around two to three years of age. Yellow-Crowned Night Herons are mostly active at night, so monitor for these birds as they commute from roosts to foraging areas at dusk and dawn. Unlike most herons, Yellow-Crowned Night Herons are very secretive and prefer to nest by themselves or in very small, scattered colonies. These birds are typically the first to arrive in late February-early March. Their breeding period typically occurs from March to mid-July. Yellow-Crowned Night Herons lay 2-6 pale bluish green eggs, incubating the eggs for about 24-25 days. Around 36–42 days after hatching, young walk around nests and nearby branches but do not actually begin to fly until about six weeks of age.


**Adult Yellow-Crowned Night Heron**
©Evan Lipton


**Juvenile Yellow-Crowned Night Heron**
©Evan Lipton


**Nesting Yellow-Crowned Night Heron**
©Jerry Jackson

### Great Egret

Great Egrets are very tall birds with a slender body and a long neck. They have long-legs, pure white plumage, a yellow bill, and dark legs and feet. Great Egrets fly with their neck pulled back in a S-curve. During breeding season, long feathery plumes grow from their back which they display during courtship. Juvenile Great Egrets look like non-breeding adults but smaller. Great Egrets typically arrive in San Antonio in March. Their breeding period typically occurs from early March to early August. Great Egrets usually nest high in the tree canopy. They lay 3-4 pale bluish green eggs, incubating the eggs for about 23-27 days. Young are able to climb on tree limbs at two to three weeks old and can fly around six weeks of age.


**Adult Great Egret**
©Alex Lamoreaux


**Juvenile Great Egret**
©Ed Konrad


**Nesting Great Egret**
©Carol Groenen

COSA 1769

**D 19.3**

## Snowy Egret

Snowy Egrets are medium sized egrets with all white plumage, black bill, black legs, and characteristic bright yellow feet. Immature and nonbreeding adults have dull, greenish-yellow feet. During the breeding season, adult Snowy Egrets develop long, wispy feathers on their back, neck, and head. In the height of the breeding season, the bright yellow skin of their feet turns an orange-reddish color. Snowy Egrets usually arrive in San Antonio in March. Their breeding period typically occurs from late March to early August. Snowy Egrets lay 2-6 pale greenish blue eggs, incubating the eggs for about 24-25 days. Young usually begin to fly about three to four weeks after hatching.


**Adult Snowy Egret**
©John Sutton


**Juvenile Snowy Egret**
©Evan Lipton


**Nesting Snowy Egret**
©Dawn Currie

## Little Blue Heron

Little Blue Herons are mostly greyish blue with a deep purple head and neck. They have long-legs, a pointed pale blue bill with a dark tip and dark blueish-green legs and feet. Juvenile Little Blue Herons look very different than their adult parents. For the first year, juvenile Little Blue Herons are all white, with tiny dark markings on their outer wingtips and dull green legs. During the spring of their first year, juvenile Little Blue Herons will gradually acquire the grey-blue plumage. Breeding adults develop long blue plumes, which are used for courtship. Little Blue Herons usually arrive in San Antonio around March to early April. Their breeding period typically occurs from late March to late July. Little Blue Herons lay 3-4 pale bluish green eggs, incubating the eggs for about 22-23 days. Young climb out of nest onto nearby branches after two to three weeks. They are capable of short flights around four weeks of age and become independent when they are about six weeks old.


**Adult Little Blue Heron**
©Etienne Artigau


**Juvenile Little Blue Heron**
©Ryan O'Donnell


**Nesting Little Blue Heron**
©Linda Murdock

D 19.4

**Cattle Egret**

Cattle Egrets are stocky, white birds with a buff-colored head, and have a short-necked appearance. They have a yellow bill and yellowish, orange-colored legs. Juveniles are all white with black legs and bill. At rest, Cattle Egrets have a hunched posture. During breeding season, Cattle Egrets develop buffy-orange plumes on their head, chest, and back. Cattle Egrets usually the last to arrive in San Antonio, typically in April. Their breeding period typically occurs from early April to late October. By the peak of their breeding season, usually in June, Cattle Egrets are the most abundant species in the rookery. Cattle Egrets lay 2-4 pale blueish green eggs, incubating the eggs for about 22-28 days. Young move around the nest and adjacent tree branches around two to three weeks. Cattle Egrets begin to fly at about four weeks and become independent at about six to seven weeks after hatching.



**Adult Cattle Egret**
**©Brandon Nidiffer**



**Juvenile Cattle Egret**
**©Paul Fenwick**



**Nesting Snowy Egret**
**©Bonnie Gruenberg**

## Legal Status

Egrets and herons are protected by state and federal laws. Chapter 64 of the Texas Parks and Wildlife Code states that "*no person may:*

1) *catch, kill, injure, pursue, or possess, dead or alive, or purchase, sell, expose for sale, transport, ship, or receive or deliver for transportation, a bird that is not a game bird;*
2) *possess any part of the plumage, skin, or body of a bird that is not a game bird; or*
3) *disturb or destroy the eggs, nest, or young of a bird that is not a game bird.*"

TPWD defines non-game as "*a species of vertebrate and invertebrate wildlife indigenous to Texas that are not classified as game animals, game birds, game fish, fur-bearing animals, endangered species, alligators, marine penaeid shrimp, or oysters.*" Egrets and herons are classified as nongame birds under Chapter 64 of the Texas Parks and Wildlife Code.

The Migratory Bird Treaty Act (MBTA), implemented by the U.S. Fish and Wildlife Service (USFWS), makes it unlawful to pursue, hunt, take, capture, kill or sell native migratory birds. The MBTA applies to all migratory bird species that are native to the United States or U.S. territories. A native migratory bird species is one that is present as a result of natural biological or ecological processes. Egrets, herons and other native species that typically nest in association with these birds, such as cormorants, are protected by the MBTA.

