# Attachment C
# (Part 6 of 6)

# DC Ex. D-18-G4



COSA 1665



D 18-G4.1

# DC Ex. D-40

# Brackenridge Park Chronology

| Date | Event / Milestone | Focus Area / Discussion / Outcome |
|---|---|---|
| February 10, 2022 | Town Hall | District 2 holds a Brackenridge Park Community Meeting Town Hall virtually with staff to discuss project. |
| February 12, 2022 | Project Tour | Parks and Public Works Staff hold a project site tour of phases 1 and 2 and discuss with the public multiple points of interest for the project. |
| February 22, 2022 | City Manager Memo | City Manager submits a memo postponing HDRC consideration scheduled for 2/25/22 and outlines steps to move forward on the project. |
| **Phase 1 & 2 Public Input Meeting Details March 2022 – August 2022** | | |
| March 22, 2022 | Ph. 1 – Public Input | Project Introduction, Interactive Board Workshop, Public Input |
| April 26, 2022 | Ph. 1 – Public Input | Recap Public Feedback and Project Team Site Investigations (Floodplain Impacts of Wall Relocation, Regulatory Agency Coordination, and Tree Assessment), Public Input |
| May 24, 2022 | Ph. 1 – Public Input | Lambert Beach background, Report out on site investigations (River Wall relocation, Tree Assessments) and Expert Q&A, Public Input |
| June 14, 2022 | Ph. 1 – Public Input | Wall Relocation Conclusions, Tree Assessment Findings, Phase 1 Design Presented and proposed Ph 1 Schedule, Public Input |
| July 14, 2022 | Ph. 2 – Public Input | Project Introduction, Site Conditions, Plan Concept, Public Input |
| August 9, 2022 | Ph. 2 – Public Input | Design Concept Presentation, Expert Panel, Public Input |
| August 31, 2022 | Wrap-Up Public Input | Ph. 1 and 2 Design Team Recommendations |
| **Design Phase** | | |
| September 15, 2022 | Design Phase | Design Team commences with Design of Phase 1 Construction Documents. |
| December 15, 2022 | Design Phase | 95% Construction Document set sent to THC for Antiquities Permit Application |
| March 6, 2023 | THC Meeting | Texas Historical Commission (THC) Executive Committee Meeting, Austin, TX – Committee decides to postpone vote pending additional information |
| April 11, 2023 | THC Meeting | THC Executive Committee visits site of phase 1 proposed project and meets in public forum. Votes to approve Antiquities Permit and Archaeology Permit for the Phase 1 project. |
| April 19, 2023 | HDRC Meeting | Staff presents before the Historic Design Review Commission and Certificate of Appropriateness for project is approved with staff stipulations. |
| August 2023 | USACOE permits | Staff submits project treatment plan as per Programmatic Agreement (PA) and 404 permit application to the USA Corps of Engineers for 106 Review and permit approval. 30-day review period. |
| June 22, 2023 | Council Agenda (Pulled Off Agneda) | Council action to award Task Order to JOC with Amstar, approving amendment to SWA Group (design team), approve appropriation of Mitigation Funding for project, and approve a Contribution from the Brackenridge Park Conservancy for the project. |
| July 10, 2023 | Board of Adjustment | Application by adjacent property owner to appeal Certificate of Appropriateness by Office of Historic Preservation (OHP) is denied by Board of Adjustment (BOA). |
| August 3, 2023 | Council Agenda | Council action to award Task Order to JOC with Amstar, approving amendment to SWA Group (design team), approve appropriation of Mitigation Funding for project, and approve a Contribution from the Brackenridge Park Conservancy for the project. |
| **Construction Phase** | | |
| TBD | Construction Start | Mobilization and Dewatering begin for construction portion of the Phase I Brackenridge Park project. |
| TBD | Constrution End | Phase I Brackenridge Park project is substantially complete. Estimated 9-mos from start |

