# United States Court of Appeals for the Fifth Circuit

_____

No. 23-50746
_____

Gary Perez; Matilde Torres,

*Plaintiffs—Appellants,*

versus

City of San Antonio,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-977
_____

### UNPUBLISHED ORDER

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellants' opposed motion for an injunction pending appeal is CARRIED WITH THE CASE.

    IT IS FURTHER ORDERED that Appellants' opposed motion to expedite the appeal is GRANTED.

    IT IS FURTHER ORDERED that a temporary administrative stay is issued until further orders of the court.