TRANSCRIPT ORDER FORM (DKT-13) READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: for the Western District of Texas    District Court Docket No. 23-CV-00977
Short Case Title: Perez v. City of San Antonio
ONLY ONE COURT REPORTER PER FORM   Court Reporter: Chris Poage
Date Notice of Appeal Filed in the District Court: 10/16/2023    Court of Appeals No. 23-50746

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office
**OR**
Check all of the following that apply, include date of the proceeding.
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 9/25, 9/27, 9/28, 9/29 | Preliminary Injunction Hearing | Judge Fred Biery |
| | | |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
■ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature: *Chance B. McCraw*    Date Transcript Ordered: 10/23/2023
Print Name: Chance McCraw    Phone: 214-969-4563
Counsel for: Appellants Gary Perez and Matilde Torres
Address: 2727 N. Harwood Street, Suite 500, Dallas, Texas 75201
Email of Attorney: cmccraw@jonesday.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| 10/23/2023 | 10/23/2023 | 11/22/2023 | 900 |

Payment arrangements have NOT been made or are incomplete.
Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date: 11/1/2023    Signature of Reporter: Chris Poage    Tel. 210-244-5036
Email of Reporter: chris_poage@txwd.uscourts.gov

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____
Date _____    Signature of Reporter _____