UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GARY PEREZ and MATILDE TORRES, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 5:23-cv-00977-FB |
| CITY OF SAN ANTONIO, | § § | |
| Defendant, | § | |

## DEFENDANT CITY OF SAN ANTONIO'S NOTICE OF CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

TO THE HONORABLE FRED BIERY, UNITED STATES DISTRICT COURT JUDGE:

Pursuant to FED. R. APP. P. 3 and 4—and to ensure that the City's rights are wholly and adequately protected in the appeal perfected by Plaintiffs Gary Perez and Matilde Torres on October 16, 2023 [**Fifth Circuit Docket # 23-50746**]—Defendant City of San Antonio ("City") now files this Notice of Cross-Appeal to the United States Court of Appeals for the Fifth Circuit of the District Court's October 11, 2023, Opinion and Order Granting in Part and Denying in Part Plaintiffs' Request for Preliminary Injunction ["Opinion & Order," **Dkt. 52**], a true and correct copy of which is attached hereto as **Ex. 1**. Pursuant to FED. R. APP. P. 3(c)(4), this notice of cross-appeal "encompasses all orders that,

for purposes of appeal, merge into the designated judgment or appealable order," including without limitation the District Court's October 2, 2023, Partial Order Concerning Preliminary Injunction Issues ["Partial Order," **Dkt. 47**], a true and correct copy of which is attached hereto as **Ex. 2**. The City did not originally intend to perfect a cross-appeal—and reluctantly does so now—but prudence and Perez and Torres' recent filings and conduct have necessitated the filing of such cross-appeal in an abundance of caution.

Respectfully submitted,

LANGLEY & BANACK, INC.

BY: *Fred R. Jones*
FRED R. JONES
State Bar No. 10886700
fjones@langleybanack.com
NATALIE F. WILSON
State Bar No. 24076779
nwilson@langleybanack.com
IAN M. MCLIN
State Bar No. 24005071
imclin@langleybanack.com
LEE WARREN
State Bar No. 24099453
lwarren@langleybanack.com
SARA MURRAY
State Bar No. 14729400
smurray@langleybanack.com
745 East Mulberry, Suite 700

4882-1272-2571, v. 5

San Antonio, TX  78212-3166
Telephone:  (210) 736-6600
Facsimile:    (210) 736-6889

-and -

CITY OF SAN ANTONIO
DEBORAH KLEIN
Deputy City Attorney
State Bar No. 11556750
Deborah.Klein@sanantonio.gov
International Center
203 S. St. Mary's Street
Second Floor
San Antonio, TX  78205
Telephone:  (210) 207-8949
Facsimile:    (210) 207-4004

**ATTORNEYS FOR DEFENDANT/ CROSS-APPELLANT CITY OF SAN ANTONIO**

3

4882-1272-2571, v. 5

...

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that on October 30, 2023, true and correct copies of the "Defendant City of San Antonio's Notice of Cross-Appeal to the United States Court of Appeals for the Fifth Circuit" were served via the Court's electronic facilities to the following persons:

Mark W. Rasmussen
mrasmussen@jonesday.com
Jonathan D. Guynn
jguynn@jonesday.com
Chance McCraw
cmccraw@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
ATTORNEYS FOR PLAINTIFFS

John Greil
john.greil@law.utexas.edu
Steven T. Collis
steve.collis@law.utexas.edu
LAW & RELIGION CLINIC
UNIVERSITY OF TEXAS SCHOOL OF LAW
727 East Dean Keaton Street
Austin, TX 78705
ATTORNEYS FOR PLAINTIFFS

                                                   _/s/ Fred R. Jones_
                                                   FRED R. JONES