No. 23-50746

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

GARY PEREZ AND MATILDE TORRES,

*Plaintiffs-Appellants,*

v.

CITY OF SAN ANTONIO,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Western District of Texas (Biery, J.)

## JOINT NOTICE OF UNAVAILABILITY OF FINAL TRANSCRIPT FOR BRIEFING SCHEDULE

FRED R. JONES
fjones@langleybanack.com
State Bar No. 10886700
SARA MURRAY
smurray@langleybanack.com
State Bar No. 14729400
NATALIE F. WILSON
nwilson@langleybanack.com
State Bar No. 24076779
IAN M. MCLIN
imclin@langleybanack.com
State Bar No. 24005071
LEE WARREN
lwarren@langleybanack.com
State Bar No. 24099453
LANGLEY & BANACK, INC.
745 East Mulberry, Suite 700
San Antonio, TX 78212-3166
Telephone: (210) 736-6600
Facsimile: (210) 735-6889

Mark W. Rasmussen
Margaret I. Lyle
Jonathan D. Guynn
J. Benjamin Aguiñaga
Chance McCraw
Timothy M. Villari
JONES DAY
2727 North Harwood Street
Dallas, TX 75201.1515
Telephone: +1.214.220.3939
E-mail: mrasmussen@jonesday.com
E-mail: milyle@JonesDay.com
E-mail: jguynn@jonesday.com
E-mail: jbaguinaga@jonesday.com
E-mail: cmccraw@jonesday.com
E-mail: tvillari@jonesday.com

CITY OF SAN ANTONIO
DEBORAH KLEIN
Deputy City Attorney
State Bar No. 11556750
Deborah.Klein@sanantonio.gov
International Center
203 South St. Mary's Street,
Second Floor
San Antonio, TX 78205
Telephone: (210) 207-8949
Facsimile: (210) 207-4004

ATTORNEYS FOR APPELLEE

John Greil
Steven T. Collis
Law & Religion Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Telephone: +1.512.471.5151
E-mail: john.greil@law.utexas.edu
E-mail: steve.collis@law.utexas.edu

ATTORNEYS FOR APPELLANT

## 1. CERTIFICATE OF INTERESTED PERSONS

*Perez, et al. v. City of San Antonio*, No. 23-50746

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

2. Plaintiffs-Appellants Gary Perez and Matilde Torres

Mark W. Rasmussen
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201

Margaret I. Lyle
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201

Jonathan D. Guynn
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201

J. Benjamin Aguiñaga
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201

Chance McCraw
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201

Timothy M. Villari
JONES DAY

2727 N. Harwood St.
Dallas, TX  75201

John Greil
Law and Religion Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705

Steven T. Collis
Law and Religion Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705

3.    Defendant-Appellee City of San Antonio

Fred R. Jones
Langley & Banack, Incorporated
745 East Mulberry Avenue
Suite 700
San Antonio, TX 78212
Tel: (210) 736-6600
Fax: (210) 735-6889
Email: fjones@langleybanack.com

Ian M. McLin
Langley & Banack, Incorporated
745 East Mulberry Avenue
Suite 700
San Antonio, TX 78212
Tel: (210) 736-6600
Fax: (210) 735-6889
Email: imclin@langleybanack.com

Lee Brinson Warren
Langley & Banack, Incorporated
745 East Mulberry Avenue
Suite 700
San Antonio, TX 78212
Tel: (210) 736-6600

Fax: (210) 735-6889
Email: warren@goodelaw.com

Natalie Friend Wilson
Langley & Banack, Incorporated
745 East Mulberry Avenue
Suite 700
San Antonio, TX 78212
Tel: (210) 736-6600
Fax: (210) 735-6889
Email: nwilson@langleybanack.com

Sara Murray
Langley & Banack, Incorporated
745 East Mulberry Avenue
Suite 700
San Antonio, TX 78212
Tel: (210) 736-6600
Fax: (210) 735-6889
Email: smurray@langleybanack.com

