# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

November 09, 2023

Mr. Jorge Benjamin Aguinaga
Jones Day
2727 N. Harwood Street
Suite 500
Dallas, TX 75201

Mr. Steven Timothy Collis
University of Texas at Austin
School of Law
727 E. Dean Keeton Street
Austin, TX 78705

Mr. John Daniel Greil
University of Texas at Austin
School of Law
727 E. Dean Keeton Street
Austin, TX 78705

Mr. Jonathan David Guynn
Jones Day
2727 N. Harwood Street
Suite 600
Dallas, TX 75201

Mr. Fred R. Jones
Langley & Banack, Incorporated
745 E. Mulberry Avenue
Suite 700
San Antonio, TX 78212

Ms. Margaret Isabel Lyle
Jones Day
2727 N. Harwood Street
Dallas, TX 75201

Chance McCraw
Jones Day
2727 N. Harwood Street
Suite 600
Dallas, TX 75201

Ms. Sara S. Murray  
Langley & Banack, Incorporated  
745 E. Mulberry Avenue  
Suite 700  
San Antonio, TX 78212

Mark W. Rasmussen  
Jones Day  
2727 N. Harwood Street  
Suite 600  
Dallas, TX 75201

Mr. Timothy Michael Villari  
Jones Day  
2727 N. Harwood Street  
Dallas, TX 75201

Ms. Natalie Friend Wilson  
Langley & Banack, Incorporated  
745 E. Mulberry Avenue  
Suite 700  
San Antonio, TX 78212

    No. 23-50746   Perez v. City of San Antonio  
                         USDC No. 5:23-CV-977

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                          By: _____  
                                          Peter A. Conners, Deputy Clerk  
                                          504-310-7685