# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 09, 2023

Chance McCraw
Jones Day
2727 N. Harwood Street
Suite 600
Dallas, TX 75201

    No. 23-50746   Perez v. City of San Antonio
                        USDC No. 5:23-CV-977

Dear McCraw,

We have reviewed your electronically filed Record Excerpts and it is sufficient.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 by November 13, 2023. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Monica R. Washington, Deputy Clerk
                              504-310-7705

cc:  Mr. Jorge Benjamin Aguinaga
     Mr. Steven Timothy Collis
     Mr. John Daniel Greil
     Mr. Jonathan David Guynn
     Mr. Fred R. Jones
     Ms. Margaret Isabel Lyle
     Ms. Sara S. Murray
     Mr. Mark W. Rasmussen
     Mr. Timothy Michael Villari
     Ms. Natalie Friend Wilson