CASE NO. 23-50746

───────────────────────────────────────

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

───────────────────────────────────────

GARY PEREZ; MATILDE TORRES,
*Plaintiffs–Appellants/Cross-Appellees*

v.

CITY OF SAN ANTONIO,
*Defendant–Appellee/Cross-Appellant*

───────────────────────────────────────

**JOINT STIPULATION TO
SUPPLEMENT THE RECORD WITH THE
REALTIME UNOFFICIAL TRANSCRIPT OF INJUNCTION
HEARING**

───────────────────────────────────────

Plaintiffs-Appellants Gary Perez and Matilde Torres and Defendant-Appellee the City of San Antonio file this joint stipulation pursuant to Fed. R. App. P. 10(e)(2)(A) to supplement the record to include the RealTime unofficial transcript of testimony from the four-day

injunction hearing in the district court. The stipulated transcript is attached as Exhibits A–H.[1]

## JOINT STIPULATION

This is an interlocutory appeal from the district court's order granting in part and denying in part a temporary injunction. This Court granted Plaintiffs' motion to expedite the appeal, and it is set for argument on December 7, 2023. The Brief of Appellants has already been filed, and the Brief of Appellee is due to be filed today.

The court rendered the injunction orders following a four-day hearing. The official transcript from that hearing has not yet been certified and, thus, is not included in the EROA. The Parties filed a joint motion asking the district court to certify the RealTime unofficial transcript from the evidentiary hearing so that it could be included in the EROA. The district court denied that motion. At this time, therefore, the EROA does not include a transcript from the injunction hearing. The exhibits from the hearing are included, but the transcript is not.

---

[1] The transcript is formatted with continuous pagination, pages 1–835, but was provided to the parties in 8 parts—a morning and afternoon for each day of the 4-day hearing. The Parties' briefs cite to that pagination.

The transcript from the injunction hearing is material to the Court's review of the injunction order. The Parties therefore jointly stipulate that the RealTime unofficial transcript attached as Exhibits A–H, reflects the record from the evidentiary hearing and supplement the appellate record to include the transcript. Plaintiffs have cited to testimony in this transcript in their Brief of Appellants as Tr.___. The City will do the same in its Brief of Appellee. The parties intend to submit updated briefs within seven days of the final transcript being posted to the electronic record on appeal and made available to the parties for download.

The Parties therefore pray that the Court accept this stipulation and consider the attached transcript as part of the record in this appeal.

Respectfully submitted,

_____
Jane Webre
State Bar No. 21050060
jwebre@scottdoug.com
SCOTT DOUGLASS & MCCONNICO, LLP
Colorado Tower
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300

Facsimile: (512) 495-6399

- and -

LANGLEY & BANACK, INC.

FRED R. JONES
State Bar No. 10886700
fjones@langleybanack.com
NATALIE F. WILSON
State Bar No. 24076779
nwilson@langleybanack.com
IAN M. MCLIN
State Bar No. 24005071
imclin@langleybanack.com
LEE WARREN
State Bar No. 24099453
lwarren@langleybanack.com
SARA MURRAY
State Bar No. 14729400
smurray@langleybanack.com
745 East Mulberry, Suite 700
San Antonio, TX 78212-3166
Telephone: (210) 736-6600
Facsimile: 210) 736-6889

-and -

CITY OF SAN ANTONIO
DEBORAH KLEIN
Deputy City Attorney
State Bar No. 11556750
Deborah.Klein@sanantonio.gov
International Center
203 S. St. Mary's Street,
2nd Floor
San Antonio, TX 78205
Telephone: (210) 207-8949

Facsimile: (210) 207-4004

**ATTORNEYS FOR DEFENDANT CROSS-APPELLANT/APPELLEE CITY OF SAN ANTONIO**

*/s/ Chance B. McCraw*
Mark W. Rasmussen
Margaret I. Lyle
Jonathan D. Guynn
J. Benjamin Aguiñaga
Chance McCraw
Timothy M. Villari
JONES DAY
2727 North Harwood Street
Dallas, TX 75201.1515
Telephone: +1.214.220.3939
E-mail: mrasmussen@jonesday.com
E-mail: milyle@JonesDay.com
E-mail: jguynn@jonesday.com
E-mail: jbaguinaga@jonesday.com
E-mail: cmccraw@jonesday.com
E-mail: tvillari@jonesday.com
John Greil
Steven T. Collis
Law & Religion Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Telephone: +1.512.471.5151
E-mail: john.greil@law.utexas.edu
E-mail: steve.collis@law.utexas.edu

**ATTORNEYS FOR PLAINTIFFS APPELLANTS/CROSS-APPELLEES**