# United States Court of Appeals for the Fifth Circuit

No. 23-50746

United States Court of Appeals
Fifth Circuit
**FILED**
November 17, 2023
Lyle W. Cayce
Clerk

Gary Perez; Matilde Torres,

*Plaintiffs—Appellants/Cross-Appellees,*

*versus*

City of San Antonio,

*Defendant—Appellee/Cross-Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-977

_____

ORDER:

IT IS ORDERED that the motion of International Council of Thirteen Grandmothers and Carol Logan to file an amicus curiae brief in support of the appellants is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT