# United States Court of Appeals for the Fifth Circuit

---

No. 23-50746

---

Gary Perez; Matilde Torres,

*Plaintiffs—Appellants/Cross-Appellees,*

*versus*

City of San Antonio,

*Defendant—Appellee/Cross-Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-977

---

ORDER:

IT IS ORDERED that the joint stipulation of the parties to supplement the record on appeal is acknowledged and the stipulated record is accepted for filing.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT