CASE NO. 23-50746

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

GARY PEREZ; MATILDE TORRES,
*Plaintiffs–Appellants/Cross-Appellees*

v.

CITY OF SAN ANTONIO,
*Defendant–Appellee/Cross-Appellant*

## UNOPPOSED MOTION TO DISMISS CROSS-APPEAL

TO THE HONORABLE FIFTH CIRCUIT:

Appellee the City of San Antonio (the "City") files this unopposed motion to dismiss its cross-appeal in the above-styled action. As is discussed more fully in the City's Brief of Appellee, the City filed a notice of cross-appeal from the district court's order on temporary injunction to address the issue of access to a specific area within Brackenridge Park. The City is no longer pursuing that issue of access on cross-appeal. For that reason, the City filed only a Brief of Appellee, did not file a brief of cross-appellant, and communicated to Plaintiffs-Appellants that it was

4891-2017-6274

not pursuing its cross-appeal. The City moves that the Court dismiss the cross-appeal. Plaintiffs do not oppose this motion.

Respectfully submitted,

_____
Jane Webre
State Bar No. 21050060
jwebre@scottdoug.com
SCOTT DOUGLASS & MCCONNICO, LLP
Colorado Tower
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

LANGLEY & BANACK, INC.
FRED R. JONES
State Bar No. 10886700
fjones@langleybanack.com
NATALIE F. WILSON
State Bar No. 24076779
nwilson@langleybanack.com
IAN M. MCLIN
State Bar No. 24005071
imclin@langleybanack.com
LEE WARREN
State Bar No. 24099453
lwarren@langleybanack.com
SARA MURRAY
State Bar No. 14729400
smurray@langleybanack.com
745 East Mulberry, Suite 700
San Antonio, TX  78212-3166
Telephone: (210) 736-6600
Facsimile:  210) 736-6889

4891-2017-6274

CITY OF SAN ANTONIO
DEBORAH KLEIN
Deputy City Attorney
State Bar No. 11556750
Deborah.Klein@sanantonio.gov
International Center
203 S. St. Mary's Street,
2nd Floor
San Antonio, TX 78205
Telephone: (210) 207-8949
Facsimile: (210) 207-4004

**ATTORNEYS FOR DEFENDANT-APPELLEE CITY OF SAN ANTONIO**

## CERTIFICATE OF CONFERENCE

I certify that today I communicated by e-mail with Mark W. Rasmussen, counsel for Plaintiffs-Appellants. He informed me that Plaintiffs do not oppose the relief sought through this motion.

November 21, 2023.

_____
Jane Webre

4891-2017-6274

## CERTIFICATE OF SERVICE

I certify that on November 21, 2023, I electronically filed the foregoing brief via the CM/ECF system, which will provide notice to counsel of record for Plaintiffs-Appellants:

Mark W. Rasmussen
mrasmussen@jonesday.com
Margaret I. Lyle
milyle@jonesday.com
Jonathan D. Guynn
jguynn@jonesday.com
J. Benjamin Aguiñaga
jbaguinaga@jonesday.com
Chance McCraw
cmccraw@jonesday.com
Timothy M. Villari
tvillari@jonesday.com
JONES DAY
2727 N. Harwood Street
Dallas, TX 75201

John Greil
john.greil@law.utexas.edu
Steven T. Collis
steve.collis@law.utexas.edu
LAW AND RELIGION CLINIC
UNIVERSITY OF TEXAS SCHOOL OF LAW
727 East Dean Keaton Street
Austin, TX 78705

Jane Webre

4891-2017-6274