No. 23-50746

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

GARY PEREZ AND MATILDA TORRES,

*Plaintiffs-Appellants/Cross-Appellees*,

v.

CITY OF SAN ANTONIO,

*Defendant-Appellee/Cross-Appellant.*

On Appeal from the United States District Court
for the Western District of Texas (Biery, J.)

# UNOPPOSED MOTION TO WITHDRAW APPEARANCE
# OF J. BENJAMIN AGUIÑAGA

Mark W. Rasmussen
Margaret I. Lyle
Jonathan D. Guynn
J. Benjamin Aguiñaga
Chance B. McCraw
Timothy M. Villari
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201
(214) 220-3939
jbaguinaga@jonesday.com

John Greil
Steven T. Collis
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
(512) 471-5151
john.greil@law.utexas.edu

*Counsel for Plaintiffs*

Pursuant to Federal Rule of Appellate Procedure 27, the undersigned, J. Benjamin Aguiñaga, respectfully requests that the Clerk of the Court withdraw his appearance as counsel for Plaintiffs-Appellants Gary Perez and Matilda Torres in this appeal.

1. Withdrawal is necessary because the undersigned attorney is departing Jones Day effective January 12, 2024.

2. Plaintiffs-Appellants will continue to be represented in this appeal by Mark W. Rasmussen, Margaret I. Lyle, Jonathan D. Guynn, Chance B. McCraw, and Timothy M. Villari of Jones Day and John Greil and Steven T. Collis of the University of Texas School of Law. This motion is not sought for purposes of delay.

3. The undersigned counsel conferred with counsel for Defendant-Appellee City of San Antonio on January 9, 2024. The City does not oppose this motion.

Dated: January 9, 2024				Respectfully submitted,

				*/s/ J. Benjamin Aguinaga*

| | |
|---|---|
| Mark W. Rasmussen | John Greil |
| Margaret I. Lyle | Steven T. Collis |
| Jonathan D. Guynn | University of Texas School of Law |
| J. Benjamin Aguiñaga | 727 East Dean Keeton St. |
| Chance B. McCraw | Austin, TX 78705 |
| Timothy M. Villari | (512) 471-5151 |
| JONES DAY | john.greil@law.utexas.edu |
| 2727 N. Harwood St. | |
| Dallas, TX 75201 | |
| (214) 220-3939 | |
| jbaguinaga@jonesday.com | |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on January 9, 2024, I served a copy of the foregoing on all counsel of record by CM/ECF.

*/s/ J. Benjamin Aguinaga*
J. Benjamin Aguinaga

3

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains 130 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook Std.

*/s/ J. Benjamin Aguinaga*
J. Benjamin Aguinaga
