# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 09, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50746   Perez v. City of San Antonio
                  USDC No. 5:23-CV-977

The court has granted the motion of attorney Jorge Benjamin Aguinaga to withdraw as counsel.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Melissa B. Courseault, Deputy Clerk
                            504-310-7701

Mr. Steven Timothy Collis
Mr. John Daniel Greil
Mr. Jonathan David Guynn
Mr. Fred R. Jones
Ms. Margaret Isabel Lyle
Mr. Chance McCraw
Mr. John Archer Meiser
Ms. Sara S. Murray
Mr. Mark W. Rasmussen
Mr. Timothy Michael Villari
Ms. Jane Webre
Ms. Natalie Friend Wilson