# United States Court of Appeals for the Fifth Circuit

_____

No. 23-50746
_____

Gary Perez; Matilde Torres,

*Plaintiffs—Appellants*,

*versus*

City of San Antonio,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-977

_____

UNPUBLISHED ORDER

Before Richman, *Chief Judge*, Stewart, and Higginson, *Circuit Judges*.

Per Curiam:

    The emergency motion to clarify our court's October 27, 2023 administrative stay IS GRANTED IN PART to clarify that our temporary administrative stay applies to all aspects of the district court's order granting in part and denying in part plaintiffs-appellants' motion for a preliminary injunction. This includes worship access, prohibition on cormorant displacement, and prohibition on tree removal. The administrative stay remains in effect while the parties continue to participate in good faith in our Circuit's


No. 23-50746

Mediation Program. This order does not prevent the parties from moving, either separately or jointly, to lift specific aspects of the administrative stay to facilitate the ongoing meditation efforts.