# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

February 20, 2024

Mr. Chance McCraw  
Jones Day  
2727 N. Harwood Street  
Suite 600  
Dallas, TX 75201

Mr. Mark W. Rasmussen  
Jones Day  
2727 N. Harwood Street  
Suite 600  
Dallas, TX 75201

     No. 23-50746   Perez v. City of San Antonio  
                      USDC No. 5:23-CV-977

Dear Counsel:

This letter will serve to confirm my email and voice message this date advising the parties that the court has requested a response to the Appellee's Motion to lift the stay. The response is to be filed in this office by **5pm today**.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____  
                                 Melissa B. Courseault, Deputy Clerk  
                                 504-310-7701

cc:  
    Mr. Steven Timothy Collis  
    Mr. John Daniel Greil  
    Mr. Jonathan David Guynn  
    Mr. Fred R. Jones  
    Ms. Margaret Isabel Lyle  
    Ms. Sara S. Murray  
    Mr. Timothy Michael Villari  
    Ms. Jane Webre

Ms. Natalie Friend Wilson

Ms. Natalie Friend Wilson