# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 20, 2024

Ms. Jane Webre
Scott, Douglass & McConnico, L.L.P.
303 Colorado Street
Suite 2400
Austin, TX 78701

    No. 23-50746   Perez v. City of San Antonio
                       USDC No. 5:23-CV-977

Dear Counsel:

In relation to the pending motion to partially lift the temporary administrative stay, the court has requested a reply to Appellants' response/opposition. The reply is due to be filed in this office on February 21, 2024, by noon.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk
                              504-310-7689

cc:
    Mr. Steven Timothy Collis
    Mr. John Daniel Greil
    Mr. Jonathan David Guynn
    Mr. Fred R. Jones
    Ms. Margaret Isabel Lyle
    Mr. Chance McCraw
    Mr. John Archer Meiser
    Ms. Sara S. Murray
    Mr. Mark W. Rasmussen
    Mr. Timothy Michael Villari
    Ms. Natalie Friend Wilson