# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50746

---

Gary Perez; Matilde Torres,

*Plaintiffs—Appellants,*

*versus*

City of San Antonio,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-977

_____

ORDER:

IT IS ORDERED that Appellee's opposed motion to lift the temporary administrative stay in part to allow the rookery bird deterrent management activities to proceed for the immediate next months until migratory cormorants arrive is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT