# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 06, 2024

Mr. Fred R. Jones
Langley & Banack, Incorporated
745 E. Mulberry Avenue
Suite 700
San Antonio, TX 78212

Ms. Sara S. Murray
Langley & Banack, Incorporated
745 E. Mulberry Avenue
Suite 700
San Antonio, TX 78212

Ms. Jane Webre
Scott, Douglass & McConnico, L.L.P.
303 Colorado Street
Suite 2400
Austin, TX 78701

Ms. Natalie Friend Wilson
Langley & Banack, Incorporated
745 E. Mulberry Avenue
Suite 700
San Antonio, TX 78212

      No. 23-50746   Perez v. City of San Antonio
                     USDC No. 5:23-CV-977

Dear Counsel:

Th the court has requested a response to the Appellants' petition for rehearing en banc to be filed in this office on or before May 16, 2024.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
    Mr. Steven Timothy Collis
    Mr. John Daniel Greil
    Mr. Jonathan David Guynn
    Ms. Margaret Isabel Lyle
    Mr. Chance McCraw
    Mr. John Archer Meiser
    Mr. Mark W. Rasmussen
    Mr. Timothy Michael Villari