# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 28, 2024
Lyle W. Cayce
Clerk

No. 23-50746

Gary Perez; Matilde Torres,

*Plaintiffs—Appellants,*

versus

City of San Antonio,

*Defendant—Appellee.*

───────────────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-977

───────────────────────────

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT