

# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Friday, September 6, 2024

Mr. Mark Rasmussen  
Jones Day  
2727 N Harwood St Ste 500  
Dallas, TX 75201-1571  
\* DELIVERED VIA E-MAIL \*

Mr. Fred Riley Jones  
Langley & Banack, Inc.  
745 E Mulberry Ave Ste 700  
San Antonio, TX 78212-3172  
\* DELIVERED VIA E-MAIL \*

Mr. Lyle Cayce  
U.S. Court of Appeals, Fifth Circuit  
600 S. Maestri Place  
New Orleans, LA 70130  
\* DELIVERED VIA E-MAIL \*

RE:    Case Number: 24-0714  
        Court of Appeals Number: U.S. Fifth Circuit 23-50746  
        Trial Court Number:

Style:   GARY PEREZ; MATILDE TORRES  
       v.  
       CITY OF SAN ANTONIO

Dear Counsel:

    Pursuant to TEX. R. APP. P. 55.1, the Court requests the parties to file briefs on the merits in the above-styled case. Please refer to TEX. R. APP. P. 55 for the requirements of appellants' and appellees' briefs. The briefing schedule is outlined below. *See* TEX. R. APP. P. 55.7. All briefs are due to be filed in this office on or before the following due dates:

    Appellant shall file their brief on **Monday, October 7, 2024**.

    Appellee shall file their response brief on **Monday, October 28, 2024**.

    Appellant shall file any reply brief on **Tuesday, November 12, 2024**.

    **PLEASE NOTE** pursuant to TEX. R. APP. P. 9.2(c)(2) all documents (except documents submitted under seal) must be e-filed through eFileTexas.gov. You may file up to midnight on the due date.



# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:   Jonathan Guynn (DELIVERED VIA E-MAIL)
　　　Mr. Steven Collis (DELIVERED VIA E-MAIL)
　　　Ms. Jane M. N. Webre (DELIVERED VIA E-MAIL)
　　　Chance McCraw (DELIVERED VIA E-MAIL)
　　　Ms. Natalie Wilson (DELIVERED VIA E-MAIL)
　　　Timothy Villari (DELIVERED VIA E-MAIL)
　　　Ms. Margaret I. Lyle (DELIVERED VIA E-MAIL)
　　　Ms. Sara Murray (DELIVERED VIA E-MAIL)
　　　Mr. John Greil (DELIVERED VIA E-MAIL)