FILE COPY

```
    RE: Case No. 24-0714                          DATE: 10/2/2024
    COA #: U.S. Fifth Circuit 23-50746                      TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

    Today the Supreme Court of Texas granted the motion for extension of time in the above-referenced case. Appellant's brief is due to be filed in this office **Monday, October 14, 2024.** Appellee's brief is due to be filed in this office **Monday, November 4, 2024. FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

```
                          JONATHAN  GUYNN

                          2727 N HARWOOD ST STE 600
                          DALLAS, TX  75201-2137
                          * DELIVERED VIA E-MAIL *
```

FILE COPY

```
RE: Case No. 24-0714                               DATE: 10/2/2024
    COA #: U.S. Fifth Circuit 23-50746                       TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

    Today the Supreme Court of Texas granted the motion for extension of time in the above-referenced case. Appellant's brief is due to be filed in this office **Monday, October 14, 2024**. Appellee's brief is due to be filed in this office **Monday, November 4, 2024. FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

```
                         MR. STEVEN   COLLIS

                         727 EAST DEAN KEETON ST.
                         AUSTIN, TX  78705
                         * DELIVERED VIA E-MAIL *
```

FILE COPY

RE: Case No. 24-0714　　　　　　　　　　　　　　　　　　　DATE: 10/2/2024
　　COA #: U.S. Fifth Circuit 23-50746　　　　　　　　　　　　TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

　　Today the Supreme Court of Texas granted the motion for extension of time in the above-referenced case. Appellant's brief is due to be filed in this office **Monday, October 14, 2024**. Appellee's brief is due to be filed in this office **Monday, November 4, 2024. FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

　　　　　　　　　　　MARK　RASMUSSEN
　　　　　　　　　　　JONES DAY
　　　　　　　　　　　2727 N HARWOOD ST STE 500
　　　　　　　　　　　DALLAS, TX　75201-1571
　　　　　　　　　　　* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                               DATE: 10/2/2024
    COA #: U.S. Fifth Circuit 23-50746                      TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    Today the Supreme Court of Texas granted the motion for extension of time in the above-referenced case. Appellant's brief is due to be filed in this office **Monday, October 14, 2024**. Appellee's brief is due to be filed in this office **Monday, November 4, 2024. FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

                      MS. JANE M. N. WEBRE
                      SCOTT DOUGLASS & MCCONNICO, LLP
                      303 COLORADO STREET, SUITE 2400
                      AUSTIN, TX  78701-2589
                      * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                                         DATE: 10/2/2024
    COA #: U.S. Fifth Circuit 23-50746                              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    Today the Supreme Court of Texas granted the motion for extension of time in the above-referenced case. Appellant's brief is due to be filed in this office **Monday, October 14, 2024**. Appellee's brief is due to be filed in this office **Monday, November 4, 2024. FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

                      CHANCE  MCCRAW
                      JONES DAY
                      2727 N. HARDWOOD ST.
                      DALLAS, TX  75201
                      * DELIVERED VIA E-MAIL *

<div style="text-align: right">**FILE COPY**</div>

```
     RE: Case No. 24-0714                          DATE: 10/2/2024
     COA #: U.S. Fifth Circuit 23-50746                      TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

    Today the Supreme Court of Texas granted the motion for extension of time in the above-referenced case. Appellant's brief is due to be filed in this office **Monday, October 14, 2024**. Appellee's brief is due to be filed in this office **Monday, November 4, 2024. FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

```
                    MS. NATALIE  WILSON
                    LANGLEY & BANACK, INC.
                    745 E MULBERRY AVE STE 700
                    SAN ANTONIO, TX  78212-3172
                    * DELIVERED VIA E-MAIL *
```

<div style="text-align: right; color: red;">**FILE COPY**</div>

```
     RE: Case No. 24-0714                          DATE: 10/2/2024
     COA #: U.S. Fifth Circuit 23-50746                      TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

    Today the Supreme Court of Texas granted the motion for extension of time in the above-referenced case. Appellant's brief is due to be filed in this office **Monday, October 14, 2024**. Appellee's brief is due to be filed in this office **Monday, November 4, 2024. FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

```
                    TIMOTHY  VILLARI
                    JONES DAY
                    2727 N HARWOOD ST STE 500
                    DALLAS, TX  75201-1571
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

RE: Case No. 24-0714  DATE: 10/2/2024
   COA #: U.S. Fifth Circuit 23-50746  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

   Today the Supreme Court of Texas granted the motion for extension of time in the above-referenced case. Appellant's brief is due to be filed in this office **Monday, October 14, 2024**. Appellee's brief is due to be filed in this office **Monday, November 4, 2024. FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

              MR. FRED RILEY JONES
              LANGLEY & BANACK, INC.
              745 E MULBERRY AVE STE 700
              SAN ANTONIO, TX  78212-3172
              * DELIVERED VIA E-MAIL *

FILE COPY

```
     RE: Case No. 24-0714                           DATE: 10/2/2024
     COA #: U.S. Fifth Circuit 23-50746                  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

    Today the Supreme Court of Texas granted the motion for extension of time in the above-referenced case. Appellant's brief is due to be filed in this office **Monday, October 14, 2024.** Appellee's brief is due to be filed in this office **Monday, November 4, 2024. FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

```
                    MS. MARGARET I.  LYLE
                    JONES DAY
                    2727 N HARWOOD ST STE 100
                    DALLAS, TX  75201-1568
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

RE: Case No. 24-0714     DATE: 10/2/2024
COA #: U.S. Fifth Circuit 23-50746     TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    Today the Supreme Court of Texas granted the motion for extension of time in the above-referenced case. Appellant's brief is due to be filed in this office **Monday, October 14, 2024**. Appellee's brief is due to be filed in this office **Monday, November 4, 2024. FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

        MS. SARA MURRAY
        LANGLEY & BANACK, INC.
        TRINITY PLAZA II, SUITE 700
        745 EAST MULBERRY
        SAN ANTONIO, TX 78212-3166
        * DELIVERED VIA E-MAIL *

<div style="text-align: right; color: red;">**FILE COPY**</div>

```
    RE: Case No. 24-0714                          DATE: 10/2/2024
    COA #: U.S. Fifth Circuit 23-50746                      TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

　　Today the Supreme Court of Texas granted the motion for extension of time in the above-referenced case. Appellant's brief is due to be filed in this office **Monday, October 14, 2024.** Appellee's brief is due to be filed in this office **Monday, November 4, 2024. FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

```
                    MR. JOHN  GREIL
                    727 EAST DEAN KEETON ST.
                    AUSTIN, TX  78705
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

    RE: Case No. 24-0714                              DATE: 10/2/2024
    COA #: U.S. Fifth Circuit 23-50746          TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    Today the Supreme Court of Texas granted the motion for extension of time in the above-referenced case. Appellant's brief is due to be filed in this office **Monday, October 14, 2024**. Appellee's brief is due to be filed in this office **Monday, November 4, 2024. FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

                        MR. LYLE CAYCE
                        U.S. COURT OF APPEALS, FIFTH CIRCUIT
                        600 S. MAESTRI PLACE
                        NEW ORLEANS, LA  70130
                        * DELIVERED VIA E-MAIL *