FILE COPY

```
     RE: Case No. 24-0714                              DATE: 10/18/2024
         COA #: U.S. Fifth Circuit 23-50746                    TC#:
  STYLE: PEREZ v. CITY OF SAN ANTONIO
```

   An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                         MR. JEFFREY C. MATEER

                         2001 W PLANO PKWY STE 1600
                         PLANO, TX  75075-8608
                         * DELIVERED VIA E-MAIL *
```

FILE COPY

```
RE: Case No. 24-0714                              DATE: 10/18/2024
    COA #: U.S. Fifth Circuit 23-50746                       TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    JONATHAN   GUYNN

                    2727 N HARWOOD ST STE 600
                    DALLAS, TX  75201-2137
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
     RE: Case No. 24-0714                          DATE: 10/18/2024
         COA #: U.S. Fifth Circuit 23-50746                   TC#:
  STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    MR. JOSHUA  MORROW
                    LEHOTSKY KELLER COHN LLP
                    408 W. 11ST STREET, 5TH FLOOR
                    AUSTIN, TX  78701
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

RE: Case No. 24-0714　　　　　　　　　　　　　DATE: 10/18/2024
　　COA #: U.S. Fifth Circuit 23-50746　　　　　　TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

　　An amicus curiae brief was this day received and placed with the record in the above-referenced case.


　　　　　　　　　　　MR. STEVEN　COLLIS

　　　　　　　　　　　727 EAST DEAN KEETON ST.
　　　　　　　　　　　AUSTIN, TX  78705
　　　　　　　　　　　* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                               DATE: 10/18/2024
    COA #: U.S. Fifth Circuit 23-50746                    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed with the record in the above-referenced case.

    MARK   RASMUSSEN
    JONES DAY
    2727 N HARWOOD ST STE 500
    DALLAS, TX  75201-1571
    * DELIVERED VIA E-MAIL *

FILE COPY

```
RE: Case No. 24-0714                              DATE: 10/18/2024
    COA #: U.S. Fifth Circuit 23-50746                       TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    MS. JANE M. N. WEBRE
                    SCOTT DOUGLASS & MCCONNICO, LLP
                    303 COLORADO STREET, SUITE 2400
                    AUSTIN, TX  78701-2589
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

RE: Case No. 24-0714  DATE: 10/18/2024
COA #: U.S. Fifth Circuit 23-50746  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed with the record in the above-referenced case.

    CHANCE MCCRAW
    JONES DAY
    2727 N. HARDWOOD ST.
    DALLAS, TX  75201
    * DELIVERED VIA E-MAIL *

FILE COPY

```
RE: Case No. 24-0714                           DATE: 10/18/2024
    COA #: U.S. Fifth Circuit 23-50746                    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    MS. NATALIE  WILSON
                    LANGLEY & BANACK, INC.
                    745 E MULBERRY AVE STE 700
                    SAN ANTONIO, TX  78212-3172
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
    RE: Case No. 24-0714                          DATE: 10/18/2024
       COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

   An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                     MS. PAULINA  NENCLARES
                     JONES DAY
                     2727 N. HARWOOD ST.
                     DALLAS, TX  75201
                     * DELIVERED VIA E-MAIL *
```

FILE COPY

```
     RE: Case No. 24-0714                         DATE: 10/18/2024
        COA #: U.S. Fifth Circuit 23-50746                  TC#:
  STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    TIMOTHY  VILLARI
                    JONES DAY
                    2727 N HARWOOD ST STE 500
                    DALLAS, TX  75201-1571
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

RE: Case No. 24-0714                        DATE: 10/18/2024
    COA #: U.S. Fifth Circuit 23-50746            TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed with the record in the above-referenced case.

                      MR. KYLE D. HAWKINS
                      LEHOTSKY KELLER COHN LLP
                      408 W. 11TH ST, 5TH FL
                      AUSTIN, TX  78701
                      * DELIVERED VIA E-MAIL *

FILE COPY

```
     RE: Case No. 24-0714                          DATE: 10/18/2024
         COA #: U.S. Fifth Circuit 23-50746                    TC#:
  STYLE: PEREZ v. CITY OF SAN ANTONIO
```

   An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                         MR. FRED RILEY  JONES
                         LANGLEY & BANACK, INC.
                         745 E MULBERRY AVE STE 700
                         SAN ANTONIO, TX  78212-3172
                         * DELIVERED VIA E-MAIL *
```

FILE COPY

```
    RE: Case No. 24-0714                          DATE: 10/18/2024
       COA #: U.S. Fifth Circuit 23-50746                    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
              MS. MARGARET I.  LYLE
              JONES DAY
              2727 N HARWOOD ST STE 100
              DALLAS, TX  75201-1568
              * DELIVERED VIA E-MAIL *
```

FILE COPY

```
    RE: Case No. 24-0714                          DATE: 10/18/2024
       COA #: U.S. Fifth Circuit 23-50746                    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    MR. KELLY J. SHACKELFORD
                    FIRST LIBERTY INSTITUTE
                    2001 WEST PLANO PARKWAY, SUITE 1600
                    PLANO, TX  75075
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
    RE: Case No. 24-0714                         DATE: 10/18/2024
    COA #: U.S. Fifth Circuit 23-50746                      TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

     An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
              MS. SARA  MURRAY
              LANGLEY & BANACK, INC.
              TRINITY PLAZA II, SUITE 700
              745 EAST MULBERRY
              SAN ANTONIO, TX  78212-3166
              * DELIVERED VIA E-MAIL *
```

FILE COPY

```
    RE: Case No. 24-0714                          DATE: 10/18/2024
      COA #: U.S. Fifth Circuit 23-50746                    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

  An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
              MR. JOHN  GREIL
              727 EAST DEAN KEETON ST.
              AUSTIN, TX  78705
              * DELIVERED VIA E-MAIL *
```

FILE COPY

```
     RE: Case No. 24-0714                    DATE: 10/18/2024
         COA #: U.S. Fifth Circuit 23-50746           TC#:
  STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    MR. DAVID J. HACKER
                    OFFICE OF THE ATTORNEY GENERAL
                    209 W. 14TH ST., (MC001)
                    AUSTIN, TX  78701
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

RE: Case No. 24-0714      DATE: 10/18/2024
COA #: U.S. Fifth Circuit 23-50746      TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed with the record in the above-referenced case.

MR. LYLE CAYCE
U.S. COURT OF APPEALS, FIFTH CIRCUIT
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130
* DELIVERED VIA E-MAIL *

FILE COPY

```
     RE: Case No. 24-0714                              DATE: 10/18/2024
        COA #: U.S. Fifth Circuit 23-50746                       TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    MR. HIRAM S. SASSER III
                    FIRST LIBERTY INSTITUTE
                    2001 W. PLANO PARKWAY, SUITE 1600
                    PLANO, TX  75075
                    * DELIVERED VIA E-MAIL *
```