FILE COPY

RE: Case No. 24-0714                                    DATE: 11/20/2024
    COA #: U.S. Fifth Circuit 23-50746                  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed with the record in the above-referenced case.

MR. JEFFREY C. MATEER
2001 W PLANO PKWY STE 1600
PLANO, TX  75075-8608
* DELIVERED VIA E-MAIL *

FILE COPY

```
     RE: Case No. 24-0714                              DATE: 11/20/2024
       COA #: U.S. Fifth Circuit 23-50746                      TC#:
  STYLE: PEREZ v. CITY OF SAN ANTONIO
```

     An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    JONATHAN  GUYNN
                    2727 N HARWOOD ST STE 600
                    DALLAS, TX  75201-2137
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
RE: Case No. 24-0714                              DATE: 11/20/2024
    COA #: U.S. Fifth Circuit 23-50746                        TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
MR. JOSHUA  MORROW
LEHOTSKY KELLER COHN LLP
408 W. 11ST STREET, 5TH FLOOR
AUSTIN, TX  78701
* DELIVERED VIA E-MAIL *
```

FILE COPY

RE: Case No. 24-0714　　　　　　　　　　　　　　　DATE: 11/20/2024
　　COA #: U.S. Fifth Circuit 23-50746　　　　　　　　　TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

　　An amicus curiae brief was this day received and placed with the record in the above-referenced case.

　　　　　　　　　　　　MR. STEVEN  COLLIS
　　　　　　　　　　　　727 EAST DEAN KEETON ST.
　　　　　　　　　　　　AUSTIN, TX  78705
　　　　　　　　　　　　* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                                    DATE: 11/20/2024
    COA #: U.S. Fifth Circuit 23-50746                  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed with the record in the above-referenced case.

        MARK   RASMUSSEN
        JONES DAY
        2727 N HARWOOD ST STE 500
        DALLAS, TX  75201-1571
        * DELIVERED VIA E-MAIL *

FILE COPY

```
RE: Case No. 24-0714                              DATE: 11/20/2024
    COA #: U.S. Fifth Circuit 23-50746                       TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    MS. JANE M. N. WEBRE
                    SCOTT DOUGLASS & MCCONNICO, LLP
                    303 COLORADO STREET, SUITE 2400
                    AUSTIN, TX  78701-2589
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
    RE: Case No. 24-0714                              DATE: 11/20/2024
        COA #: U.S. Fifth Circuit 23-50746                       TC#:
 STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    CHANCE  MCCRAW
                    JONES DAY
                    2727 N. HARDWOOD ST.
                    DALLAS, TX  75201
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

RE: Case No. 24-0714  DATE: 11/20/2024
    COA #: U.S. Fifth Circuit 23-50746  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed with the record in the above-referenced case.

    MS. NATALIE  WILSON
    LANGLEY & BANACK, INC.
    745 E MULBERRY AVE STE 700
    SAN ANTONIO, TX  78212-3172
    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714  DATE: 11/20/2024
COA #: U.S. Fifth Circuit 23-50746  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

MS. PAULINA NENCLARES
JONES DAY
2727 N. HARWOOD ST.
DALLAS, TX 75201
* DELIVERED VIA E-MAIL *

FILE COPY

```
     RE: Case No. 24-0714                        DATE: 11/20/2024
         COA #: U.S. Fifth Circuit 23-50746             TC#:
  STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    TIMOTHY  VILLARI
                    JONES DAY
                    2727 N HARWOOD ST STE 500
                    DALLAS, TX  75201-1571
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
     RE: Case No. 24-0714                              DATE: 11/20/2024
        COA #: U.S. Fifth Circuit 23-50746                  TC#:
  STYLE: PEREZ v. CITY OF SAN ANTONIO
```

    An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    MR. KYLE D. HAWKINS
                    LEHOTSKY KELLER COHN LLP
                    408 W. 11TH ST, 5TH FL
                    AUSTIN, TX  78701
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
RE: Case No. 24-0714                               DATE: 11/20/2024
    COA #: U.S. Fifth Circuit 23-50746                         TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
              MR. FRED RILEY  JONES
              LANGLEY & BANACK, INC.
              745 E MULBERRY AVE STE 700
              SAN ANTONIO, TX  78212-3172
              * DELIVERED VIA E-MAIL *
```

FILE COPY

```
      RE: Case No. 24-0714                              DATE: 11/20/2024
       COA #: U.S. Fifth Circuit 23-50746                        TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

     An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                        MS. MARGARET I.  LYLE
                        JONES DAY
                        2727 N HARWOOD ST STE 100
                        DALLAS, TX  75201-1568
                        * DELIVERED VIA E-MAIL *
```

FILE COPY

RE: Case No. 24-0714                    DATE: 11/20/2024
    COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

   An amicus curiae brief was this day received and placed with the record in the above-referenced case.

MR. WILLIAM COLE
OFFICE OF THE ATTORNEY GENERAL OF
TEXAS, OFFICE OF THE SOLICITOR
GENERAL
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714  DATE: 11/20/2024
    COA #: U.S. Fifth Circuit 23-50746  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed with the record in the above-referenced case.

        MR. KELLY J. SHACKELFORD
        FIRST LIBERTY INSTITUTE
        2001 WEST PLANO PARKWAY, SUITE 1600
        PLANO, TX  75075
        * DELIVERED VIA E-MAIL *

FILE COPY

```
    RE: Case No. 24-0714                          DATE: 11/20/2024
       COA #: U.S. Fifth Circuit 23-50746                    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    MS. SARA  MURRAY
                    LANGLEY & BANACK, INC.
                    TRINITY PLAZA II, SUITE 700
                    745 EAST MULBERRY
                    SAN ANTONIO, TX  78212-3166
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
    RE: Case No. 24-0714                           DATE: 11/20/2024
        COA #: U.S. Fifth Circuit 23-50746                    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
              MR. JOHN  GREIL
              727 EAST DEAN KEETON ST.
              AUSTIN, TX  78705
              * DELIVERED VIA E-MAIL *
```

FILE COPY

```
    RE: Case No. 24-0714                                 DATE: 11/20/2024
       COA #: U.S. Fifth Circuit 23-50746                       TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                        MR. DAVID J. HACKER
                        OFFICE OF THE ATTORNEY GENERAL
                        209 W. 14TH ST., (MC001)
                        AUSTIN, TX  78701
                        * DELIVERED VIA E-MAIL *
```

FILE COPY

```
     RE: Case No. 24-0714                         DATE: 11/20/2024
        COA #: U.S. Fifth Circuit 23-50746                  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                    MR. LYLE  CAYCE
                    U.S. COURT OF APPEALS, FIFTH CIRCUIT
                    600 S. MAESTRI PLACE
                    NEW ORLEANS, LA  70130
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
RE: Case No. 24-0714                          DATE: 11/20/2024
    COA #: U.S. Fifth Circuit 23-50746                    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
              MR. HIRAM S. SASSER III
              FIRST LIBERTY INSTITUTE
              2001 W. PLANO PARKWAY, SUITE 1600
              PLANO, TX  75075
              * DELIVERED VIA E-MAIL *
```