FILE COPY

RE: Case No. 24-0714　　　　　　　　　　　　　DATE: 11/25/2024
　　COA #: U.S. Fifth Circuit 23-50746　　　　　　TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

　　Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes
　　Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

　　　　　　　　　　　　MR. JEFFREY C. MATEER

　　　　　　　　　　　　2001 W PLANO PKWY STE 1600
　　　　　　　　　　　　PLANO, TX　75075-8608
　　　　　　　　　　　　* DELIVERED VIA E-MAIL *

FILE COPY

```
RE: Case No. 24-0714                              DATE: 11/25/2024
    COA #: U.S. Fifth Circuit 23-50746                       TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

    Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes

    Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

                        JONATHAN   GUYNN

                        2727 N HARWOOD ST STE 600
                        DALLAS, TX  75201-2137
                        * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714　　　　　　　　　　　　　　DATE: 11/25/2024
　　COA #: U.S. Fifth Circuit 23-50746　　　　　　　TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

　　Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes
　　Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

　　　　　　　　　　MR. JOSHUA  MORROW
　　　　　　　　　　LEHOTSKY KELLER COHN LLP
　　　　　　　　　　408 W. 11ST STREET, 5TH FLOOR
　　　　　　　　　　AUSTIN, TX  78701
　　　　　　　　　　* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                                    DATE: 11/25/2024
    COA #: U.S. Fifth Circuit 23-50746                  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes
    Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

                      MR. STEVEN COLLIS

                      727 EAST DEAN KEETON ST.
                      AUSTIN, TX  78705
                      * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714　　　　　　　　　　　　　　　DATE: 11/25/2024
　　COA #: U.S. Fifth Circuit 23-50746　　　　　　　TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

　　　Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes
　　　Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

　　　　　　　　　　　MARK　RASMUSSEN
　　　　　　　　　　　JONES DAY
　　　　　　　　　　　2727 N HARWOOD ST STE 500
　　　　　　　　　　　DALLAS, TX  75201-1571
　　　　　　　　　　　* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714 DATE: 11/25/2024
COA #: U.S. Fifth Circuit 23-50746 TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes

    Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

                        MS. JANE M. N. WEBRE
                        SCOTT DOUGLASS & MCCONNICO, LLP
                        303 COLORADO STREET, SUITE 2400
                        AUSTIN, TX  78701-2589
                        * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714  DATE: 11/25/2024
COA #: U.S. Fifth Circuit 23-50746  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes

    Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

                        CHANCE MCCRAW
                          JONES DAY
                          2727 N. HARDWOOD ST.
                          DALLAS, TX 75201
                          * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                                      DATE: 11/25/2024
    COA #: U.S. Fifth Circuit 23-50746                    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes

    Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

                        MS. NATALIE WILSON
                        LANGLEY & BANACK, INC.
                        745 E MULBERRY AVE STE 700
                        SAN ANTONIO, TX  78212-3172
                        * DELIVERED VIA E-MAIL *

<div style="text-align: right; color: red;">FILE COPY</div>

```
     RE: Case No. 24-0714                      DATE: 11/25/2024
     COA #: U.S. Fifth Circuit 23-50746                   TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

    Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes

    Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

                                  MS. PAULINA  NENCLARES
                                  JONES DAY
                                  2727 N. HARWOOD ST.
                                  DALLAS, TX  75201
                                  * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                DATE: 11/25/2024
COA #: U.S. Fifth Circuit 23-50746            TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes

    Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

                              TIMOTHY VILLARI
                              JONES DAY
                              2727 N HARWOOD ST STE 500
                              DALLAS, TX  75201-1571
                              * DELIVERED VIA E-MAIL *

<div style="text-align: right; color: red;">FILE COPY</div>

RE: Case No. 24-0714　　　　　　　　　　　　DATE: 11/25/2024
　COA #: U.S. Fifth Circuit 23-50746　　　　　　TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

　　Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes
　　Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

