FILE COPY

```
        RE: Case No. 24-0714                  DATE: 12/2/2024
        COA #: U.S. Fifth Circuit 23-50746            TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
                MR. DOMENIC  CANONICO
                LINDSAY AND MATT MOROUN RELIGIOUS
                LIBERTY CLINIC
                NOTRE DAME LAW SCHOOL
                1338 BIOLCHINI HALL
                NOTRE DAME, IN  46556
                * DELIVERED VIA E-MAIL *
```

FILE COPY

      RE: Case No. 24-0714                    DATE: 12/2/2024
      COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

      An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




          MR. JEFFREY C.  MATEER

          2001 W PLANO PKWY STE 1600
          PLANO, TX  75075-8608
          * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 24-0714                    DATE: 12/2/2024
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
        JONATHAN  GUYNN

        2727 N HARWOOD ST STE 600
        DALLAS, TX  75201-2137
        * DELIVERED VIA E-MAIL *
```

FILE COPY

          RE: Case No. 24-0714                    DATE: 12/2/2024
          COA #: U.S. Fifth Circuit 23-50746                 TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




               MR. JOSHUA  MORROW
               LEHOTSKY KELLER COHN LLP
               408 W. 11ST STREET, 5TH FLOOR
               AUSTIN, TX  78701
               * DELIVERED VIA E-MAIL *

FILE COPY

      RE: Case No. 24-0714          DATE: 12/2/2024
      COA #: U.S. Fifth Circuit 23-50746          TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

      An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

           MR. STEVEN  COLLIS

           727 EAST DEAN KEETON ST.
           AUSTIN, TX  78705
           * DELIVERED VIA E-MAIL *

FILE COPY

     RE: Case No. 24-0714          DATE: 12/2/2024
     COA #: U.S. Fifth Circuit 23-50746        TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.


               MARK  RASMUSSEN
               JONES DAY
               2727 N HARWOOD ST STE 500
               DALLAS, TX  75201-1571
               * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714            DATE: 12/2/2024
COA #: U.S. Fifth Circuit 23-50746         TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

An amicus curiae brief was this day received and placed
with the record in the above-referenced case.


MS. JANE M. N. WEBRE
SCOTT DOUGLASS & MCCONNICO, LLP
303 COLORADO STREET, SUITE 2400
AUSTIN, TX 78701-2589
* DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 24-0714                DATE: 12/2/2024
        COA #: U.S. Fifth Circuit 23-50746           TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

        An amicus curiae brief was this day received and placed
with the record in the above-referenced case.



```
            CHANCE  MCCRAW
            JONES DAY
            2727 N. HARDWOOD ST.
            DALLAS, TX  75201
            * DELIVERED VIA E-MAIL *
```

FILE COPY

      RE: Case No. 24-0714         DATE: 12/2/2024
      COA #: U.S. Fifth Circuit 23-50746        TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.


                MS. NATALIE  WILSON
                LANGLEY & BANACK, INC.
                745 E MULBERRY AVE STE 700
                SAN ANTONIO, TX  78212-3172
                * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                    DATE: 12/2/2024
COA #: U.S. Fifth Circuit 23-50746                TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

An amicus curiae brief was this day received and placed
with the record in the above-referenced case.


MS. PAULINA  NENCLARES
JONES DAY
2727 N. HARWOOD ST.
DALLAS, TX  75201
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                          DATE: 12/2/2024
COA #: U.S. Fifth Circuit 23-50746                      TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.



              TIMOTHY  VILLARI
              JONES DAY
              2727 N HARWOOD ST STE 500
              DALLAS, TX  75201-1571
              * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                    DATE: 12/2/2024
COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




                MR. KYLE D. HAWKINS
                LEHOTSKY KELLER COHN LLP
                408 W. 11TH ST, 5TH FL
                AUSTIN, TX  78701
                * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                          DATE: 12/2/2024
COA #: U.S. Fifth Circuit 23-50746                        TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




                    MR. FRED RILEY  JONES
                    LANGLEY & BANACK, INC.
                    745 E MULBERRY AVE STE 700
                    SAN ANTONIO, TX  78212-3172
                    * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 24-0714                    DATE: 12/2/2024
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

       An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

```
             MS. MARGARET I.  LYLE
             JONES DAY
             2727 N HARWOOD ST STE 100
             DALLAS, TX  75201-1568
             * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 24-0714                    DATE: 12/2/2024
        COA #: U.S. Fifth Circuit 23-50746             TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

        An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




                        MR. WILLIAM  COLE
                        OFFICE OF THE ATTORNEY GENERAL OF
                        TEXAS, OFFICE OF THE SOLICITOR
                        GENERAL
                        PO BOX 12548
                        AUSTIN, TX  78711-2548
                        * DELIVERED VIA E-MAIL *

FILE COPY

          RE: Case No. 24-0714                    DATE: 12/2/2024
          COA #: U.S. Fifth Circuit 23-50746               TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

      An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




                    MR. KELLY J. SHACKELFORD
                    FIRST LIBERTY INSTITUTE
                    2001 WEST PLANO PARKWAY, SUITE 1600
                    PLANO, TX  75075
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                    DATE: 12/2/2024
COA #: U.S. Fifth Circuit 23-50746                TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

MR. JOHN A. MEISER
LINDSAY AND MATT MOROUN RELIGIOUS
LIBERTY CLINIC
NOTRE DAME LAW SCHOOL
1338 BIOLCHINI HALL
NOTRE DAME, IN  46556
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                    DATE: 12/2/2024
COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




                    MS. SARA  MURRAY
                    LANGLEY & BANACK, INC.
                    TRINITY PLAZA II, SUITE 700
                    745 EAST MULBERRY
                    SAN ANTONIO, TX  78212-3166
                    * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 24-0714              DATE: 12/2/2024
        COA #: U.S. Fifth Circuit 23-50746        TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

        An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




                    MR. JOHN  GREIL
                    727 EAST DEAN KEETON ST.
                    AUSTIN, TX  78705
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 24-0714               DATE: 12/2/2024
        COA #: U.S. Fifth Circuit 23-50746            TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




                    MR. DAVID J. HACKER
                    OFFICE OF THE ATTORNEY GENERAL
                    209 W. 14TH ST., (MC001)
                    AUSTIN, TX  78701
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

        RE: Case No. 24-0714                    DATE: 12/2/2024
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

        An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




                    MR. LYLE  CAYCE
                    U.S. COURT OF APPEALS, FIFTH CIRCUIT
                    600 S. MAESTRI PLACE
                    NEW ORLEANS, LA  70130
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                          DATE: 12/2/2024
COA #: U.S. Fifth Circuit 23-50746                    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

An amicus curiae brief was this day received and placed
with the record in the above-referenced case.


MR. HIRAM S. SASSER III
FIRST LIBERTY INSTITUTE
2001 W. PLANO PARKWAY, SUITE 1600
PLANO, TX  75075
* DELIVERED VIA E-MAIL *

**FILE COPY**

```
        RE: Case No. 24-0714                 DATE: 12/2/2024
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

```
            MR. ROBERT  DUNIKOSKI II
            CASTAÑEDA + HEIDELMAN, LLP
            2626 COLE AVENUE, SUITE 300
            DALLAS, TX  75204
            * DELIVERED VIA E-MAIL *
```