FILE COPY

      RE: Case No. 24-0714            DATE: 12/20/2024
      COA #: U.S. Fifth Circuit 23-50746          TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.


                  MR. DOMENIC  CANONICO
                  LINDSAY AND MATT MOROUN RELIGIOUS
                  LIBERTY CLINIC
                  NOTRE DAME LAW SCHOOL
                  1338 BIOLCHINI HALL
                  NOTRE DAME, IN  46556
                  * DELIVERED VIA E-MAIL *

FILE COPY

          RE: Case No. 24-0714                    DATE: 12/20/2024
          COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




               MR. JEFFREY C.  MATEER

               2001 W PLANO PKWY STE 1600
               PLANO, TX  75075-8608
               * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 24-0714                DATE: 12/20/2024
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

        An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




                    JONATHAN   GUYNN

                    2727 N HARWOOD ST STE 600
                    DALLAS, TX  75201-2137
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

       RE: Case No. 24-0714                    DATE: 12/20/2024
       COA #: U.S. Fifth Circuit 23-50746               TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

       An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




              MR. JOSHUA  MORROW
              LEHOTSKY KELLER COHN LLP
              408 W. 11ST STREET, 5TH FLOOR
              AUSTIN, TX  78701
              * DELIVERED VIA E-MAIL *

FILE COPY

      RE: Case No. 24-0714          DATE: 12/20/2024
      COA #: U.S. Fifth Circuit 23-50746        TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

              MR. STEVEN  COLLIS

              727 EAST DEAN KEETON ST.
              AUSTIN, TX  78705
              * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                    DATE: 12/20/2024
COA #: U.S. Fifth Circuit 23-50746                TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

MR. STEVEN C. LEVATINO
LEVATINO | PACE LLP
1101 S. CAPITAL OF TEXAS HWY.
BLDG K SUITE 125
AUSTIN, TX  78746
* DELIVERED VIA E-MAIL *

FILE COPY

```
       RE: Case No. 24-0714                    DATE: 12/20/2024
       COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

       An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




                    MARK  RASMUSSEN
                    JONES DAY
                    2727 N HARWOOD ST STE 500
                    DALLAS, TX  75201-1571
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 24-0714              DATE: 12/20/2024
        COA #: U.S. Fifth Circuit 23-50746          TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed with the record in the above-referenced case.

```
        MS. JANE M. N. WEBRE
        SCOTT DOUGLASS & MCCONNICO, LLP
        303 COLORADO STREET, SUITE 2400
        AUSTIN, TX  78701-2589
        * DELIVERED VIA E-MAIL *
```

FILE COPY

```
        RE: Case No. 24-0714                  DATE: 12/20/2024
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

```
                    CHANCE  MCCRAW
                    JONES DAY
                    2727 N. HARDWOOD ST.
                    DALLAS, TX  75201
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

RE: Case No. 24-0714                    DATE: 12/20/2024
COA #: U.S. Fifth Circuit 23-50746                TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed with the record in the above-referenced case.


MS. NATALIE  WILSON
LANGLEY & BANACK, INC.
745 E MULBERRY AVE STE 700
SAN ANTONIO, TX  78212-3172
* DELIVERED VIA E-MAIL *

FILE COPY

        RE: Case No. 24-0714                    DATE: 12/20/2024
        COA #: U.S. Fifth Circuit 23-50746                  TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

        An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




        MS. PAULINA  NENCLARES
        JONES DAY
        2727 N. HARWOOD ST.
        DALLAS, TX  75201
        * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 24-0714              DATE: 12/20/2024
        COA #: U.S. Fifth Circuit 23-50746          TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

