# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 22, 2025

Mr. Steven Timothy Collis
University of Texas at Austin
School of Law
727 E. Dean Keeton Street
Austin, TX 78705

Mr. John Daniel Greil
University of Texas at Austin
School of Law
727 E. Dean Keeton Street
Austin, TX 78705

Mr. Jonathan David Guynn
Jones Day
2727 N. Harwood Street
Suite 600
Dallas, TX 75201

Ms. Margaret Isabel Lyle
Jones Day
2727 N. Harwood Street
Dallas, TX 75201

Mr. Chance McCraw
Jones Day
2727 N. Harwood Street
Suite 600
Dallas, TX 75201

Mr. Mark W. Rasmussen
Jones Day
2727 N. Harwood Street
Suite 600
Dallas, TX 75201

Mr. Timothy Michael Villari
Jones Day
2727 N. Harwood Street
Suite 500
Dallas, TX 75201

No. 23-50746   Perez v. City of San Antonio
                 USDC No. 5:23-CV-977

Dear Counsel:

This letter will serve to advise the parties that the court has directed a response to the appellee's motion to partially lift the stay of proceedings in this court be filed in this office no later than Tuesday, January 28, 2025 at noon.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Lisa E. Ferrara, Deputy Clerk
                              504-310-7675

cc:
   Mr. Fred R. Jones
   Mr. John Archer Meiser
   Ms. Sara S. Murray
   Ms. Jane Webre
   Ms. Natalie Friend Wilson