# No. 23-50746

## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

GARY PEREZ AND MATILDA TORRES,

*Plaintiffs-Appellants*,

v.

CITY OF SAN ANTONIO,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Western District of Texas (Biery, J.)

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE
## OF JONATHAN D. GUYNN

| | |
|---|---|
| Mark W. Rasmussen | John Greil |
| Margaret I. Lyle | Steven T. Collis |
| Jonathan D. Guynn | University of Texas School of Law |
| Chance B. McCraw | 727 East Dean Keeton St. |
| Timothy M. Villari | Austin, TX 78705 |
| JONES DAY | (512) 471-5151 |
| 2727 N. Harwood St. | john.greil@law.utexas.edu |
| Dallas, TX 75201 | |
| (214) 220-3939 | |
| jguynn@jonesday.com | |

*Counsel for Plaintiffs*

Pursuant to Federal Rule of Appellate Procedure 27, Appellants respectfully request that the Clerk of the Court withdraw the appearance of Jonathan D. Guynn as counsel for Plaintiffs-Appellants Gary Perez and Matilda Torres in this appeal.

1. Withdrawal is necessary because the Jonathan D. Guynn has departed Jones Day effective March 28, 2025.

2. Plaintiffs-Appellants will continue to be represented in this appeal by Mark W. Rasmussen, Margaret I. Lyle, Chance B. McCraw, and Timothy M. Villari of Jones Day and John Greil and Steven T. Collis of the University of Texas School of Law. This motion is not sought for purposes of delay.

3. The undersigned counsel conferred with counsel for Defendant-Appellee City of San Antonio on March 31, 2025. The City does not oppose this motion.

Dated: April 3, 2025                              Respectfully submitted,

                                                  */s/ Chance B. McCraw*

Mark W. Rasmussen                                 John Greil
Margaret I. Lyle                                  Steven T. Collis
Jonathan D. Guynn                                 University of Texas School of Law
Chance B. McCraw                                  727 East Dean Keeton St.
Timothy M. Villari                                Austin, TX 78705
JONES DAY                                         (512) 471-5151
2727 N. Harwood St.                               john.greil@law.utexas.edu
Dallas, TX 75201
(214) 220-3939
jguynn@jonesday.com


                              *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on April 3, 2025, I served a copy of the foregoing on all counsel of record by CM/ECF.

/s/ Chance B. McCraw
Chance B. McCraw

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains 128 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook Std.

*/s/ Chance B. McCraw*
Chance B. McCraw