No. 23-50746

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

GARY PEREZ AND MATILDA TORRES,

*Plaintiffs-Appellants*,

v.

CITY OF SAN ANTONIO,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Western District of Texas (Biery, J.)

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE
OF JONATHAN D. GUYNN**

| | |
|---|---|
| Mark W. Rasmussen | John Greil |
| Margaret I. Lyle | Steven T. Collis |
| Jonathan D. Guynn | University of Texas School of Law |
| Chance B. McCraw | 727 East Dean Keeton St. |
| Timothy M. Villari | Austin, TX 78705 |
| JONES DAY | (512) 471-5151 |
| 2727 N. Harwood St. | john.greil@law.utexas.edu |
| Dallas, TX 75201 | |
| (214) 220-3939 | |
| jguynn@jonesday.com | |

*Counsel for Plaintiffs*

Pursuant to Federal Rule of Appellate Procedure 27, Appellants respectfully request that the Clerk of the Court withdraw the appearance of Jonathan D. Guynn as counsel for Plaintiffs-Appellants Gary Perez and Matilda Torres in this appeal.

1. Withdrawal is necessary because the Jonathan D. Guynn has departed Jones Day effective March 28, 2025.

2. Plaintiffs-Appellants will continue to be represented in this appeal by Mark W. Rasmussen, Margaret I. Lyle, Chance B. McCraw, and Timothy M. Villari of Jones Day and John Greil and Steven T. Collis of the University of Texas School of Law. This motion is not sought for purposes of delay.

3. The undersigned counsel conferred with counsel for Defendant-Appellee City of San Antonio on March 31, 2025. The City does not oppose this motion.

Dated: April 3, 2025

Respectfully submitted,

*/s/ Chance B. McCraw*

| | |
|---|---|
| Mark W. Rasmussen<br>Margaret I. Lyle<br>Jonathan D. Guynn<br>Chance B. McCraw<br>Timothy M. Villari<br>JONES DAY<br>2727 N. Harwood St.<br>Dallas, TX 75201<br>(214) 220-3939<br>jguynn@jonesday.com | John Greil<br>Steven T. Collis<br>University of Texas School of Law<br>727 East Dean Keeton St.<br>Austin, TX 78705<br>(512) 471-5151<br>john.greil@law.utexas.edu |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on April 3, 2025, I served a copy of the foregoing on all counsel of record by CM/ECF.

                                                */s/ Chance B. McCraw*
                                                Chance B. McCraw

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains 128 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook Std.

*/s/ Chance B. McCraw*
Chance B. McCraw
