# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 15, 2025

Mr. Chance McCraw
Jones Day
2727 N. Harwood Street
Suite 600
Dallas, TX 75201

Mr. Mark W. Rasmussen
Jones Day
2727 N. Harwood Street
Suite 600
Dallas, TX 75201

    No. 23-50746   Perez v. City of San Antonio
                        USDC No. 5:23-CV-977

Dear Counsel:

This letter will serve to confirm my email this date advising that the Court specifically directs a response to the motion for partial lifting of stay.

The response is due for filing by April 21, 2025.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Melissa B. Courseault, Deputy Clerk
                           504-310-7701

cc:
    Mr. Steven Timothy Collis
    Mr. John Daniel Greil
    Mr. Fred R. Jones
    Ms. Margaret Isabel Lyle
    Mr. John Archer Meiser
    Ms. Sara S. Murray
    Mr. Timothy Michael Villari

Ms. Jane Webre
Ms. Natalie Friend Wilson