# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 25, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50746   Perez v. City of San Antonio
                  USDC No. 5:23-CV-977

Enclosed is an order entered in this case.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Lisa E. Ferrara, Deputy Clerk
                              504-310-7675

Mr. Steven Timothy Collis
Mr. Philip Devlin
Mr. John Daniel Greil
Mr. Fred R. Jones
Ms. Margaret Isabel Lyle
Mr. Chance McCraw
Mr. John Archer Meiser
Ms. Sara S. Murray
Mr. Mark W. Rasmussen
Mr. Timothy Michael Villari
Ms. Jane Webre
Ms. Natalie Friend Wilson