# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 1, 2025
Lyle W. Cayce
Clerk

No. 23-50746

Gary Perez; Matilde Torres,

*Plaintiffs—Appellants*,

*versus*

City of San Antonio,

*Defendant—Appellee.*

___

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-977

___

UNPUBLISHED ORDER

Before Stewart, Richman, and Higginson, *Circuit Judges*.

Per Curiam:

    This panel previously DENIED Appellee's opposed motion for relief from the temporary administrative stay as to rookery management activities. The panel has considered Appellee's opposed emergency motion for reconsideration.

    IT IS ORDERED that the motion is DENIED.