FILE COPY

RE: Case No. 24-0714                    DATE: 6/16/2025
COA #: U.S. Fifth Circuit 23-50746                TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

THE HONORABLE KELLY  HANCOCK
TEXAS SENATE, DISTRICT 9
P.O. BOX 12068
CAPITOL STATION
AUSTIN, TX  78711

FILE COPY

     RE: Case No. 24-0714        DATE: 6/16/2025
     COA #: U.S. Fifth Circuit 23-50746     TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.



              THE HONORABLE JEFF  LEACH
              TEXAS HOUSE OF REPRESENTATIVES,
              DIST. 67
              PO BOX 2910
              AUSTIN, TX  78768

FILE COPY

   RE: Case No. 24-0714     DATE: 6/16/2025
   COA #: U.S. Fifth Circuit 23-50746    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

   An amicus curiae brief was this day received and placed
with the record in the above-referenced case.


     MR. DOMENIC  CANONICO
     LINDSAY & MATT MOROUN RELIGIOUS LIBERTY
     CLINIC,  NOTRE DAME LAW SCHOOL
     1338 BIOLCHINI HALL
     NOTRE DAME, IN  46556
     * DELIVERED VIA E-MAIL *

FILE COPY

   RE: Case No. 24-0714     DATE: 6/16/2025
   COA #: U.S. Fifth Circuit 23-50746     TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

   An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

       MR. JEFFREY C.  MATEER
       FIRST LIBERTY INSTITUTE
       2001 W PLANO PKWY STE 1600
       PLANO, TX  75075-8608
       * DELIVERED VIA E-MAIL *

FILE COPY

    RE: Case No. 24-0714            DATE: 6/16/2025
    COA #: U.S. Fifth Circuit 23-50746        TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

           JONATHAN  GUYNN

           2727 N HARWOOD ST STE 600
           DALLAS, TX  75201-2137
           * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                           DATE: 6/16/2025
COA #: U.S. Fifth Circuit 23-50746                    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

MR. JOSHUA  MORROW
LEHOTSKY KELLER COHN LLP
408 W. 11ST STREET, 5TH FLOOR
AUSTIN, TX  78701
* DELIVERED VIA E-MAIL *

FILE COPY

        RE: Case No. 24-0714              DATE: 6/16/2025
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




            MR. STEVEN  COLLIS

            727 EAST DEAN KEETON ST.
            AUSTIN, TX  78705
            * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 24-0714                    DATE: 6/16/2025
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

```
              MR. STEVEN C. LEVATINO
              LEVATINO | PACE LLP
              1101 S. CAPITAL OF TEXAS HWY.
              BLDG K SUITE 125
              AUSTIN, TX  78746
              * DELIVERED VIA E-MAIL *
```

FILE COPY

        RE: Case No. 24-0714                    DATE: 6/16/2025
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

        An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




            MARK  RASMUSSEN
            JONES DAY
            2727 N HARWOOD ST STE 500
            DALLAS, TX  75201-1571
            * DELIVERED VIA E-MAIL *

FILE COPY

      RE: Case No. 24-0714          DATE: 6/16/2025
      COA #: U.S. Fifth Circuit 23-50746         TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

      An amicus curiae brief was this day received and placed
with the record in the above-referenced case.



               MS. JANE M. N. WEBRE
               SCOTT DOUGLASS & MCCONNICO, LLP
               303 COLORADO STREET, SUITE 2400
               AUSTIN, TX  78701-2589
               * DELIVERED VIA E-MAIL *

FILE COPY

        RE: Case No. 24-0714                    DATE: 6/16/2025
        COA #: U.S. Fifth Circuit 23-50746            TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

        An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




                CHANCE  MCCRAW
                JONES DAY
                2727 N. HARDWOOD ST.
                DALLAS, TX  75201
                * DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 24-0714                    DATE: 6/16/2025
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.



                    MS. NATALIE  WILSON
                    LANGLEY & BANACK, INC.
                    745 E MULBERRY AVE STE 700
                    SAN ANTONIO, TX  78212-3172
                    * DELIVERED VIA E-MAIL *

FILE COPY

    RE: Case No. 24-0714        DATE: 6/16/2025
    COA #: U.S. Fifth Circuit 23-50746        TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

                MS. PAULINA  NENCLARES
                JONES DAY
                2727 N. HARWOOD ST.
                DALLAS, TX  75201
                * DELIVERED VIA E-MAIL *

FILE COPY

    RE: Case No. 24-0714          DATE: 6/16/2025
    COA #: U.S. Fifth Circuit 23-50746         TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

               TIMOTHY  VILLARI
               JONES DAY
               2727 N HARWOOD ST STE 500
               DALLAS, TX  75201-1571
               * DELIVERED VIA E-MAIL *

FILE COPY

   RE: Case No. 24-0714     DATE: 6/16/2025
   COA #: U.S. Fifth Circuit 23-50746    TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

   An amicus curiae brief was this day received and placed
with the record in the above-referenced case.


