# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 20, 2025

Mr. Steven Timothy Collis
University of Texas at Austin
School of Law
727 E. Dean Keeton Street
Austin, TX 78705

Mr. John Daniel Greil
University of Texas at Austin
School of Law
727 E. Dean Keeton Street
Austin, TX 78705

Ms. Margaret Isabel Lyle
Jones Day
2727 N. Harwood Street
Dallas, TX 75201

Mr. Chance McCraw
Jones Day
2727 N. Harwood Street
Suite 600
Dallas, TX 75201

Mr. Mark W. Rasmussen
Jones Day
2727 N. Harwood Street
Suite 600
Dallas, TX 75201

Mr. Timothy Michael Villari
Jones Day
2727 N. Harwood Street
Suite 500
Dallas, TX 75201

    No. 23-50746   Perez v. City of San Antonio
                       USDC No. 5:23-CV-977

Dear Counsel:

This letter is to advise the parties that the court has requested a response to the Appellee's Motion to lift the stay of proceedings in this court to be filed in this office on or before Tuesday, 6/24/25, by noon.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Melissa Mattingly*
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc:
  Mr. Fred R. Jones
  Mr. John Archer Meiser
  Ms. Sara S. Murray
  Ms. Jane Webre
  Ms. Natalie Friend Wilson