# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 24, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50746   Perez v. City of San Antonio
                    USDC No. 5:23-CV-977

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Steven Timothy Collis
Mr. Philip Devlin
Mr. John Daniel Greil
Mr. Fred R. Jones
Ms. Margaret Isabel Lyle
Mr. Chance McCraw
Mr. John Archer Meiser
Ms. Sara S. Murray
Mr. Mark W. Rasmussen
Mr. Timothy Michael Villari
Ms. Jane Webre
Ms. Natalie Friend Wilson