# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 29, 2025

Mr. Fred R. Jones
Langley & Banack, Incorporated
745 E. Mulberry Avenue
Suite 700
San Antonio, TX 78212

Ms. Sara S. Murray
Langley & Banack, Incorporated
745 E. Mulberry Avenue
Suite 700
San Antonio, TX 78212

Ms. Jane Webre
Scott, Douglass & McConnico, L.L.P.
303 Colorado Street
Suite 2400
Austin, TX 78701

Ms. Natalie Friend Wilson
Langley & Banack, Incorporated
745 E. Mulberry Avenue
Suite 700
San Antonio, TX 78212

     No. 23-50746   Perez v. City of San Antonio
              USDC No. 5:23-CV-977

Dear Counsel:

This letter will serve to advise you that the court has requested
a response to the Appellants' petition for rehearing en banc to be
filed in this office on or before
September 8, 2025.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc:  Mr. Steven Timothy Collis
     Mr. John Daniel Greil
     Ms. Margaret Isabel Lyle
     Mr. Chance McCraw
     Mr. John Archer Meiser
     Mr. Mark W. Rasmussen
     Mr. Timothy Michael Villari