# JONES DAY

2727 NORTH HARWOOD STREET • DALLAS, TEXAS  75201.1515

TELEPHONE: +1.214.220.3939 • JONESDAY.COM

Direct Number:  +1.214.969.5104
tvillari@jonesday.com

December 22, 2025

<u>FOR ELECTRONIC FILING</u>

Mr. Lyle W. Cayce
Clerk
United State Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:  <u>Perez v. City of San Antonio - No. 23-50746 - Notice of Attorney Withdrawal</u>

Dear Mr. Cayce:

I write regarding the above-captioned matter to notify the Court that Mr. Chance McCraw has departed the law firm Jones Day and, accordingly, will no longer be representing Appellants in this matter.

Appellants will continue to be represented by lead counsel Mark W. Rasmussen and the other attorneys who have made an appearance in this matter.

Therefore, I request that Mr. McCraw be designated as inactive in this case.

Very truly yours,

*/s/ Timothy M. Villari*
Timothy M. Villari