It is legal to harass adult, non-nesting birds to deter them from establishing a nest in an undesired location. However, once a bird lays an egg in the nest, all harassment and deterrent techniques must stop within the buffered distance reference below. Adult egrets and herons can be harassed without a permit except during their active nesting season. A nest becomes active when the first egg is laid and remains active until fledged young are no longer dependent on the nest. Nests that are empty or are in the process of being built but do not yet have an egg in them are considered inactive and can be removed and disposed of, as long as the

D 19.5

removal and disposition does not disturb an active nest.  Removing inactive nests with a pole, with an operator on the ground, does not constitute a disturbance and is not subject to the buffer requirement. Nests that are removed or found on the ground may not be retained without a permit issued by the USFWS and TPWD. Under very limited circumstances, USFWS may issue permits to take active nests. These permits are usually only issued when the particular nest is causing a human health or safety concern, or the nesting birds are in immediate danger. Fallen eggs, injured, or dead birds should be reported to CoSA Parks and Recreation Department. CoSA staff should double bag bird carcasses using gloves or a shovel and place it in the trash; immediately wash hands. Avoid directly touching dead birds with bare hands.

## Criteria for Implementing Urban Rookery Management

As urban rookeries continue to develop throughout San Antonio, conflict will arise between humans and wildlife, often resulting in disagreement between community members on how to best manage the perceived conflict. TPWD recommends that CoSA Parks and Recreation adopt a systemic approach to managing urban rookeries on City owned properties. With a systemic approach, management recommendations are based on geographic location. This approach will provide city staff, park managers, partners, and the general public with a level of predictability of the timing, frequency, and intensity of management practices. Be advised that certain situations may require an adaptive management approach, thereby necessitating changes in management strategies throughout a nesting season. However, a systemic approach as proposed below, should greatly reduce the number of management decisions that have to be evaluated throughout a nesting season.

Regardless of the current presence or absence of a rookery, TPWD recommends that CoSA Parks and Recreation create an overlay of city-managed properties that delineate zones on which a rookery would impact park operations, negatively impact the public's ability to use park space, and/or affect human health and safety. The designated zones would assist park managers in prioritizing wildlife management actions based on a thoughtful, intentional process that prioritizes park users. These zones, designated as Green, Yellow, and Red Zones would indicate the level of impact created by the presence of a potential rookery. Green zones are areas where the presence of a rookery does not pose physical, social, health, or safety issues for people or egrets and herons. Yellow Zones are areas in which a rookery presents only minimal reduction in recreational use of a park or where the presence of a rookery would require minimal changes to park operations. Red Zones are areas in which the presence of a rookery would result in a significant reduction in recreational use of park land or infrastructure, or an area where the presence of a rookery could compromise public health and safety. Each zone criteria are described below as well as unique management recommendations based on the zone classification.

### Green Zone

**Defined Green Zone**
- The presence of a rookery in the Green Zone results in no impact to recreational use of the park.
- Future colony growth does not present a human health or safe concern.
  - Example: Rookery located in a natural area of the park that is not heavily utilized by the public.

**Management Recommendations**
- No habitat management necessary.
- Rookeries in the Green Zone, regardless of the size, do not need to be managed.
- Normal property maintenance, such as mowing, weed-eating, edging, power washing and watering, may continue in the Green Zone.
- Monitor the rookery for potential growth into designated Yellow or Red Zones.

COSA 1772

D 19.6

## Yellow Zone

**Defined Yellow Zone**

- The presence of a rookery in the Yellow Zone would result in a minimal reduction in recreational use of the park and/or a potential health or safety hazard that warrants regular monitoring.
  - Example: Areas of the park with amenities and moderate public use.

**Management Recommendations**

- Closely monitor the rookery for changes in size, abundance, or location within the zone. Monitoring activities are especially critical when a Yellow Zone is close to a designated Red Zone.
- Increase cleaning and maintenance activities within the Yellow Zone.
- Temporarily reallocate impacted amenities (i.e., close picnic tables, relocate if possible or add additional picnic tables to other areas of the park).
- Consider conducting habitat modification between late October and late January to reduce the attractiveness of the area in the future, or the size of a colony.
- Place temporary educational signage in the impacted area.

## Red Zone

**Defined Red Zone**

- The presence of a rookery in a Red Zone would result in any of the following conditions:
  - a significant impact to recreational use of park or amenity
  - compromised public health or safety
  - damage to a sensitive ecological feature
  - Example: Areas of a park with high use amenities such as pavilions, restrooms, playscapes, splashpads, recreational centers, picnic pad sites, infrastructure, historic park features, or those directly over or near caves or springs.

**Management Recommendations**

- It is recommended that when mapping a red zone for impact to recreation operations, the zone includes an additional buffer to allow for management activities as referenced in the *Buffer Distance for Urban Rookery Management* section of this management plan.
- Red Zones are considered to be under an adaptive management process whereby management techniques will be adjusted based on the size, distribution, and behavior of birds within the rookery.
- All rookery management options are available to managers, including but not limited to habitat management, deterrents, and as a last resort, lethal control. Implement management practices outlined in the *Urban Rookery Management Techniques* section of this management plan.
- Once implementation of deterrent techniques begins, monitor for egrets and herons attempting to settle in surrounding areas, paying special attention to nearby parks, and neighborhoods.
- If egrets and herons attempt to re-establish in an area that is undesirable, implement recommended management techniques.

## Urban Rookery Management Techniques

Birds need food, water, cover, and space to survive. Modify one or more of these necessities, and birds will move to an area that better suits their needs. The goal of urban rookery management is to deter egrets and herons from nesting in undesired locations, encouraging them to move to areas that can support the colony without conflict. Early detection of rookery initiation is the best method for preventing the establishment of a rookery in an undesired location. When birds first arrive in the spring, they are somewhat nervous and easily scared away. Birds that arrive early in the season, usually in February and early March, act as scouts, identifying safe and suitable nesting locations. Habitat modification should be complete and visual deterrents

should be in place <u>before</u> the scout birds begin to arrive. Once the scout birds arrive, recommended noise deterrents should begin. The birds that arrive later in the season, typically in late March and April, choose locations already being used by others and are harder to deter.

No single management technique will deter egrets and herons in every situation. Each management technique has limitations, and their effectiveness may change over time. Integration of multiple management techniques is essential in developing a strategy to manage urban rookeries. It is important to understand that a technique that worked initially may fail later as the birds habituate to it, no longer perceiving the management technique as a threat. Successful dispersal of an urban rookery from an undesired location not only involves a combination of management techniques but is also dependent on the timing of management practices and the skill and persistence of the managers implementing the techniques. Unfortunately, it is not possible to predict where a rookery might be established. However, this management plan provides guidelines to ensure consistent rookery management throughout CoSA parks. The location of a rookery within designated Red, Yellow and Green Zones will determine the intensity, frequency, and recommended management options. Refer to the *Criteria for Implementing Urban Rookery Management* section of this management plan. Below is an overview of various urban rookery management techniques.