COSA 1790



D 40.1

# DC Ex. D-57

ORDINANCE 2023-08-03-0497

APPROVING A TASK ORDER TO A JOB ORDER CONTRACT WITH AMSTAR, INC. IN THE AMOUNT OF $3,467,639.00 FOR PHASE 1 OF THE BRACKENRIDGE PARK PROJECT; APPROVES AN AMENDMENT IN THE INCREASED AMOUNT OF $696,659.00 FOR A REVISED PROFESSIONAL SERVICES AGREEMENT VALUE OF $2,200,314.00 WITH SWA GROUP FOR ADDITIONAL ARCHITECTURAL AND ENGINEERING DESIGN SERVICES ASSOCIATED WITH THE DESIGN, CONSTRUCTION AND OTHER RELATED SERVICES REQUIRED FOR PHASES 1 AND 2 OF THE BRACKENRIDGE PARK PROJECT; AND, AMENDING THE FY 2023 – FY 2028 CAPITAL IMPROVEMENT PROGRAM WITH THE REAPPROPRIATION OF $526,751.00 FROM THE TREE PRESERVATION FUND AND ACCEPTANCE OF A CONTRIBUTION OF $90,000.00 FROM THE BRACKENRIDGE PARK CONSERVANCY TO THE BRACKENRIDGE PARK PROJECT, A 2017 GENERAL OBLIGATION BOND PROGRAM FUNDED PROJECT, LOCATED IN COUNCIL DISTRICTS 1 AND 2.

\* \* \* \* \*

**WHEREAS,** on May 6, 2017, voters approved the 2017 Bond Program, which authorized $7,750,000.00 for improvements to Brackenridge Park, located in Council Districts 1 and 2; and

**WHEREAS,** voters also approved $2,500,000.00 as part of the 2022 Bond Program for the completion of the 2017 Bond project and further development of the adopted Park Master Plan in Brackenridge Park; and

**WHEREAS,** supplemental funding from the City of San Antonio, Bexar County, The San Antonio Conservation Society, and the Brackenridge Park Conservancy have totaled approximately $8,100,000.00, allowing additional scope of work to be added; and

**WHEREAS,** the Brackenridge Park project will be constructed in two phases. Phase 1 consists of the structural stabilization of the historic Pumphouse, rehabilitation and stabilization of historic river walls, retaining walls, and grand staircase in the Lambert Beach area, including landscaping and irrigation improvements. Phase 2 consists of the rehabilitation and construction of a small culture trail, recreational open spaces, rehabilitation and structural stabilization of the historic acequia, interior and exterior improvements to the historic Pumphouse, engineering improvements to the lily pond, removal of asphalt area between acequia and zoo back-of-house, construction of a hike and bike trail, excavation and rehabilitation of the historic Upper Labor Dam, interpretive and wayfinding signage, lighting, landscaping and irrigation improvements including Low Impact Design (LID) features and plant ecology restoration, installation and interpretation of the historic St. Mary's sluice, and underground conversion of existing overhead electrical utilities.; and

1

Defendant's Exhibit D 57

**WHEREAS,** Construction of Phase 1 is anticipated to begin in Summer 2023 and is estimated to be completed in Spring 2024. Construction of Phase 2 is anticipated to begin in Fall 2024 and is estimated to be completed in Spring 2026; and

**WHEREAS,** this task order utilizes the Job Order Contracting (JOC) approved through Ordinance 2022-02-17-0107 by City Council on February 17, 2022. The use of the JOC delivery method provides the City with on-call construction, renovation and maintenance services for City buildings and facilities. Assignment of JOC contractors to specific jobs is based on the contractor's current workload, overall capacity, familiarity with a specific facility, expertise in completing a specific task and/or managing a specific trade needed to carry out the requested repair or rehabilitation. Of the eight contractors approved as part of the JOC, Amstar, Inc. is the JOC that has been selected; and

**WHEREAS,** this contract will be awarded in compliance with the Small Business Economic Development Advocacy (SBEDA) Program, which requires contracts to be reviewed by a Goal Setting Committee to establish a requirement and/or incentive unique to the particular contract to maximize the amount of small, minority, and women-owned business participation on the contract. The Goal Setting Committee set a 24% Minority/Women Business Enterprise (M/WBE) subcontracting goal and a 3% African American Business Enterprise subcontracting goal. Amstar, Inc. has committed to meeting the subcontractor participation and goals; and

**WHEREAS,** on October 5, 2017 through Ordinance 2017-10-05-0742 City Council approved a design services agreement with SWA Group in the amount of $1,097,700.00, and previous amendments to modify and enhance the project have increased this contract by $405,955.00 to a total contract amount of $1,503,655.00. This proposed amendment will increase the contract in the amount of $696,659.00 for a revised agreement value of $2,200,314.00.