City of San Antonio
Deborah Klein
Deputy City Attorney
International Center
203 South St. Mary's Street,
Second Floor
San Antonio, TX 78205
Telephone: (210) 207-8949
Facsimile: (210) 207-4004
Deborah.Klein@sanantonio.gov

*/s/ Mark W. Rasmussen*
Mark W. Rasmussen

Appellants Gary Perez and Matilde Torres and Appellee City of San Antonio respectfully notify the Court that the final transcript from the September Preliminary Injunction Hearing (the "Final Transcript") will be unavailable to the parties and this Court until November 22, 2023 at the earliest. On October 20, 2023, Appellants filed a Notice of Appeal of their denial of a Preliminary Injunction by the District Court after a hearing the week of September 25, 2023. Dkt. 1. Appellants ordered the Final Transcript three days later. Dkt. 83. Appellants moved and the Court granted their motion for an expedited appeal. Dkt. 74. Yesterday, the Court entered a briefing schedule with the final brief due on November 22, 2023. Dkt. 91. The District Court Reporter, however, has stated that the Final Transcript will be completed no sooner than November 22, 2023. *Id.* The parties have communicated with the District Court Reporter and he is unable to complete the Final Transcript any sooner.

Therefore, Appellants and Appellee provide notice of their intent to use the rough transcript of the September Preliminary Injunction Hearing as part of the record for their appellate briefs pursuant to Federal Rule of Appellate Procedure 10(d). Rule 10(d) provides for the parties filing an agreed statement of the record on appeal with the District Court for certification by this Court. The parties intend on filing this agreed statement with the District Court today that calls for including

the rough transcript of the September Preliminary Injunction Hearing as part of the

record on appeal.

November 3, 2023

Respectfully submitted,

*/s/ Fred R. Jones*

FRED R. JONES

fjones@langleybanack.com

State Bar No. 10886700

SARA MURRAY

smurray@langleybanack.com

State Bar No. 14729400

NATALIE F. WILSON

nwilson@langleybanack.com

State Bar No. 24076779

IAN M. MCLIN

imclin@langleybanack.com

State Bar No. 24005071

Deborah.Klein@sanantonio.gov

LEE WARREN

lwarren@langleybanack.com State Bar No. 24099453

LANGLEY & BANACK, INC.

745 East Mulberry, Suite 700

San Antonio, TX 78212-3166

Telephone: (210) 736-6600

Facsimile: (210) 735-6889

CITY OF SAN ANTONIO

DEBORAH KLEIN

Deputy City Attorney

State Bar No. 11556750

International Center

203 South St. Mary's Street,

Second Floor

San Antonio, TX 78205

Telephone: (210) 207-8949

Facsimile: (210) 207-4004

ATTORNEYS FOR APPELLEE

*/s/ Chance B. McCraw*

Mark W. Rasmussen

Margaret I. Lyle

Jonathan D. Guynn

J. Benjamin Aguiñaga

Chance McCraw

Timothy M. Villari

JONES DAY

2727 North Harwood Street

Dallas, TX 75201.1515

Telephone: +1.214.220.3939

E-mail: mrasmussen@jonesday.com

E-mail: milyle@JonesDay.com

E-mail: jguynn@jonesday.com

E-mail: jbaguinaga@jonesday.com

E-mail: cmccraw@jonesday.com

E-mail: tvillari@jonesday.com

John Greil

Steven T. Collis

Law & Religion Clinic

University of Texas School of Law

727 East Dean Keeton St.

Austin, TX 78705

Telephone: +1.512.471.5151

E-mail: john.greil@law.utexas.edu

E-mail: steve.collis@law.utexas.edu

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

I certify that on November 3, 2023, the foregoing Joint Notice of Unavailability of Final Transcript for Briefing Schedule was electronically filed with the United States Court of Appeals for the Fifth Circuit using the CM/ECF system, and that all parties required to be served have been served.


Dated: November 3, 2023         */s/ Chance B. McCraw*
                                 *Attorney for Appellant*