　　　　　　　　　　　MR. KYLE D. HAWKINS
　　　　　　　　　　　LEHOTSKY KELLER COHN LLP
　　　　　　　　　　　408 W. 11TH ST, 5TH FL
　　　　　　　　　　　AUSTIN, TX  78701
　　　　　　　　　　　* DELIVERED VIA E-MAIL *

<div style="text-align: right; color: red;">FILE COPY</div>

```
     RE: Case No. 24-0714                    DATE: 11/25/2024
     COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

   Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes
   Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

```
                         MR. FRED RILEY  JONES
                         LANGLEY & BANACK, INC.
                         745 E MULBERRY AVE STE 700
                         SAN ANTONIO, TX  78212-3172
                         * DELIVERED VIA E-MAIL *
```

FILE COPY

RE: Case No. 24-0714                                      DATE: 11/25/2024
    COA #: U.S. Fifth Circuit 23-50746                    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes
    Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

                              MS. MARGARET I. LYLE
                              JONES DAY
                              2727 N HARWOOD ST STE 100
                              DALLAS, TX  75201-1568
                              * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714  DATE: 11/25/2024
COA #: U.S. Fifth Circuit 23-50746  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes

    Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

> MR. WILLIAM COLE
> OFFICE OF THE ATTORNEY GENERAL OF
> TEXAS, OFFICE OF THE SOLICITOR
> GENERAL
> PO BOX 12548
> AUSTIN, TX  78711-2548
> * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714  DATE: 11/25/2024
COA #: U.S. Fifth Circuit 23-50746  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes
    Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

                      MR. KELLY J. SHACKELFORD
                        FIRST LIBERTY INSTITUTE
                        2001 WEST PLANO PARKWAY, SUITE 1600
                        PLANO, TX  75075
                        * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714  DATE: 11/25/2024
COA #: U.S. Fifth Circuit 23-50746  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes
    Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

                        MS. SARA MURRAY
                        LANGLEY & BANACK, INC.
                        TRINITY PLAZA II, SUITE 700
                        745 EAST MULBERRY
                        SAN ANTONIO, TX  78212-3166
                        * DELIVERED VIA E-MAIL *

FILE COPY

```
RE: Case No. 24-0714                          DATE: 11/25/2024
    COA #: U.S. Fifth Circuit 23-50746                  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

    Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes

    Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

```
                    MR. JOHN  GREIL
                    727 EAST DEAN KEETON ST.
                    AUSTIN, TX  78705
                    * DELIVERED VIA E-MAIL *
```

<div style="text-align: right"><span style="color: red">FILE COPY</span></div>

```
     RE: Case No. 24-0714                    DATE: 11/25/2024
     COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

      Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes

      Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

```
                         MR. DAVID J. HACKER
                         OFFICE OF THE ATTORNEY GENERAL
                         209 W. 14TH ST., (MC001)
                         AUSTIN, TX  78701
                         * DELIVERED VIA E-MAIL *
```

FILE COPY

```
     RE: Case No. 24-0714                          DATE: 11/25/2024
     COA #: U.S. Fifth Circuit 23-50746                      TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

    Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes

    Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

```
                         MR. LYLE  CAYCE
                         U.S. COURT OF APPEALS, FIFTH CIRCUIT
                         600 S. MAESTRI PLACE
                         NEW ORLEANS, LA  70130
                         * DELIVERED VIA E-MAIL *
```

FILE COPY

RE: Case No. 24-0714　　　　　　　　　　　　　　DATE: 11/25/2024
　　COA #: U.S. Fifth Circuit 23-50746　　　　　　TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

　　Today the Supreme Court of Texas granted the Unopposed Motion of Amicus Curiae to Participate in Oral Argument in the above-referenced case. Time allotted to argue: 20/20/5 minutes
　　Justice Busby would also reconsider and grant the motion of First Liberty Institute to expand argument time and to participate in argument as amicus curiae.

　　　　　　　　　　MR. HIRAM S. SASSER III
　　　　　　　　　　FIRST LIBERTY INSTITUTE
　　　　　　　　　　2001 W. PLANO PARKWAY, SUITE 1600
　　　　　　　　　　PLANO, TX  75075
　　　　　　　　　　* DELIVERED VIA E-MAIL *