```
        TIMOTHY  VILLARI
        JONES DAY
        2727 N HARWOOD ST STE 500
        DALLAS, TX  75201-1571
        * DELIVERED VIA E-MAIL *
```

FILE COPY

     RE: Case No. 24-0714          DATE: 12/20/2024
     COA #: U.S. Fifth Circuit 23-50746          TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.



                  MR. KYLE D. HAWKINS
                  LEHOTSKY KELLER COHN LLP
                  408 W. 11TH ST, 5TH FL
                  AUSTIN, TX  78701
                  * DELIVERED VIA E-MAIL *

FILE COPY

        RE: Case No. 24-0714                    DATE: 12/20/2024
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

        An amicus curiae brief was this day received and placed
with the record in the above-referenced case.



            MR. FRED RILEY  JONES
            LANGLEY & BANACK, INC.
            745 E MULBERRY AVE STE 700
            SAN ANTONIO, TX  78212-3172
            * DELIVERED VIA E-MAIL *

FILE COPY

        RE: Case No. 24-0714                    DATE: 12/20/2024
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

        An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




                    MS. MARGARET I.  LYLE
                    JONES DAY
                    2727 N HARWOOD ST STE 100
                    DALLAS, TX  75201-1568
                    * DELIVERED VIA E-MAIL *

FILE COPY

```
          RE: Case No. 24-0714                DATE: 12/20/2024
          COA #: U.S. Fifth Circuit 23-50746            TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

      An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




              MR. WILLIAM  COLE
              OFFICE OF THE TEXAS ATTORNEY GENERAL
              OFFICE OF THE SOLICITOR GENERAL
              PO BOX 12548
              AUSTIN, TX  78711-2548
              * DELIVERED VIA E-MAIL *

FILE COPY

      RE: Case No. 24-0714          DATE: 12/20/2024
      COA #: U.S. Fifth Circuit 23-50746       TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

          MR. KELLY J. SHACKELFORD
          FIRST LIBERTY INSTITUTE
          2001 WEST PLANO PARKWAY, SUITE 1600
          PLANO, TX  75075
          * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 24-0714              DATE: 12/20/2024
        COA #: U.S. Fifth Circuit 23-50746           TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.


```
                    MR. JOHN A. MEISER
                    LINDSAY AND MATT MOROUN RELIGIOUS
                    LIBERTY CLINIC
                    NOTRE DAME LAW SCHOOL
                    1338 BIOLCHINI HALL
                    NOTRE DAME, IN  46556
                    * DELIVERED VIA E-MAIL *
```

FILE COPY

      RE: Case No. 24-0714            DATE: 12/20/2024
      COA #: U.S. Fifth Circuit 23-50746         TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.


              MS. SARA  MURRAY
              LANGLEY & BANACK, INC.
              TRINITY PLAZA II, SUITE 700
              745 EAST MULBERRY
              SAN ANTONIO, TX  78212-3166
              * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 24-0714                DATE: 12/20/2024
        COA #: U.S. Fifth Circuit 23-50746             TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

    An amicus curiae brief was this day received and placed with the record in the above-referenced case.


```
        MR. JOHN  GREIL
        727 EAST DEAN KEETON ST.
        AUSTIN, TX  78705
        * DELIVERED VIA E-MAIL *
```

FILE COPY

         RE: Case No. 24-0714                    DATE: 12/20/2024
         COA #: U.S. Fifth Circuit 23-50746                    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




              MR. DAVID  HACKER
              FIRST LIBERTY INSTITUTE
              2001 W PLANO PKWY STE 1600
              PLANO, TX  75075-8608
              * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                    DATE: 12/20/2024
COA #: U.S. Fifth Circuit 23-50746                TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.


                    MR. LYLE  CAYCE
                    U.S. COURT OF APPEALS, FIFTH CIRCUIT
                    600 S. MAESTRI PLACE
                    NEW ORLEANS, LA  70130
                    * DELIVERED VIA E-MAIL *

FILE COPY

        RE: Case No. 24-0714              DATE: 12/20/2024
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




        MR. HIRAM S. SASSER III
        FIRST LIBERTY INSTITUTE
        2001 W. PLANO PARKWAY, SUITE 1600
        PLANO, TX  75075
        * DELIVERED VIA E-MAIL *

FILE COPY

   RE: Case No. 24-0714     DATE: 12/20/2024
   COA #: U.S. Fifth Circuit 23-50746    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

   An amicus curiae brief was this day received and placed
with the record in the above-referenced case.


      MR. ROBERT  DUNIKOSKI II
      CASTAÑEDA + HEIDELMAN, LLP
      2626 COLE AVENUE, SUITE 300
      DALLAS, TX  75204
      * DELIVERED VIA E-MAIL *