     MR. KYLE D. HAWKINS
     LEHOTSKY KELLER COHN LLP
     408 W. 11TH ST, 5TH FL
     AUSTIN, TX  78701
     * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                     DATE: 6/16/2025
COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

MR. FRED RILEY  JONES
LANGLEY & BANACK, INC.
745 E MULBERRY AVE STE 700
SAN ANTONIO, TX  78212-3172
* DELIVERED VIA E-MAIL *

FILE COPY

      RE: Case No. 24-0714           DATE: 6/16/2025
      COA #: U.S. Fifth Circuit 23-50746          TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

                MS. MARGARET I.  LYLE
                JONES DAY
                2727 N HARWOOD ST STE 100
                DALLAS, TX  75201-1568
                * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                    DATE: 6/16/2025
COA #: U.S. Fifth Circuit 23-50746                TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

MR. WILLIAM  COLE
OFFICE OF THE ATTORNEY GENERAL OF
TEXAS, OFFICE OF THE SOLICITOR
GENERAL
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

```
        RE: Case No. 24-0714                    DATE: 6/16/2025
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO
```

        An amicus curiae brief was this day received and placed
with the record in the above-referenced case.



```
            MR. KELLY J. SHACKELFORD
            FIRST LIBERTY INSTITUTE
            2001 WEST PLANO PARKWAY, SUITE 1600
            PLANO, TX  75075
            * DELIVERED VIA E-MAIL *
```

FILE COPY

      RE: Case No. 24-0714           DATE: 6/16/2025
      COA #: U.S. Fifth Circuit 23-50746         TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

                  MR. JOHN A. MEISER
                  LINDSAY AND MATT MOROUN RELIGIOUS
                  LIBERTY CLINIC
                  NOTRE DAME LAW SCHOOL
                  1338 BIOLCHINI HALL
                  NOTRE DAME, IN  46556
                  * DELIVERED VIA E-MAIL *

FILE COPY

      RE: Case No. 24-0714           DATE: 6/16/2025
      COA #: U.S. Fifth Circuit 23-50746         TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.


                MS. SARA  MURRAY
                LANGLEY & BANACK, INC.
                TRINITY PLAZA II, SUITE 700
                745 EAST MULBERRY
                SAN ANTONIO, TX  78212-3166
                * DELIVERED VIA E-MAIL *

FILE COPY

          RE: Case No. 24-0714                    DATE: 6/16/2025
          COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




          MR. JOHN  GREIL
          727 EAST DEAN KEETON ST.
          AUSTIN, TX  78705
          * DELIVERED VIA E-MAIL *

FILE COPY

      RE: Case No. 24-0714                    DATE: 6/16/2025
      COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

      An amicus curiae brief was this day received and placed
with the record in the above-referenced case.



            MR. WOLFGANG P. HIRCZY DE MINO PHD
            P.O. BOX 521
            BELLAIRE, TX  77402-0521
            * DELIVERED VIA E-MAIL *

FILE COPY

        RE: Case No. 24-0714                    DATE: 6/16/2025
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

        An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




                        JOHN  LITZLER
                        BAPTIST GENERAL CONVENTION OF TEXAS
                        7557 RAMBLER RD., STE #1200
                        DALLAS, TX  75231
                        * DELIVERED VIA E-MAIL *

FILE COPY

        RE: Case No. 24-0714                    DATE: 6/16/2025
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

     An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




           MR. DAVID  HACKER
           FIRST LIBERTY INSTITUTE
           2001 W PLANO PKWY STE 1600
           PLANO, TX  75075-8608
           * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 24-0714                              DATE: 6/16/2025
COA #: U.S. Fifth Circuit 23-50746                        TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

An amicus curiae brief was this day received and placed
with the record in the above-referenced case.

MR. LYLE  CAYCE
U.S. COURT OF APPEALS, FIFTH CIRCUIT
600 S. MAESTRI PLACE
NEW ORLEANS, LA  70130
* DELIVERED VIA E-MAIL *

FILE COPY

         RE: Case No. 24-0714                    DATE: 6/16/2025
         COA #: U.S. Fifth Circuit 23-50746             TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




              MR. HIRAM S. SASSER III
              FIRST LIBERTY INSTITUTE
              2001 W. PLANO PARKWAY, SUITE 1600
              PLANO, TX  75075
              * DELIVERED VIA E-MAIL *

FILE COPY

        RE: Case No. 24-0714                    DATE: 6/16/2025
        COA #: U.S. Fifth Circuit 23-50746              TC#:
STYLE: PEREZ v. CITY OF SAN ANTONIO

    An amicus curiae brief was this day received and placed
with the record in the above-referenced case.




                    MR. ROBERT  DUNIKOSKI II
                    CASTAÑEDA + HEIDELMAN, LLP
                    2626 COLE AVENUE, SUITE 300
                    DALLAS, TX  75204
                    * DELIVERED VIA E-MAIL *