### Monitoring
Monitoring is an essential component of urban rookery management. Egrets and herons arrive, nest and leave at various times throughout the nesting season, typically from February to late October. Monitoring bird activity in February and March will result in early detection of rookery establishment in undesired locations. In March and April, monitor for nest building and remove nesting material daily if no eggs are present. Most importantly, monitor to ensure the management techniques being implemented are effective at deterring targeted birds. Over time, the effectiveness of management techniques may change, so integrating multiple management techniques is essential in developing a strategy to manage urban rookeries.

### Habitat Modification
Habitat modification is the most effective management practice and produces the longest lasting prevention of rookery establishment. In the winter months, when the birds are gone, typically late October through late January, modify habitat by creating openings within the canopy and removing overlapping branches, making the area less desirable for the birds. Dramatic changes are not [cover] necessary. It is recommended that trees be trimmed to less than 70% canopy to deter egrets and herons from nesting. Tree canopy density can be determined with visual estimation or the use of a spherical densitometer. To determine percent canopy cover using visual estimation, stand under the trees and look up. The area of sky blocked by leaves and branches are represented in black on the figure below, which is the percent canopy cover. Habitat modification should focus on decreasing the overall canopy coverage, and preventing limb overlap between trees, which prevents the perception of a continuous perching substrate. During management, be sure to remove deadwood and thin the tree canopy to allow sunlight between limbs and other trees. For maximum impact, habitat modification should be combined with noise and visual deterrents. If birds begin to reestablish in another undesirable location, mark those trees for habitat modification and begin as soon as possible. ~~Once an egg is laid in the nest, habitat modification of that particular tree must stop.~~



Percent Canopy Cover
©NCTCOG

### Nest Evaluation

Egrets and herons in search of nesting locations may use the presence of existing nests as indicators of a potentially suitable nesting site. When conducting habitat modification in the winter months, remove old nests from trees to decrease the likeness of an undesired site being used for nesting. At the beginning of nesting season, remove early nesting material daily using long poles or water hoses after verifying that no eggs are present. Removal of nesting material as nests are being constructed will result in birds leaving the area to search for a more successful nesting location. Be aware that most bird species can build a nest in just a few days so check for new nesting material often. Nests and nest materials can be placed in the trash and should not be kept without appropriate permits from USFWS and TPWD. Nest removal or nest destruction that results in the unpermitted take of migratory birds, or their eggs is illegal and prosecutable under the MBTA and Texas Parks and Wildlife Code-Chapter 64. Therefore, unless an entity is permitted with authorized take, active nests should not be removed.

- Active Nest
  - A nest is considered active when the first egg is laid in the nest.
  - The nest remains active until fledged young are no longer dependent on the nest.
- Inactive Nest
  - A nest is considered inactive if there are no eggs or young present in the nest and is no longer being used by birds for breeding.
  - Nests that are being built but do not yet have an egg in them are considered inactive.

When searching for nests, use binoculars to scan the area for bird activity. Often times simply observing the birds provides clues about where their nests are located. At the beginning of nesting season, watch for birds carrying twigs, sticks and other nesting material to and from trees. Remove early nesting material daily using long poles or water hoses after verifying that no eggs are present. Be aware that most bird species can build a nest in just a few days so check for new nesting material often.

Egrets and herons nest 10 to 60 feet up in the tree canopy, making it challenging to check nests for eggs. A manlift or scissor lift will allow staff to easily check nests, however depending on the surrounding terrain and equipment availability, it may not be an option. Drones are another useful tool to monitor for eggs in nests however, drones can also cause negative impacts to birds if deployed in a threatening manner. Using a cell phone attached to a selfie stick or taped to a long pole is an easy way to check for eggs. If attaching a phone to a long pole, set the phone on video, start recording and position the phone up over the nest for a few seconds; lower the phone, stop recording and watch the video to see if any eggs were present. During the incubation period, birds will sit on their nests for

D 19.9

extended periods of time. After the eggs hatch, adults make frequent trips to and from their nests to tend to their young. Once there is an egg in the nest, that nest is considered active and is protected until fledged young are no longer dependent on the nest.

**Visual Deterrents**

Vision is the most important sense for birds and is essential for flying, finding food, and avoiding predators. Visual deterrents such as scare-eye devises, mylar streamers, and hawk or owl silhouettes can be effective when put in the trees of potential nesting sites. Visual deterrents work to frighten birds away from undesired locations by using optical scare triggers such as predator features, motion, vibrant colors, or reflective surfaces. Visual deterrents alone are rarely effective because they easily become accustomed to them. To offset this issue, combine several of these methods so that the birds do not become accustomed to them. If a bird successfully builds a nest and lays eggs near a deployed visual deterrent, it is not necessary to remove the visual deterrent. In this situation, removal of the visual deterrent near an actively nesting bird could result in nest abandonment so it is recommended that visual deterrents be removed once the birds are no longer dependent on the nest.

Visual deterrents should be implemented just before the birds begin to scout out the area, typically in late February. Scare-eye devises should be placed in the upper tree canopy. To be most effective, it is recommended to also allow scare-eye balloons to float about 12 inches above the tree canopy. Adding a mylar tail to the floating scare-eye balloon increases effectiveness. In addition to scare-eye devices, mylar streamers can be placed throughout the tree canopy. Cut mylar streamers into long strips and hang from various high points in the trees, focusing on mid to upper tree canopy. Be sure to tie the mylar streamer in multiple knots to avoid losing them in the wind. The mylar streamer should be visible to the birds and able to feely move in the wind. Old CD's/DVD's or any other shiny objects can also be used.

Handheld and autonomic lasers are effective methods to deter birds from an undesired location. Most bird species associate light with predator behavior and flee when exposed to the light pattern of a laser. Low power, long-wavelength lasers, can be an effective bird deterrent method and disperse birds under low-light conditions. Green lasers have also been found to effectively deter herons and egrets away from sensitive locations. Lasers should be aimed at objects near the birds, such as shrubs or sidewalks, in order to reflect the light and impact bird behavior. Extreme caution should be used when using lasers, avoiding aiming the laser directly at birds, people or directly up into the sky.