The following table illustrates the previously authorized amendments since the execution of this agreement and the proposed amendment:

| Item | Amount |
|---|---|
| Original Contract Value | $1,097,700.00 |
| Previous Authorized Amendments | $ 405,955.00 |
| Proposed Amendment | $ 696,659.00 |
| Revised Contract Value | $2,200,314.00 |

This amendment will provide for additional design work by SWA Group to complete the additional proposed scope of work for general park rehabilitation and public infrastructure improvements in relation to Phases 1 and 2 of the Brackenridge Park Project; and

WHEREAS, this Ordinance reappropriates and transfers funds in the amount of $526,751.00 from the FY 2023 Tree Canopy Preservation and Mitigation Fund to the Brackenridge Park project to relocate and maintain trees, amending the FY 2023 – FY 2028 Capital Improvement Program;

WHEREAS, this Ordinance accepts a contribution in the amount of $90,000.00 from the Brackenridge Park Conservancy to complete Phase 1 of the Brackenridge Park project; **NOW THEREFORE:**

**BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF SAN ANTONIO:**

**SECTION 1.** The City Manager or designee, or the Director of the Public Works Department or designee, is authorized to execute task order to a Job Order Contract with Amstar, Inc. in the amount of $3,467,639.00 for construction of the Brackenridge Park Project.

**SECTION 2.** The City Manager or designee, or the Director of the Public Works Department or designee, is authorized to execute an amendment in the increased amount of $696,659.00 or a revised Professional Services Agreement value of $2,200,314.00 with SWA Group for additional architectural design and other related services required for the Brackenridge Park Project.

**SECTION 3.** Funds in the amount of $90,000.00 are authorized to be received from the Brackenridge Park Conservancy to and are authorized to be appropriated and transferred to Fund 45099000 GO Capital Projects, Project 23-01644 Brackenridge Park 2017.

**SECTION 4.** The budget in Project 23-01644 Brackenridge Park 2017 shall be revised by increasing WBS 23-01644-90-10-03 with GL 6101100 and WBS 23-01644-05-02-08 with GL 5201140 each by $90,000.00.

**SECTION 5.** Funds in the amount of $526,751.00 in Fund 29619000 Tree Preservation, Internal Order 39000002790, and General Ledger Account 6102100, Project 26-00705 are authorized to be reappropriated to Internal Order 3900000XXXX, and General Ledger Account 6102100 transfer to Fund 45099000, Project 23-01644.

**SECTION 6.** The budget in Project 26-00705 Tree Planting initiative FY23 shall be revised by decreasing WBS 26-00705-90-14-01 with GL 6101100 and WBS 26-00705-05-02-01 with GL 5201140 each by $526,751.00.

**SECTION 7.** The budget in Project 23-01644 Brackenridge Park 2017 shall be revised by increasing WBS 23-01644-90-10-02 with GL 6101100 and WBS 23-01644-05-02-02 with GL 5201140 each by $526,751.00.

**SECTION 8.** Payment is authorized to be encumbered and made payable to Amstar, Inc., in an amount not to exceed $3,467,639.00. Payment is in support of the Brackenridge Park 2017 Project using Fund 45099000, WBS Element 23-01644-05-02-01 and GL Account 5201140. Funding for this project is provided by General Obligation Bonds, the Tree Mitigation Fund, and contributions from the SA Conservation Society and the Brackenridge Park Conservancy and is included in the FY 2023 - FY 2028 Capital Improvement Program.

CORRECTED
DAH
08/3/23
Item No. 8

Payment is limited to the amounts budgeted in the Operating and/or Capital Budget funding sources identified. All expenditures will comply with approved operating and/or capital budgets for current and future fiscal years.

**SECTION 9.** The financial allocations in this Ordinance are subject to approval by the Deputy Chief Financial Officer, City of San Antonio. The Deputy Chief Financial Officer may, subject to concurrence by the City Manager or the City Manager's designee, correct allocations to specific Fund Numbers, Project Definitions, WBS Elements, Internal Orders, Fund Centers, Cost Centers, Functional Areas, Funds Reservation Document Numbers, and GL Accounts as necessary to carry out the purpose of this Ordinance.

**PASSED AND APPROVED** this 3rd day of August, 2023.

M A Y O R
Ron Nirenberg

ATTEST:

Debbie Racca-Sittre, City Clerk

APPROVED AS TO FORM:

Andrew Segovia, City Attorney



STATE OF TEXAS
COUNTY OF BEXAR } SS. CERTIFIED COPY
CITY OF SAN ANTONIO

The undersigned, the City Clerk of the City of San Antonio in the State and County afore said, does by these presents certify that the attached and foregoing is a true and exemplified copy of a part of the records, papers and books in the Office of the City Clerk; and, that I am the custodian of such papers, books and records as an officer of the City of San Antonio.

Given under my hand and official seal of the City of San Antonio, this 20th day of September, A.D. 2023
(SEAL)

City Clerk, City of San Antonio

4

COSA 2019

D 57.4