**Scare Eye Balloons**



**Mylar Tape**



**Handheld Laser**

COSA 1776

**D 19.10**

### Noise Deterrents

Birds use their keen sense of hearing to warn them of danger, locate prey and for communication such as defending their territory or attracting mates. When birds first arrive in early spring, they are somewhat nervous and easily scared away. Noise deterrents such as pyrotechnics (screamers, bangers), cracker shells, propane cannons, 2x4 wooden blocks clapped together and predator calls work effectively to deter birds from an undesired location. Over time, birds may become accustomed to the sounds of noise deterrents. Integration of multiple management techniques is essential in developing a strategy to manage urban rookeries. Using visual deterrents along with noise deterrents will increase the effectiveness of bird dispersal.

Birds are capable of hearing frequencies between 1 to 4 kHz therefore ultrasonic devices (>20kHz) will not deter birds. Electronic speakers emit intermittent bursts of noise that imitate distress or predator calls and will cause birds to avoid the area. To people and other animals, prerecorded distress and predator calls resemble normal birdcalls, so there is no disturbance to the public. Electronic speaker systems can target a specific bird species or many bird species at the same time if warranted. Most electronic speaker systems can be programmed to turn on and off automatically and allow additional speakers to be added to extend the effective deterrent range. Over time, birds can become accustomed to sounds, even if they may have initially perceived the sounds as threatening. Therefore, it is recommended that the best sound bird deterrents be programmed to emit threatening birdcalls for several minutes, stop and then repeat the sequence every 10 minutes. Electronic speaker devises that have volume control that allows the sound intensity of birdcalls to be adjusted is useful when using this deterrent technique.

Pyrotechnics produce loud bangs, whistling noises or bright flashes of light which deters birds from an undesired location. There are many pyrotechnic options available on the market that deter birds. It is recommended to evaluate the location and surrounding area before selecting the most appropriate use of pyrotechnics for each individual situation. Bangers are pyrotechnic cartridges fired from a modified starter pistol with a .22-caliber blank. They typically travel about 50-75 feet before exploding. Screamers, also known as whistlers, do not explode. When a screamer is fired, it makes a screaming or whistling noise as it travels about 150-200 feet through the air. A screamer banger rocket combines a banger and a screamer into one single unit, travels about 300-350 feet and makes a screaming noise followed by a loud bang. It is important that proper training is provided to individuals firing these devices. Pyrotechnics should only be used when it is safe to do so. These devises should be held at a 45-degree angle when fired and should not be aimed directly at the birds. Wear personal protection gear, such as hearing protection and safety glasses, and be aware of your surrounds when using these devices. To be most effective, combine several of these methods so that the birds do not become accustomed to them. It is highly recommended that the public be made aware of when pyrotechnics are being used for bird dispersal. Placing signage in the immediate area, posting information on social media and city websites will ensure the public is well informed of the management occurring in the area, avoiding potential conflict within the community.



Screamer banger
with wooden stabilizers
©W.Gorenzel



Pistol Launcher
Bird bomb, 22-caliber
blanks, and screamer
©J.Clark



12-gauge shotgun
Shell Crackers
©W.Gorenzel

### Drones

Drones have many unique functions that make them a valuable tool for wildlife monitoring. Their ability to quickly cover large tracts of land, high-definition cameras, and tracking features make them especially useful when monitoring birds and their nests. However, drones can also cause negative impacts to birds. If deployed in a threatening manner, drones can disrupt mating behaviors of birds resulting in nest abandonment. If drones become too close, birds may be provoked to attack, resulting in injured birds from the rotating drone parts. Using a drone for wildlife monitoring requires a high level of skill and proper permitting to ensure compliance with local, state and federal regulations.

### Falconry Based Bird Abatement

Most birds will hide or disperse when a bird of prey is visible and/or on the hunt. Falconry Based Bird Abatement is the use of trained birds of prey to deter birds from an undesired location. Falconers are licensed, permitted and are required to complete extensive training. Depending on the size of the area, multiple birds of prey may be needed. Keep in mind that weather conditions restrict when birds of prey can fly. Though Falconry Based Bird Abatement is a management tool, other management techniques may be utilized to increase effectiveness.

### Park Maintenance

If a rookery is established in a park and the birds are nesting, normal property maintenance, such as mowing, weed-eating, edging, power washing and watering, may continue. To keep feces from accumulating, power wash or spray down sidewalks, picnic tables, landscaping, and buildings on a regular basis. Park visitors should be advised not to handle the birds or intentionally disturb the birds while nesting. Fallen eggs, injured, or dead birds should be reported to CoSA Parks and Recreation Department. These kinds of maintenance are not considered disturbance or harassment under the MBTA or Chapter 64 of state code.

### Public Awareness and Education

Public awareness and early detection are critical to prevent establishment of rookeries in urban areas. The more residents participating in early detection and deterrent techniques, the better the chance of getting the birds to go elsewhere. Encourage community members to contribute to citizen science data by recording their egret and heron observations in iNaturalist or eBird. Before implementing management practices, reach out to local media outlets so citizens are informed of rookery management happening in their area. Social media posts and CoSA website updates are also useful community outreach tools.

D 19.12

## Timeline for Urban Rookery Management

Egrets and herons arrive, nest and leave at various times throughout the nesting season, which typically lasts from mid-February to late October. Public awareness and early detection are critical to prevent establishment of rookeries in urban areas. Below is a recommended timeline for implementing urban rookery management techniques and monitoring throughout the year.

| | |
|---|---|
| **Late October – Late January** | <ul><li>Remove old, abandoned nests.</li><li>Conduct any vegetation management, including thinning tree canopy and/or removing overlapping branches.</li><li>Remove deadwood and excessive undergrowth vegetation.</li><li>Begin public education and awareness.</li><li>Meet with media and neighboring communities to discuss management plan. Advise surrounding communities to contact you if dispersed birds begin to seek nesting habitat in undesired location.</li></ul> |
| **Mid-February – Early March** | <ul><li>Monitor for birds and new nesting material in trees daily.</li><li>Place visual deterrents **before** the birds arrive.</li><li>Monitor for birds beginning in:<ul><li>February - Yellow-Crowned Night Herons, Great Egrets</li><li>March - Snowy Egrets, Little Blue Herons, Cattle Egrets</li></ul></li><li>Remove new nests, partial and whole, daily. Ensure there are <u>NO</u> eggs present before removal.</li><li>Begin noise deterrents as soon as egrets and herons begin to arrive.</li></ul> |
| **February – June** | <ul><li>Monitor for egrets and herons in surrounding areas, paying special attention to nearby parks, and neighborhoods.</li><li>If egrets and herons attempt to re-establish in an area that is undesirable, implement recommended season-appropriate management techniques.</li></ul> |

## Buffer Distance for Urban Rookery Management

Wildlife managers frequently implement buffer distances around sensitive areas, such as wildlife breeding habitats, to reduce the impacts of human activity and habitat disturbance. For the purpose of this urban rookery management plan, the buffer defines the distance at which rookery management techniques can occur without disturbing an active nest, adults and/or young to the point of potential nest abandonment. A nest becomes active when the first egg is laid and remains active until fledged young are no longer dependent on the nest. Buffers provide protection for active nests while allowing management activities at other locations on the property. Utilizing buffers for rookery management helps to minimize and/or avoid incidental take of migratory birds. Incidental take is defined as the harming or killing of a migratory bird that results from, but is not the purpose of, carrying out an otherwise lawful activity. Incidental take is a violation of the MBTA and Chapter 64 of the Texas Parks and Wildlife Code. For the purpose of this rookery management plan, the buffer zone should be measured from the outermost active nest of the rookery.

COSA 1779

D 19.13

Many studies have evaluated alert distance (AD) and flight initiation distance (FID) of birds in response to various disturbances. AD is defined as the distance between a disturbance and bird at the point where the bird changes its behavior in response to the disturbance. AD is recommended as the most appropriate measure to base buffers on, however it can be difficult to measure because nesting birds are typically hidden. AD behavior is noted when a bird appears unsettled or agitated in response to a disturbance. FID is defined as the point at which a bird flushes or completely moves away from a disturbance or perceived danger. Disturbances evaluated in these studies include pedestrians, dogs, pedestrians with a dog on leash, motorized and non-motorized watercraft, aircraft, bicycling, construction and motorized vehicles. TPWD is not aware of published estimates of AD or FID for colony-nesting birds related to noise deterrents such as pyrotechnics (screamers, bangers), cracker shells, propane cannons, wooden blocks clapped together, or electronic speaker systems emitting distress or predator calls. See attached *Flight Initiation Literature Review*.

Noise from traffic, construction, watercraft, aircraft, and other common forms of recreation have been found to alter bird behavior and population dynamics. However, there are also studies that have found no response in bird behavior related to noise disturbance. Many factors influence AD and FID of birds. For example, reaction distances may be less for birds that are already stressed due to decreased food availability, poor body condition or disease. Many birds will react differently based on the source of the disturbance as well as prior exposure to the disturbance. Research has shown that over time, birds can become accustomed to visual and noise deterrents, so habituation strongly influences AD and FID of birds. It has also been noted in several studies that birds living in urban environments have greater AD and FID most likely due to the birds adapting to their changing environment.

Throughout the rookery management process, it is possible that dispersed egrets and herons will successfully build a nest and begin to lay eggs in an area adjacent to a managed rookery site. In the spring of 2022, Yellow-Crowned Night Herons successfully nested in a location about 170 meters away from the use of noise deterrents to disperse birds from an undesired location at Brackenridge Park. The behavior of the Yellow-Crowned Night Herons was closely monitored during implementation of noise deterrents at 170 meters away and no visible reaction was displayed as a result of the disturbance. This area soon became the new location of the rookery. Yellow-Crowned Night Herons, Great Egrets, Snowy Egrets, Little Blue Herons and Cattle Egrets all successfully nested in this new location while noise deterrents were being implemented 170 meters away. This information can be used to provide guidance for buffer zone recommendations related to rookery management techniques. Previous studies recommended buffers for nesting colonial waterbirds as a strategy to alleviate disturbances have ranged from 100 to 250-meters. Based on a literature review of AD and FID of birds and the observations made at Brackenridge Park in 2022, it is recommended that a 175-meter buffer be applied from the outermost active nest of the rookery to the noise deterrents being used to discourage nesting. It is important to understand that as birds start laying eggs at a new rookery site throughout the nesting season, the location of the outermost active nest in the rookery may change. If this occurs, managers should adjust the location of where the deterrent is being implemented to ensure the 175-meter buffer is being applied. Note that the baseline buffer of 175-meters is an initial recommendation. Based on the birds' adaptations, the buffer could potentially be smaller. TPWD encourages the CoSA to evaluate smaller buffer distances in order to identify the smallest distance of which deterrents can be implemented without evoking alert behaviors or flight initiation.

D 19.14

Due to the complexity of nesting egrets and herons, an adaptive management plan is recommended when defining buffer distance. In addition to implementing a 175-meter buffer from the outermost active nest of the rookery, it is important to continue to monitor actively nesting birds to ensure the appropriate buffer is suitable and protects the nesting birds from disturbance. Managers are encouraged to monitor the rookery and readjust their delineation of active nests, especially on the perimeter of the rookery. While implementing recommended rookery management techniques, monitor for the presence of actively nesting egrets and herons in the adjacent area and assess for the behaviors described below. Management recommendations are listed below based on the bird behavior displayed in response to the disturbance.

- Relaxed Behavior
  - Relaxed behavior in birds is noted when a bird is roosting or preening, displaying no visible reaction to the disturbance.
  - Proceed with recommended management techniques at the designed buffer zone distance.
- Scanning Behavior
  - Scanning behavior is notable when a bird frequently turns its head in response to the disturbance.
  - Proceed with recommended management techniques with caution.
  - Continue to monitor bird behavior, watching for signs of intensified behaviors in response to the disturbance.
- Alert Behavior
  - Indications of alert behavior are repeated behaviors indicating unsettled or agitated response directly to the disturbance.
  - In the event of repeated alert behaviors indicating disturbance, increase buffer by 50 meters and reassess.
- Flight Behavior
  - Signs of flight behavior include bird walks, jumps, runs, or flies away in response to the disturbance.
  - Stop deterrent techniques immediately.
  - Increase buffer zone by 75 meters and reassess.

## Additional Resources

Us Fish and Wildlife Service Migratory Bird Treaty Act

Texas Parks and Wildlife Code Chapter 64

Nuisance Heronries in Texas

Urban Egret and Heron Rookeries - A Guide for Municipalities

City of Burleson Neighborhood Services – Egret Rookery Control

City of Arlington – Rookery Prevention

North Central Texas Council of Governments - Egret Rookeries: When Nesting Birds Become a Problem

U.S. Department of Agriculture – Herons and Egrets

Bird Dispersal Techniques - USDA APHIS

All About Birds - Cattle Egret

All About Birds - Snowy Egret

All About Birds - Great Egret

All About Birds - Little Blue Heron

All About Birds - Yellow-Crowned Night Heron

COSA 1782

**D 19.16**

# DC Ex. D-20

MF-6
(12/2021)

Agreement No. 402212

## FIELD AGREEMENT
### Among
U.S. Department of Agriculture, Animal and Plant Health Inspection Service,
Wildlife Services
and
Texas A&M AgriLife Extension Service - Wildlife Services
and
Texas Wildlife Damage Management Association, Inc.
and
City of San Antonio – Parks and Recreation Department

Cooperator

In accordance with the terms of the Memorandum of Understanding between the United States Department of Agriculture, Animal and Plant Health Inspection Service, Wildlife Services; The Texas A&M University System, Texas A&M AgriLife Extension Service - Wildlife Services; and the Texas Wildlife Damage Management Association, Inc. (collectively known as the Texas Wildlife Services Program [TWSP]) a copy of which is on file at the State Office, San Antonio, Texas, this field agreement is intended to augment the wildlife damage management activities of the TWSP.

THEREFORE, It Is Mutually Agreed That:

1.  The cooperative wildlife damage management program conducted under the terms of this agreement shall be under direct supervision of the U.S. Department of Agriculture, Animal and Plant Health Inspection Service, Wildlife Services. A local representative of the TWSP will frequently consult with the Cooperator relative to the extent of the TWSP's participation in the plans and procedures that are necessary to best serve the interest of the parties hereto.
2.  The Cooperator will provide funds to the Texas Wildlife Damage Management Fund for the employment of personnel, fringe benefits, payment of travel and other expenses as necessary to fulfill the mission of the cooperative program. The TWSP will contribute to the salary, travel costs, and all other necessary expenses to carry out an effective program.
3.  The State Director of the TWSP or designated official will certify as to the accuracy of all claims to be paid by any party to this agreement and shall perform such other administrative functions as are agreed upon from time to time; provided, that no funds of the Cooperator will be transferred to any such employee working under the terms of this agreement.
4.  Authority exists under the Animal Damage Control Act of March 2, 1931, (7 U.S.C. 426-426c, as amended) and the Rural Development, Agriculture, and Related Agencies Appropriations Act of 1988 (P.L. 100-202) for Wildlife Services to cooperate with states, individuals, public and private agencies, organizations, and institutions in the control of nuisance animals injurious to agriculture, horticulture, forestry, animal husbandry, wildlife, and public health and safety.
5.  The TWSP will hold the Cooperator harmless from any liability arising from the negligent act or omission of an officer of a managing cooperative entity or employee acting within the scope of his/her employment to the extent compensation is available pursuant to the Federal Tort Claims Act (FTCA), 28 USC 2671 et. seq., except to the extent that aforesaid liability arises from the negligent acts or omissions of the Cooperator, their employees, agents, or subcontractor(s). Such relief shall be provided pursuant to the procedures set forth in the FTCA and applicable regulations.
6.  Furs or other parts of monetary value taken from wild animals will be handled in accordance with the provision of Article 3 f. of the Memorandum of Understanding.
7.  This agreement and any continuation thereof shall be contingent upon availability of funds. It is understood and agreed that any monies allocated for the purpose of this agreement shall be expended in accordance with its terms and in the manner prescribed by the fiscal regulations and/or administrative policies of the appropriate managing cooperative entity that is making the funds available.
8.  This agreement shall continue in force and effect until superseded or terminated. Terms and service fees may be reviewed and revised periodically. It may be amended by mutual agreement by executing a corresponding field agreement. This agreement may be terminated by either party upon thirty (30) days written notice.

NOW, THEREFORE, Pursuant To Section 2 Above, It Is Mutually Agreed That:

1.  The TWSP shall furnish supervision of the project and shall provide equipment and other supplies required in the operation of the project.
2.  The Cooperator shall pay the Texas Wildlife Damage Management Fund for wildlife damage management services for a
3.  mutually agreed upon amount  /  monthly for the period not to exceed 5 years or total amount of  $50,000.00

    to be spent primarily for the purposes outlined in the

    City of San Antonio Parks and Recreation Department Work Plan

The Cooperator further agrees to make this payment to the Texas Wildlife Damage Management Fund promptly upon receipt of a monthly invoice for services provided. The TWSP will provide a report of the wildlife damage management activities. Failure of the Cooperator to make this contribution within sixty (60) days after receipt of this invoice will, at the option of the TWSP, terminate the agreement at the end of the period.

IN WITNESS WHEREOF, the duly authorized officers of the parties hereto have executed this agreement on the dates opposite their respective signatures.

By _____  12/21/21
          Cooperator          Date

By _____  12/21/21
        District Supervisor    Date

By _____  12/21/21
          State Director       Date

**STATE OFFICE**

COSA 1556

Defendant's
Exhibit
D 20

D 20.1

**Texas Wildlife Services Program**
**and**
**City of San Antonio Parks and Recreation Department**

**Work Plan (WP)**

The City of San Antonio Parks and Recreation Department has requested that the Texas Wildlife Services Program (TWSP) provide assistance to mitigate potential and realized wildlife damage at City owned parks in Bexar, Co Texas.

The USDA-Animal and Plant Health Inspection Service –Wildlife Services (WS) Unit oversees the Cooperative Texas Wildlife Services Program, a cooperative program between USDA APHIS WS, the State of Texas, through the Texas A&M AgriLife Extension Service and the Texas Wildlife Damage Management Association. The Association represents cooperators from industry, local governments, property owners and livestock producers who help fund the cooperative efforts. The goals of the program are to reduce wildlife damage to agriculture, property and human health and safety.

Pursuant to this agreement this work plan defines the basic objectives, plan of action, and budget for the TWSP to begin on January 1, 2022 and continue for a period not to exceed 5 years. A work and financial plan will be discussed between the parties prior to the initiation of each subsequent FY for a period not to exceed 5 years or for an amount not to exceed $50,000.00.

The U.S. Department of Agriculture (USDA) is authorized to protect American agriculture and other resources from damage associated with wildlife. The primary authority for Wildlife Services (WS) is the Act of March 2, 1931 (46 Stat. 1468; 7 U.S.C.426-426b) as amended, and the Act of December 22, 1987 (101Stat. 1329-331, 7 U.S.C. 426c). Wildlife Services activities are conducted in cooperation with other Federal, State and local agencies, private organizations and individuals.

The Texas Wildlife Services Program uses an Integrated Wildlife Damage Management (IWDM) approach (sometimes referred to as IPM (Integrated Pest Management) in which a series of methods may be used or recommended to reduce wildlife damage. These methods include the alteration of cultural practices as well as habitat and behavioral modification of wildlife to prevent damage.

**I. OBJECTIVES/GOALS**

To establish and continue an IWDM program incorporating direct assistance and technical recommendations at parks subject to this agreement and associated private property deemed necessary for the mitigation of hazardous wildlife for the protection of human health and safety. The secondary objective will be to reduce damage to City property and natural resources caused by wildlife at sites subject to this agreement.

TWSP is recognized as the appropriate agency to conduct wildlife damage management (WDM). TWSP has the jurisdiction by Federal and State law as well as the expertise in IWDM to provide these services.

Various wildlife species have caused problems at local parks. Droppings associated with nesting, roosting or loafing birds (herons, egrets, vultures, pigeons, and assorted waterfowl) have been directly or indirectly

responsible for damage to buildings, property and increased maintenance costs. In addition, concentrations of bird droppings can create unsafe as well as unhealthy working conditions for City employees and visitors.

## II. PLAN OF ACTION

TWSP will assign a Wildlife Technician to the project and will provide supervision and operational activities consistent with the annual financial plan.

WDM techniques for controlling birds and mammals include all legal methods in accordance with the IWDM approach. Only TWSP or other designated personnel will remove captured animals. TWSP will be responsible for the application and maintenance of WDM devices. All capture devices will be set to reduce the likelihood of non-target catches.

WDM activities will be confined primarily to park boundaries outlined in the work plan with periodic activities conducted offsite where mammals and birds pose a threat to the park or human health and safety. WDM activities will be coordinated with the appropriate City of San Antonio departmental personnel as well as with local, state, and federal officials.

The City of San Antonio will provide the TWSP employee assign to this project with an area to dispose of carcasses, eggs and nesting material removed from the locations outlined in this work plan.

## III. STIPULATIONS AND RESTRICTIONS

a.  All operations shall have the joint concurrence of TWSP and the City of San Antonio Parks and Recreation Department.  Personnel assigned to this project will remain under the direct supervision of TWSP.

b.  TWSP will hold the Cooperator harmless from any liability arising from the negligent act or omission of an officer of a managing cooperative entity or employee acting within the scope of his/her employment to the extent compensation is available pursuant to the Federal Tort Claims Act (FTCA), 28 USC 2671 et. seq., except to the extent that aforesaid liability arises from the negligent acts or omissions of the Cooperator, their employees, agents, or subcontractor(s).  Such relief shall be provided pursuant to the procedures set forth in the FTCA and applicable regulations.

c.  Control on Private Lands: A Work Initiation Document (WS Form 12A) will be executed between TWSP and the landowner, lessee, or administrator before any work is conducted.

d.  Control of Public Lands: A Work Initiation Document will be executed between TWSP and the public land administrator(s)/manager(s) before any work is conducted.

e.  TWSP will use only program employees.  All TWSP employees will adhere to the City of San Antonio Parks and Recreation Department and APHIS-WS guidelines/policies while conducting WDM activities and have successfully met WS safety training standards.  Safety will be a priority.

f.  The program will be supervised by Jude Sandoval, Kerrville, TX, District Supervisor (830-896-6535) and monitored by Michael J. Bodenchuk, Texas State Director (210-472-5451).

2

## IV. REPORTS

APHIS-WS will be responsible for the preparation of mutually agreed upon reports.

## V. EFFECTIVE DATES

The agreement shall commence on January 1, 2022, and the work plan/ financial plan shall be reviewed for each task not to exceed five years, $50,000.00, or until modified or terminated by mutual consent of all parties.  Additional tasks will be considered in this agreement during the year and will be approved by mutual agreement.  This agreement may be cancelled by either party upon giving at least 90 days written notice to the other party.

3

COSA 1559

D 20.4

**Texas Wildlife Services Program**
**and**
**City of San Antonio Parks and Recreation Department**

**Work Plan (WP)**

The City of San Antonio Parks and Recreation Department has requested that the Texas Wildlife Services Program (TWSP) provide assistance to mitigate potential and realized wildlife damage at City owned parks in Bexar, Co Texas.

The USDA-Animal and Plant Health Inspection Service –Wildlife Services (WS) Unit oversees the Cooperative Texas Wildlife Services Program, a cooperative program between USDA APHIS WS, the State of Texas, through the Texas A&M AgriLife Extension Service and the Texas Wildlife Damage Management Association. The Association represents cooperators from industry, local governments, property owners and livestock producers who help fund the cooperative efforts. The goals of the program are to reduce wildlife damage to agriculture, property and human health and safety.

Pursuant to this agreement this work plan defines the basic objectives, plan of action, and budget for the TWSP to begin on January 1, 2022 and continue for a period not to exceed 5 years. A work and financial plan will be discussed between the parties prior to the initiation of each subsequent FY for a period not to exceed 5 years or for an amount not to exceed $50,000.00.

The U.S. Department of Agriculture (USDA) is authorized to protect American agriculture and other resources from damage associated with wildlife. The primary authority for Wildlife Services (WS) is the Act of March 2, 1931 (46 Stat. 1468; 7 U.S.C.426-426b) as amended, and the Act of December 22, 1987 (101Stat. 1329-331, 7 U.S.C. 426c). Wildlife Services activities are conducted in cooperation with other Federal, State and local agencies, private organizations and individuals.

The Texas Wildlife Services Program uses an Integrated Wildlife Damage Management (IWDM) approach (sometimes referred to as IPM (Integrated Pest Management) in which a series of methods may be used or recommended to reduce wildlife damage. These methods include the alteration of cultural practices as well as habitat and behavioral modification of wildlife to prevent damage.

## I. OBJECTIVES/GOALS

To establish and continue an IWDM program incorporating direct assistance and technical recommendations at parks subject to this agreement and associated private property deemed necessary for the mitigation of hazardous wildlife for the protection of human health and safety. The secondary objective will be to reduce damage to City property and natural resources caused by wildlife at sites subject to this agreement.

TWSP is recognized as the appropriate agency to conduct wildlife damage management (WDM). TWSP has the jurisdiction by Federal and State law as well as the expertise in IWDM to provide these services.

Various wildlife species have caused problems at local parks. Droppings associated with nesting, roosting or loafing birds (herons, egrets, vultures, pigeons, and assorted waterfowl) have been directly or indirectly

COSA 1560

D 20.5

responsible for damage to buildings, property and increased maintenance costs. In addition, concentrations of bird droppings can create unsafe as well as unhealthy working conditions for City employees and visitors.

## II. PLAN OF ACTION

TWSP will assign a Wildlife Technician to the project and will provide supervision and operational activities consistent with the annual financial plan.

WDM techniques for controlling birds and mammals include all legal methods in accordance with the IWDM approach. Only TWSP or other designated personnel will remove captured animals. TWSP will be responsible for the application and maintenance of WDM devices. All capture devices will be set to reduce the likelihood of non-target catches.

WDM activities will be confined primarily to park boundaries outlined in the work plan with periodic activities conducted offsite where mammals and birds pose a threat to the park or human health and safety. WDM activities will be coordinated with the appropriate City of San Antonio departmental personnel as well as with local, state, and federal officials.

The City of San Antonio will provide the TWSP employee assign to this project with an area to dispose of carcasses, eggs and nesting material removed from the locations outlined in this work plan.

## III. STIPULATIONS AND RESTRICTIONS

a. All operations shall have the joint concurrence of TWSP and the City of San Antonio Parks and Recreation Department. Personnel assigned to this project will remain under the direct supervision of TWSP.

b. TWSP will hold the Cooperator harmless from any liability arising from the negligent act or omission of an officer of a managing cooperative entity or employee acting within the scope of his/her employment to the extent compensation is available pursuant to the Federal Tort Claims Act (FTCA), 28 USC 2671 et. seq., except to the extent that aforesaid liability arises from the negligent acts or omissions of the Cooperator, their employees, agents, or subcontractor(s). Such relief shall be provided pursuant to the procedures set forth in the FTCA and applicable regulations.

c. Control on Private Lands: A Work Initiation Document (WS Form 12A) will be executed between TWSP and the landowner, lessee, or administrator before any work is conducted.

d. Control of Public Lands: A Work Initiation Document will be executed between TWSP and the public land administrator(s)/manager(s) before any work is conducted.

e. TWSP will use only program employees. All TWSP employees will adhere to the City of San Antonio Parks and Recreation Department and APHIS-WS guidelines/policies while conducting WDM activities and have successfully met WS safety training standards. Safety will be a priority.

f. The program will be supervised by Jude Sandoval, Kerrville, TX, District Supervisor (830-896-6535) and monitored by Michael J. Bodenchuk, Texas State Director (210-472-5451).

2

COSA 1561

D 20.6

## IV. REPORTS

APHIS-WS will be responsible for the preparation of mutually agreed upon reports.

## V. EFFECTIVE DATES

The agreement shall commence on January 1, 2022, and the work plan/ financial plan shall be reviewed for each task not to exceed five years, $50,000.00, or until modified or terminated by mutual consent of all parties. Additional tasks will be considered in this agreement during the year and will be approved by mutual agreement. This agreement may be cancelled by either party upon giving at least 90 days written notice to the other party.

COSA 1562

D 20.7

COSA 1563

**D 20.8**

# DC Ex. D-21

Texas Parks & Wildlife Department Briefing
Brackenridge Park
Prepared for Senator Jose Menendez
Texas Senate District 26
28 March 2023

Herons and egrets are migratory nongame birds and are regulated under the federal Migratory Bird Treaty Act and Chapter 64 of Parks & Wildlife Code. These birds often nest in large groups called rookeries, which are usually comprised of several species and are active March-September.  Texas Parks & Wildlife Department (TPWD) has 9 urban wildlife biologists in 6 major metropolitan areas to provide technical assistance to municipalities and urban residents on wildlife-related land planning issues.  Together with TPWD Game Wardens, US Fish and Wildlife Service agents and USDA Wildlife Services, TPWD urban wildlife biologists have actively provided technical guidance and management recommendations to the City of San Antonio (CoSA) Parks and Recreation Department regarding urban rookery management at Brackenridge Park since 2015.

Egrets and herons in San Antonio are an important wildlife resource. However, when rookeries are established in an urban setting, especially near playgrounds, infrastructure, or other recreational areas, avoiding human-wildlife conflict can be difficult, so preventing rookery establishment in sensitive areas is a critical component of mitigating conflict. TPWD often recommends habitat modification and deterrent techniques such as clappers and pyrotechnics to encourage egrets and herons to relocate from an undesired location or to prevent establishment in the first place. Multiple management techniques are essential in managing urban rookeries.  Egrets and herons, including species of greatest conservation need, that are deterred from an area will find another, more suitable location where they can establish their colony and thrive.

We value the collaborative partnership we have with CoSA and fully support the management of urban rookeries and the reduction of conflict surrounding them throughout the city. TPWD will continue to provide technical guidance and management recommendations to the CoSA Parks and Recreation Department  with the goal of deterring egrets and herons from nesting in undesired locations and encouraging them to relocate to habitats that can support the rookery without conflict. CoSA's current management program does not harm the birds or keep them from reproducing and are in compliance with state and federal regulations.


For more information, contact:

Jessica Alderson
Urban Wildlife Technical Guidance Program Leader
San Antonio, TX
Jessica.Alderson@tpwd.texas.gov
210-309-2416


COSA 1564



**D 21.1**